1   C. Brandon Wisoff (State Bar No. 121930)
        bwisoff@fbm.com
2   Farella Braun & Martel LLP
    235 Montgomery Street, 17th Floor
3   San Francisco, CA 94104
    Telephone:    (415) 954-4400
4   Facsimile:    (415) 954-4480

5   Doreen L. Costa
    *Applying for Pro Hac Vice*
6   Paul J. Reilly
    *Applying for Pro Hac Vice*
7   Suzanne Hengl
    *Applying for Pro Hac Vice*
8   Baker Botts L.L.P.
    30 Rockefeller Plaza
9   New York, New York 10112
    Telephone:    (212) 408-2500
10  Facsimile:    (212) 408-2501

11  Attorneys for Plaintiff
    Dell Inc.

12

13

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16                SAN FRANCISCO DIVISION

17

18

19  DELL INC., a Delaware Corporation,          Civil Action No. _____

            Plaintiff,                          **COMPLAINT AND DEMAND**
20                                              **FOR JURY TRIAL**

21      vs.                                     **1. Federal Counterfeiting**
                                                **2. Federal Trademark Infringement**
22  TENERGY CORPORATION, a California           **3. Federal Unfair Competition**
    corporation, PORTA POWER                    **4. Federal Dilution**
23  TECNHOLOGY, INC., a California              **5. Unfair Competition/Trademark**
    Corporation, XYZ COMPANIES 1-25 and            **Infringement – California Law**
24  JOHN/JANE DOE NOS. 1-25,                    **6. Dilution – California Law**
                                                **7. Passing Off - California Law**
    Defendants.
25                                              **JURY TRIAL DEMANDED**

26

27

28

COMPLAINT AND DEMAND
FOR JURY TRIAL                                                    04401\1438200.1

1    Plaintiff, Dell Inc., by its attorneys, for its complaint against Defendants Tenergy

2    Corporation d/b/a All-Battery.com, Porta Power Technology, Inc., XYZ Company Nos. 1-25 and

3    John/Jane Does Nos. 1-25 alleges as follows:

4                          **SUMMARY OF THE COMPLAINT**

5         1.       This is an action for trademark counterfeiting, infringement, unfair competition

6    and dilution.  Defendants have willfully purchased, advertised, promoted, offered for sale and

7    sold, without authorization from plaintiff Dell Inc., counterfeit battery packs for computers falsely

8    bearing or in connection with plaintiff's famous name and mark DELL.  These products are not

9    manufactured, sold or authorized for sale by Dell.  In certain instances, these counterfeit batteries

10   contain cells that are subject to an August 2006 Dell recall because they may present a fire

11   hazard.  As a result, the bogus products Defendants are marketing, promoting and selling not only

12   represent a willful infringement of Dell's intellectual property rights, but threaten the health,

13   safety and well-being of the consuming public.  Plaintiff's claims arise under the United States

14   Trademark (Lanham Act of 1946) Laws, 15 U.S.C. §§ 1051 et seq. (as amended) and California

15   law.  As a result of such willful conduct and the dangerous condition of the counterfeit products,

16   Plaintiff seeks preliminary and permanent injunctive relief and the recovery of actual damages,

17   statutory damages, treble damages, profits, costs, attorneys' fees, punitive damages and other

18   relief as more fully set forth below.

19                               **THE PARTIES**

20        2.       Plaintiff Dell Inc. ("Dell"), is a Delaware corporation having its principal place of

21   business at One Dell Way, Round Rock, Texas 78682.  Dell designs, builds and customizes

22   computer products and accessories, including battery packs for computers and related services.

23        3.       On information and belief, defendant Tenergy Corporation doing business as All-

24   Battery.com ("Tenergy "), is a California corporation, having a place of business at 1292 Kifer

25   Road, Suite 807 Sunnyvale, California 94086.  On information and belief, Tenergy manufactures,

26   markets, advertises, promotes and offers for sale batteries and accessories therefor, including

27   rechargeable battery packs for laptop and notebook computers, including via the Internet at

28   *www.all-battery.com.*

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT AND DEMAND
FOR JURY TRIAL                        - 2 -                        04401\1438200.1

1      4.      On information and belief, defendant Porta Power Technology, Inc. also doing

2  business as Portatechs.com ("Porta Power"), is a California corporation or unincorporated entity,

3  having a place of business at 10051 Pasadena Ave., Suite 3, Cupertino, California 95014.  On

4  information and belief, Porta Power manufactures, markets, advertises, promotes and offers for

5  sale batteries and accessories therefor, including rechargeable battery packs for laptop and

6  notebook computers, including via the Internet at *www.portatechs.com*.

7      5.      On information and belief, defendants John/Jane Doe Nos. 1-25 and XYZ

8  Company Nos. 1-25 are all those persons, companies or entities, the identities of which are

9  presently unknown, which have conducted and/or participated or acted in concert with defendant

10  Tenergy in the wrongful acts hereinafter set forth and which conduct business within this judicial

11  district.  (The defendants are collectively referred to as "Defendants").

12                          **SUBJECT MATTER JURISDICTION**

13      6.      The First, Second, Third and Fourth Causes of Action arise under the United States

14  Trademark (Lanham) Act of 1946, as amended, 15 U.S.C. §§ 1051-1127.  Jurisdiction in this

15  Court over these causes of action is proper pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331,

16  1332 and 1338.

17      7.      The Fifth, Sixth and Seventh Causes of Action arise under California statutory and

18  common law and are substantially based upon the same operative facts as the First through Fourth

19  Causes of Action.  Jurisdiction in this Court over the Fifth, Sixth and Seventh Causes of Action is

20  proper on the basis of supplemental jurisdiction under 28 U.S.C. § 1367(a).

21                          **PERSONAL JURISDICTION**

22      8.      Personal jurisdiction over the Defendants is proper under the laws of the State of

23  California, pursuant to Rule 4 of the Federal Rules of Civil Procedure and under the Due Process

24  Clause of the Fourteenth Amendment to the Federal Constitution.

25                                **VENUE**

26  9. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 in that Defendants

27  regularly conduct business in this district and/or Defendants reside or are domiciled in this district

28

Fardla Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

COMPLAINT AND DEMAND
FOR JURY TRIAL                          - 3 -                          04401\1438200.1

1   and/or a substantial part of the claims arose in this district.

2   **INTRADISTRICT ASSIGNMENT**

3      10.    Assignment is proper in this Division because a substantial part of the events

4   and/or omissions that give rise to this dispute occurred in this Division.

5   **PLAINTIFF'S TRADEMARK RIGHTS AT ISSUE**

6      11.    Plaintiff Dell is a leading manufacturer and seller of personal computer systems

7   and accessories, including battery packs for computers, through direct marketing channels.

8   Building on the direct business model that it pioneered, Dell receives customer orders via the

9   mail, telephone, facsimile, and Internet and ships products directly to customers according to their

10  customized specifications.  Dell also sells an extensive selection of computer peripheral hardware

11  and computing software and provides an extensive range of computer-related services, including

12  web site hosting, telephone and on-line technical support, on-site product service, system

13  installation and management, and technology transition planning and implementation.

14      12.    In or about November 1987, Dell created, adopted and commenced use of the trade

15  name, trademark and service mark DELL and variants thereof to identify and distinguish its

16  products and services.  Over time, the variants included, for example, the marks DELL

17  INSPIRON and DELL LATITUDE, to identify and distinguish Dell's products and services.  No

18  entities other than Dell and its affiliated companies are authorized to manufacture and sell

19  computer systems and accessories, computer peripherals, and other computer components or

20  provide computer-related services in the United States under Dell's trademarks.

21      13.    The name and mark DELL and variants thereof have been extensively used by

22  Dell in United States interstate commerce in connection with advertising and promotion of

23  Plaintiff's products and services in nationwide newspapers, trade and consumer magazines, on

24  television and radio, and through direct mail.  Such names and marks are prominently presented

25  on Dell's computer systems, advertisements, product packaging, manuals, and technical and

26  informational literature.

27      14.    Dell is the owner of the trademark DELL and variants thereof.  In addition to the

28  mark DELL and the DELL stylized logo, Dell uses and owns other marks to identify its products

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

COMPLAINT AND DEMAND
FOR JURY TRIAL                    - 4 -                                04401\1438200.1

1   and has registered such marks in the United States Patent and Trademark Office, including the

2   following:

| Mark | Registration No. | Issue Date | Goods |
|------|------------------|------------|-------|
| DELL | 1,616,571 | Oct. 9, 1990 | Computers and Computer Peripherals, Namely Monitors, Keyboards, Printers, Mice, Co-Processors, Modems, Hard and Floppy Disk Drives, Tape Drives, Cards and Memory Add-Ons, Memory Boards and Chips, Cables and Connectors, Operating Software and Instruction Manuals Sold Together as a Unit. (First Use 1987) |
| DELL (Stylized) | 1,860,272 | Oct. 25, 1994 | Computers and Parts Thereof (First Use 1992)0 |
| DELL PRECISION | 2,284,782 | Oct. 12, 1999 | Computers, Computer Peripheral Devices and Parts and fittings Therefor; Monitors, KeyBoards, Printers, Mouses, Co-Processors, Modems, Hard and Floppy Disk Drives, Tape Drives, CD-Rom Drives, Data Storage Units, And Electronic or Magnetic Cards and Memory Add Ons, Memory Boards and Chips, Cables and Connectors, All for Use with Computers. |
| INSPIRON | 2,254,835 | Jun. 22, 1999 | Computers, computer peripherals and parts therefor, monitors, keyboards, printers, mouses, co-processors, modems, hard and floppy disk drives, tape drives, CD-ROM drives, electronically encoded or magnetically encoded cards and memory add on chips or cards, memory boards and chips, cables and connectors, all for use with computers, computer operating software and instruction manuals all sold together as a unit (First Use 1997) |
| DELL (Stylized) | 3,215,023 | Mar. 6, 2007 | Desktop computers, notebook computers, laptop computers, servers, computer peripheral devices and parts and fittings therefor; monitors, keyboards, mouses printers, scanners, facsimile devices, remote control devices, projectors, co-processors, modems, hard and floppy disk drives, tape drives, CD read/write drives, digital video read/write drives, optical drives, data storage devices, docking |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT AND DEMAND
FOR JURY TRIAL                    - 5 -                    04401\1438200.1

| Mark | Registration No. | Issue Date | Goods |
|------|------------------|------------|-------|
| | | | stations, battery chargers, speakers and, electronic or magnetic cards and memory add ons, memory boards and chips, cables and connectors, all for use with computers; computer operating and utility software all sold together as a unit; personal and handheld computers; Personal digital assistant (PDA), electronic organizers, electronic notepads, memory cards, compact flash cards; smart media cards, computer styli, batteries, battery chargers, digital audio recorders, and digital audio playback devices, mp3 players, headphones, handheld carrying cases, electric power adapters, vehicle electric power adapters, keyboards, scanners, cradles for recharging and connecting to other devices and peripherals, electric cables and connectors for the above computer hardware and computer peripherals, namely modems, computer cables, handheld computers with wireless e-mail and wireless access to electronic communications networks; projectors; and electronic instruction manuals sold therewith as a unit for all the aforesaid goods; for portable and handheld digital electronic devices for recording, organizing, transmitting, manipulating and reviewing text, data and audio files; computer software for use in organizing, transmitting, manipulating, and reviewing text, data, and audio files on a portable and handheld digital electronic devices; televisions (First Use 1992) |
| DELL | 2,236,785 | Apr. 6, 1999 | Custom Manufacture of Computers for Others (First Use 1998) |
| LATITUDE | 1,962,286 | Mar. 12, 1996 | computers and instructional manuals sold therewith (First Use 1994) |

15.    Each registration is currently valid, subsisting and in full force and effect, and is

registered on the Principal Trademark Register of the United States Patent and Trademark Office.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

1    Registration Nos. 1,616,571, 1,860,272 , 2,236,785, 2,254,835 are incontestable pursuant to 15

2    U.S.C. § 1065.  True and accurate copies of the Certificates of Registration referenced in

3    paragraphs 13 and 14 herein are attached hereto as Exhibit 1.

4         16.    The name and mark DELL, the DELL logo, INSPIRON, LATITUDE and variants

5    thereof have been extensively and continually advertised and promoted by Dell within the United

6    States and worldwide for 10 years or more in connection with computer systems, desktop

7    computers, laptop computers and accessories therefore, including batteries.  Substantial amounts

8    of time, effort, and money have been expended over the years in ensuring that the purchasing

9    public associates such marks exclusively with Dell.  Indeed, Dell spends hundreds of millions of

10   dollars each year promoting its goods and services under the aforementioned trademarks.

11        17.    As a result of the time, effort and money invested in its business, Dell has achieved

12   a reputation for excellence in the manufacture and sale of its computer products and in the

13   rendering of its services.  As a result of its reputation for excellence, Dell enjoys a substantial

14   demand for and consumer sales of its products and services.  Indeed, Dell's revenues over the last

15   four quarters were approximately $59.4 billion.  Together with its reputation for excellence, Dell

16   enjoys a tremendous goodwill in its trademarks.

17        18.    By virtue of the extensive scope of the consumer sales made and the substantial

18   sums spent to advertise and promote products and services under Dell's marks, including, DELL,

19   the DELL logo, LATITUDE and INSPIRON, such marks have acquired a strong secondary

20   meaning in the minds of the purchasing public and the business community, and are now highly

21   distinctive, famous and serve uniquely to identify Dell's products and services.  Through

22   widespread and favorable public acceptance and recognition, these marks have become assets of

23   incalculable value as symbols of Dell's products and services.

24                        **DEFENDANTS' ACTIONS**

25        19.    On information and belief, Defendants marketed, advertised, promoted, offered for

26   sale and sold in the United States illegitimate or counterfeit notebook and laptop computer battery

27   packs bearing or in connection with Dell's marks, such as DELL, the DELL logo, LATITUDE

28   and INSPIRON, including via the Internet at www.all-battery.com and www.portatechs.com.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

COMPLAINT AND DEMAND                    - 7 -                           04401\1438200.1
FOR JURY TRIAL

1    Such actions occurred long after Dell's first use of such marks, without the permission or

2    authorization from Dell, with complete knowledge and notice of Dell's trademark rights.

3        20.    Dell recently learned that defendant Tenergy's notebook and laptop computer

4    battery packs were being marketed, advertised, promoted and offered for sale under the mark

5    DELL through Tenergy's web site at www.all-battery.com.  Representative pages from these web

6    sites are attached hereto as Exhibit 2.  Tenergy, however, is not an authorized reseller of Dell.

7    Nor has Dell licensed Tenergy to use its marks.

8        21.    On information and belief, such web pages displayed battery packs bearing the

9    DELL logo and repeatedly used the name and mark DELL, the DELL logo, LATITUDE and

10    INSPIRON, all without Dell's authorization or approval, thereby misappropriating Dell's name

11    and marks to falsely convey the source of Defendants' products, and/or that Defendants were

12    affiliated with, related to, sponsored or authorized by Dell and/or to trade off the good will built

13    up by plaintiff in Dell's marks.

14        22.    On information and belief, the designations used by Defendants are counterfeits

15    and colorable imitations of Dell's federally-registered marks, including, DELL, the DELL logo,

16    LATITUDE and INSPIRON, and Defendants' use in commerce of such counterfeit marks in

17    connection with the offering for sale or advertising of products and/or services without

18    authorization or approval from Dell is likely to cause confusion, or to cause mistake or to deceive

19    consumers.

20        23.    On information and belief, Defendants have intentionally and unlawfully used

21    without Dell's authorization or approval Dell's marks DELL, the DELL logo, INSPIRON and

22    LATITUDE on or in connection with their web sites and/or battery packs for the specific purpose

23    of misleading consumers into believing falsely that their products are manufactured, sold,

24    sponsored, approved, or authorized by Dell.

25        24.    On January 2, 2008, Dell purchased from Tenergy a purportedly new original

26    DELL OEM battery pack at the price of $109.99.  A copy of the order No. 107533 is attached

27    hereto as Exhibit 3 and an image of the product ordered is attached as Exhibit 4.

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT AND DEMAND
FOR JURY TRIAL                    - 8 -                    04401\1438200.1

25.    That same day, Dell placed a second order for a battery that had the words "Porta Power Tech" superimposed over the battery image within the web site. The price was $89.99 for each battery plus shipping and handling. A copy of the order No. 107555 is attached hereto as Exhibit 5 and an image of the battery ordered is attached as Exhibit 6.

26.    On January 9 and 10, 2008, a shipment via Federal Express courier of the first and second batteries ordered from Tenergy was received. The batteries were in boxes "Replacement for C1295 - DELL D500 D600 D505 500M 600 M - 11.1V 4700m/AH." Each battery carried Dell Part Number G2053A00. Each battery within its respective carton had a label affixed to it bearing the DELL logo. Attached hereto as Exhibits 7 and 8 are photographs of each of the batteries received.

27.    Inspection of the plastic housing for the battery packs revealed that they were fabricated to appear like legitimate DELL products, when in fact they were of poor quality and the interior design was different from that of any supplier of any authentic Dell battery. A representative example of an image of a legitimate DELL C2195 battery pack is attached as Exhibit 9. Indeed, the fabricated housing carried labels with the DELL logo, part number(s), regulatory markings and bar code labels, but the information on the labels did not properly correspond to the internal components and cells that comprise the batteries. Dell also conducted a comprehensive visual analysis of each battery. It was discovered during the inspection of the interior of the batteries that the cells may be contaminated and may present a fire hazard. In addition, the internal components were not glued into place as they should be but were simply placed into the housing of the battery pack. This increases the likelihood that that batteries will not function properly.

28.    Until Friday, February 1, this hypertext link, http://www.all-battery.com/index.asp?PageAction=VIEWCATS&Category=206, takes the user directly to the "Dell Laptop Batteries" page of Tenergy's web site. Listed on the web page was the "T-C1295" part number and the "details" section lists "Dell" as the "Brand" and "Dell" as the "manufacturer". A representative example of this page and the page for Product No. C2195 are attached hereto as Exhibits 10 and 11.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT AND DEMAND
FOR JURY TRIAL                            - 9 -                            04401\1438200.1

29. Tenergy's web site falsely advertises and offers for sale third party, after-market batteries as original Dell equipment when they are not.

30. On information and belief, Defendants' acts have been and are being committed with knowledge and willful intent to cause confusion, or to cause mistake or to deceive, and/or to profit therefrom.

31. In a letter dated January 31, 2008, Dell demanded that defendant Tenergy cease and desist from all use of its name and mark DELL and any variants thereof on or in connection with their products and to remove all references to DELL or Dell products from its web site. A copy of this letter is attached hereto as Exhibit 12. In response, Tenergy identified Porta Power as one of the vendors from whom it purchased the counterfeit DELL products.

32. On information and belief, although Defendants allegedly removed all Dell products from its site at www.all-battery.com and they have agreed to cease selling the counterfeit Dell products, they have not identified all the vendors of the products, turned over the counterfeit products to Dell or made clear to Dell that they will desist in the future from engaging in such unlawful conduct.

33. On January 31, 2008, after receiving Dell's protest letter, Tenergy continued to sell "DELL" batteries through the Internet site at www.all-battery.com.

34. Dell has objected to Porta Power's web site and marketing of allegedly compatible batteries for DELL products and gave Porta Power explicit notice of Dell's intellectual property rights.

35. On information and belief, Porta Power's web site at www.portatechs.com reveals that rather than avoid the false impression that it is affiliated or associated or authorized by Dell to market and sell DELL products, Porta Power is making repeated use of Dell's name and marks and selling counterfeit DELL batteries - the very same counterfeit products sold by Tenergy. Attached hereto as Exhibit 13 are representative examples of pages from Porta Power's web site.

36. On information and belief, Defendants have sold and/or are selling counterfeit battery packs falsely bearing or marketed in connection with the marks DELL, the DELL logo, LATITUDE and INSPIRON.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT AND DEMAND
FOR JURY TRIAL                    - 10 -                    04401\1438200.1

1    37.    On information and belief, the counterfeit battery packs sold by Defendants are of

2    such substandard quality that they are likely to explode, cause injury to property and threaten to

3    cause further injury to persons.

4                                    **DEFENDANTS' WILLFULNESS**

5    38.    On information and belief, because of Dell's long, extensive and substantially

6    exclusive use and/or sale of its computer products and accessories, including battery packs, and

7    Dell's significance as a manufacturer and supplier of computer products and services, Defendants

8    were or should have been, at all times, fully aware of Dell's trademarks.

9    39.    Notwithstanding Dell's well known prior use of and rights in the name and mark

10   DELL, the DELL Logo, LATITUDE and INSPIRON, Defendants, without the consent of Dell,

11   adopted and caused to be used in interstate commerce, Dell's names and marks on products

12   identical to Dell's goods, which products are not manufactured, sold or authorized by Dell.

13   40.    On information and belief, the display, promotion, distribution and sale by

14   Defendants of products bearing or sold under Dell's name and marks is misleading, fraudulent

15   and is likely to and will inevitably confuse, mislead and deceive the public into believing falsely

16   that Defendants are selling legitimate DELL battery packs when, in fact, such goods are

17   counterfeit and defective.

18   41.    On information and belief, Defendants' display, promotion, distribution and sale of

19   counterfeit products bearing or sold under Dell's name and marks was and is conducted with

20   actual knowledge of the reputation and goodwill in Dell's marks, and Dell's ownership of the

21   name and mark DELL, the DELL logo, LATITUDE and INSPIRON and/or with the intent of

22   passing off such counterfeit products as genuine Dell goods.

23                                    **DAMAGE TO DELL**

24   42.    On information and belief, the relevant public will be confused, mistaken and

25   deceived in wrongfully attributing to Dell the source or sponsorship of Defendants' goods as a

26   result of Defendants' unlawful use and counterfeiting of Dell's name and mark DELL,

27   LATITUDE and INSPIRON. Indeed, Dell will have no control over the quality of Defendants'

28   goods, certain of which pose a threat to the health and safety of the consuming public. Such

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT AND DEMAND
FOR JURY TRIAL                          - 11 -                          04401\1438200.1

1   confusion threatens to destroy the market for Dell's entire line of computer products, and will

2   irreparably injure Dell's goodwill, business reputation and intellectual property.

3       43.    Defendants' actions as described above (1) have the likelihood of affecting

4   interstate commerce by deceiving or confusing the public throughout the nation; (2) constitute a

5   false designation of the origin of Defendants' goods; (3) suggest a non-existent connection

6   between Defendants and Dell and DELL products; (4) suggest that Dell has sponsored, licensed

7   or approved of Defendants' goods and/or business; and/or (5) are likely to dilute, damage, blur

8   and tarnish the distinctive value of Dell's marks.  Such confusion, infringement, unfair

9   competition and dilution is and will continue to irreparably injure Dell's goodwill, business

10  reputation and marks.

11  **FIRST CAUSE OF ACTION**

12  **(Counterfeiting of Federally Registered Trademark**
    **Under the Lanham Act §§ 34 and 45, 15 U.S.C. § 1116 and 1127)**

13      44.    Plaintiffs reallege and incorporate herein by reference the allegations of

14  paragraphs 1 through 42 of the Complaint as set forth above.

15      45.    Defendants have used and/or continue to use in interstate commerce a designation

16  or mark, namely, DELL, the DELL logo, INSPIRON and LATITUDE, that are counterfeits, as

17  that term is defined in Sections 34(d) and 45 of the Lanham Act, 15 U.S.C. §§ 1116(d)(1)(B)(i),

18  and 1127, of the federally registered marks DELL, the DELL logo, INSPIRON and LATITUDE

19  in connection with the offering for sale of goods and services in violation of Sections 32(a) and

20  34(d) of the Lanham Act, 15 U.S.C. §§ 1114(1) and 1116(d).

21      46.    As a proximate result of the acts of Defendants as alleged herein, Dell has suffered

22  and will continue to suffer great damage to its business, goodwill, reputation, and/or profits.

23      47.    Dell has no adequate remedy at law against this counterfeiting.  Unless Defendants

24  are preliminarily and permanently enjoined by this Court, Dell will continue to suffer irreparable

25  harm.

26      48.    Dell hereby asserts this First Cause of Action against all Defendants.

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT AND DEMAND
FOR JURY TRIAL                    - 12 -                    04401\1438200.1

1

2

## SECOND CAUSE OF ACTION
### (Federal Trademark Infringement
### Under the Lanham Act §32, 15 U.S.C. §1114)

3     49.    Plaintiffs reallege and incorporate herein by reference the allegations of

4     paragraphs 1 through 47 of the Complaint as set forth above.

5     50.    Defendants' advertising, marketing and sale of counterfeit battery packs under or

6     in connection with the name and mark DELL, the DELL logo, LATITUDE, INSPIRON or

7     designations or names confusingly similar thereto, as alleged herein, is calculated to and is likely

8     to deceive, mislead and confuse the relevant public.  Such action therefore constitutes trademark

9     infringement in violation of section 32(a) of the Lanham Act, 15 U.S.C. § 1114.

10    51.    As a proximate result of the acts of Defendants as alleged herein, Dell has suffered

11    and will continue to suffer great damage to its business, goodwill, reputation, and profits, while

12    Defendants profit at Dell's expense.

13    52.    Dell has no adequate remedy at law for the infringement of its trademarks as

14    alleged herein.  Unless Defendants are preliminary and permanently enjoined by the Court, Dell

15    will continue to suffer irreparable harm.

16    53.    Dell hereby asserts its Second Cause of Action against all Defendants.

17

18

## THIRD CAUSE OF ACTION
### (False Designation of Origin Under the
### Lanham Act §43(a), 15 U.S.C. §1125(a))

19    54.    Dell realleges and incorporates herein by reference the allegations of paragraphs 1

20    through 52 of the Complaint as set forth above.

21    55.    The mark DELL, the DELL logo, LATITUDE, INSPIRON and variants thereof, as

22    used in connection with computer systems, computer peripherals and accessories, including

23    battery packs, and computer-related services, are distinctive marks which have become associated

24    with, and hence exclusively identify, Dell's business, products, and services.

25    56.    By reason of Defendants' wrongful advertisement, promotion and sale of

26    counterfeit products under or in connection with the name and mark DELL, the DELL logo,

27    LATITUDE, INSPIRON or designations or names confusingly similar thereto, purchasers and

28    prospective purchasers of Defendants' products are deceptively led to believe that Defendants'

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT AND DEMAND
FOR JURY TRIAL                    - 13 -                    04401\1438200.1

1  goods originate from, or are sponsored or otherwise approved by, Dell, when in fact Defendants

2  have no connection whatsoever with Dell in regard to such products.

3      57.    Defendants' unauthorized, misleading and willful use of the name and mark

4  DELL, the DELL logo, LATITUDE, INSPIRON or designations or names confusingly similar

5  thereto constitutes:

6          (i)    false designation of origin;

7          (ii)    false or misleading descriptions or representations of fact;

8          (iii)    trademark infringement; and

9          (iv)    false advertising,

10  which is likely to cause confusion, or to cause mistake or to deceive consumers as to an

11  affiliation, connection or association between Dell and Defendants or as to the origin, sponsorship

12  or approval of Defendants' products and commercial activities, in and affecting interstate

13  commerce all in violation of Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a).

14      58.    As a proximate result of the acts of Defendants as alleged herein, Dell has suffered

15  and will continue to suffer great damage to its business, goodwill, reputation, and profits, while

16  Defendants profit at Dell's expense.

17      59.    Dell has no adequate remedy at law for this unfair competition.  Unless

18  Defendants are enjoined by the Court, Dell will continue to suffer irreparable harm.

19      60.    Dell hereby asserts this Third Cause of Action against all Defendants.

20  **FOURTH CAUSE OF ACTION**

**(Federal Dilution Under the**

21  **Lanham Act §43(c), 15 U.S.C. §1125(c))**

22      61.    Dell realleges and incorporates herein by reference the allegations of paragraphs 1

23  through 59 of the Complaint as set forth above.

24      62.    Dell's name and mark DELL and its variants are arbitrary and highly distinctive in

25  connection with computer products and services, and are strong and, indeed, famous as a result of

26  Dell's prominence in the marketplace and extensive advertising, promotion and sale of goods and

27  services under such marks.

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT AND DEMAND
FOR JURY TRIAL        - 14 -        04401\1438200.1

63. Defendants' use of such marks in the formats described above is likely to dilute the distinctive quality of Dell's marks in violation of section 43(c) of the Lanham Act, 15 U.S.C. §1125(c).

64. As a proximate result of the acts of Defendants as alleged herein, Dell has suffered and will continue to suffer great damage to its business, goodwill, reputation, and profits, while Defendants profit at Dell's expense.

65. Dell has no adequate remedy at law against these acts of dilution. Unless Defendants are enjoined by the Court, Dell will continue to suffer irreparable harm.

66. Dell hereby asserts this Fourth Cause of Action against all Defendants.

### FIFTH CAUSE OF ACTION
**(Statutory and Common Law Unfair Competition — California Law)**

67. Dell realleges and incorporates herein by reference the allegations of paragraphs 1 through 65 of the Complaint as set forth above.

68. This is a cause of action for unfair competition arising under California law.

69. Dell's name and mark DELL, the DELL logo, LATITUDE, INSPIRON and their variants are each inherently distinctive and/or have acquired a strong secondary meaning. Dell has used the name and mark DELL, the DELL logo, LATITUDE, INSPIRON or variants for computer products and services for over 20 years. Such marks have become extensively known and associated in the minds of the public exclusively with Dell's business, products, and services.

70. Defendants' unlawful deceptive and infringing selling practices, and other conduct as described above constitute unfair competition, unlawful, unfair business practices, unfair, deceptive, untrue and misleading advertising and an infringement of Dell's rights in its goods and trademarks, in violation of Cal. Bus. & Prof. Code § 17200 et. seq.

71. By these actions, Defendants have appropriated Dell's name and marks at no cost to themselves, and such unfair competition, unfair business practices, unfair, deceptive and misleading advertising, infringement and misappropriation have irreparably injured the trade recognition and goodwill associated with Dell's name and trademark. Such injury, for which there is no adequate remedy at law, will continue unless enjoined by this Court.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT AND DEMAND
FOR JURY TRIAL                    - 15 -                    04401\1438200.1

1    72.    As a proximate result of the willful acts of Defendants as alleged herein, Dell has

2    suffered and will continue to suffer great damage to its business, goodwill, reputation, and profits,

3    while Defendants profit at Dell's expense.

4    73.    Dell has no adequate remedy at law against this unfair competition.  Unless

5    Defendants are enjoined by the Court, Dell will continue to suffer irreparable harm.

6    74.    Additionally, defendants' actions were in bad faith, in conscious disregard of

7    Dell's rights and were performed with the intention of depriving Dell of its intellectual property

8    rights.  Accordingly, defendants' conduct merits, and Dell seeks, an award of punitive damages in

9    an amount sufficient to punish defendants and deter such conduct in the future.

10    75.    Dell asserts this Fifth Cause of Action against all Defendants.

11
                                   **SIXTH CAUSE OF ACTION**
12                      **(Dilution of Trademark — California Statutory Law)**

13    76.    Dell realleges and incorporates herein by reference the allegations of paragraphs 1

14    through 74 of the Complaint as set forth above.

15    77.    As a direct result of Dell's long and extensive experience, care, and skill in

16    producing and marketing products and services under the widely recognized and/or distinctive

17    name and mark DELL and its variants which are original to Dell, Dell has acquired a widespread

18    reputation for excellence and goodwill.  Because of Dell's reputation for excellence, Dell's

19    products and services command extensive sales.

20    78.    Defendants, by using Dell's marks, including DELL, and/or designations virtually

21    indistinguishable from Dell's marks in connection with Defendants' goods as alleged herein and

22    for the purpose of enhancing the commercial value of or for soliciting purchases of such goods,

23    are misleading the public into believing falsely that their products are connected with Dell's

24    business or that Dell is somehow affiliated with Defendants' goods.

25    79.    Such acts by Defendants are likely to deprive Dell of the benefit of the goodwill

26    attached to the widely recognized and/or distinctive name and mark DELL and its variants,

27    tarnish and injure Dell's business reputation, and dilute the distinctive quality of these marks in

28    violation of the California Dilution Statute, Cal. Bus. & Prof. Code §14330.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT AND DEMAND
FOR JURY TRIAL                    - 16 -                    04401\1438200.1

1    80.    As a proximate result of the acts of Defendants as alleged herein, Dell has suffered

2    and will continue to suffer damage to its business, it marks, goodwill, reputation, and profits,

3    while Defendants profit at Dell's expense.

4    81.    Dell has no adequate remedy at law against this dilution of and injury to its marks

5    and business reputation.  Unless Defendants are enjoined by the Court, Dell will continue to

6    suffer irreparable harm.

7    82.    Dell hereby asserts this Sixth Cause of Action against all Defendants.

### SEVENTH CAUSE OF ACTION
**(Common Law Passing-Off)**

10    83.    Dell realleges and incorporates herein by reference the allegations of paragraphs 1

11    through 81 of the Complaint as set forth above.

12    84.    Defendants' unauthorized and counterfeit use of the marks DELL, the DELL logo,

13    LATITUDE and INSPIRON or variants constitute a knowing and willful passing-off of

14    counterfeit goods as those of Dell and thereby deceived customers throughout the United States.

15    85.    The continued unauthorized and counterfeit use of the marks DELL, the DELL

16    logo, LATITUDE and INSPIRON trademarks is likely to cause mistake or to confuse and deceive

17    the general public.  It already has caused actual mistake, confusion or deception of the general

18    public.

19    86.    As a proximate result of the acts of Defendants as alleged herein, Dell has suffered

20    and will continue to suffer great damage to its business, goodwill, reputation, and profits, while

21    Defendants profit at Dell's expense.

22    87.    Dell has no adequate remedy at law for this passing-off.  Unless defendants are

23    enjoined by the Court, Dell will continue to suffer irreparable harm.

24    88.    Additionally, defendants' actions were in bad faith, in conscious disregard of

25    Dell's rights and were performed with the intention of depriving Dell of its intellectual property

26    rights.  Accordingly, defendants' conduct merits, and Dell seeks, an award of punitive damages in

27    an amount sufficient to punish defendants and deter such conduct in the future.

28    89.    Dell asserts the Seventh Cause of Action against all defendants.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT AND DEMAND
FOR JURY TRIAL    - 17 -    04401\1438200.1

1   **PRAYER FOR RELIEF**

2       WHEREFORE, Dell prays for entry of judgment and for relief against Defendants as

3   follows:

4       1.      That Defendants, their respective officers, agents, servants, employees and

5   representatives and all other persons, firms or corporations in active concert or participation with

6   them, including companies hosting Defendants' web site, whether in the United States or abroad,

7   be preliminarily and permanently enjoined and restrained from: (a) advertising, promoting,

8   offering for sale, and/or selling counterfeit and/or unauthorized goods or services in connection

9   with the name and mark DELL, the DELL logo, LATITUDE, INSPIRON or any variant thereof,

10  or any name or mark confusingly similar thereto; and (b) doing any act or thing calculated or

11  likely to cause confusion or mistake in the minds of members of the public or the trade, or

12  prospective purchasers of Defendants' products, as to the source of products produced,

13  distributed, sold or offered for sale thereby, or likely to deceive members of the public or the

14  trade, or prospective purchasers, into believing that there is some connection between Defendants

15  and Dell or that Defendants' goods are being manufactured sold advertised, promoted, sold or

16  offered for sale by Dell or with Dell's authorization;

17      2.      That Defendants be ordered to take down their web pages or remove any

18  designation incorporating any name or mark infringing or diluting Dell's trademark rights or

19  which otherwise comprises false advertising, false representation or unfair competition;

20      3.      That Defendants be ordered by the Court to recall all infringing or counterfeit

21  DELL batteries sold since January 2004;

22      4.      That Defendants, pursuant to 15 U.S.C. § 1118, be ordered to deliver up for

23  destruction all batteries, printed labels, signs, prints, wrappers, receptacles, articles,

24  advertisements and promotional materials in its possession or control bearing the name and mark

25  DELL or any variant thereof or any name or mark confusingly similar thereto; and all computer

26  programs, code and other means of making the same; and produce to Dell all supplier and

27  customer records relating to the purchase and/or sale of counterfeit Dell batteries;

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT AND DEMAND
FOR JURY TRIAL                    - 18 -                    04401\1438200.1

1    5.    That Defendants be ordered to identify all customers who purchased counterfeit

2    Dell batteries;

3    6.    That Defendants account for and pay over to Dell all profits realized by

4    Defendants, or others acting in concert or participation with Defendants, from the sale of their

5    goods and/or services under or in connection with the use of the name and mark DELL, the

6    DELL logo, LATITUDE, INSPIRON or any variant thereof, or name or mark confusingly similar

7    thereto and from advertising, promoting, offering for sale and/or selling products resulting from

8    Defendants' unfair methods of competition as alleged herein;

9    7.    That Dell recover its damages sustained as a result of Defendants' unfair

10    competition and infringement of Dell's marks, including DELL, the DELL logo, LATITUDE,

11    INSPIRON or any variant thereof;

12    8.    That Dell be awarded three times Defendants' profits or three times Dell's

13    damages, whichever is greater, together with its reasonable attorneys' fees, pursuant to 15 U.S.C.

14    §§ 1117(a) and (b);

15    9.    That Dell be granted the maximum statutory damages of $1 Million for willful

16    counterfeiting under 15 U.S.C. § 1117;

17    10.    That Defendants, pursuant to 15 U.S.C. § 1116(a), be directed to file with the

18    Court and serve upon Dell within thirty (30) days after entry of the injunction, a report in writing

19    under oath setting forth in detail the manner and form in which they have complied with the

20    injunction;

21    11.    That Dell be awarded punitive and exemplary damages under California state law

22    for Defendants' willful and intentional acts;

23    12.    That Dell recover the costs of this action; and

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT AND DEMAND
FOR JURY TRIAL                    - 19 -                    04401\1438200.1

1    13.    That Dell be granted such other and further relief as the Court deems just and

2    proper.

3

4    Dated: February 1, 2008                    FARELLA BRAUN & MARTEL LLP

5

6                                              By: _____
                                                   C. Brandon Wisoff

7                                              Attorneys for Defendant
                                               DELL INC.
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

COMPLAINT AND DEMAND
FOR JURY TRIAL                    - 20 -                    04401\1438200.1

1    **JURY TRIAL DEMAND**

2    Dell hereby demands a trial by jury pursuant to Fed. R. Civ. P. 38.

3    Dated: February 1, 2008                    FARELLA BRAUN & MARTEL LLP

4

5                                              By: _____

6                                              C. Brandon Wisoff

7                                              Attorneys for Defendant
                                               DELL INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

COMPLAINT AND DEMAND
FOR JURY TRIAL                    - 21 -                    04401\1438200.1

# Exhibit 1

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 1,616,571

## United States Patent and Trademark Office    Registered Oct. 9, 1990

### TRADEMARK
### PRINCIPAL REGISTER

### DELL

DELL COMPUTER CORPORATION (DELA-
WARE CORPORATION)
9505 ARBORETUM BOULEVARD
AUSTIN, TX 78759

FOR: COMPUTERS AND COMPUTER PE-
RIPHERALS, NAMELY MONITORS, KEY-
BOARDS, PRINTERS, MICE, CO-PROCESSORS,
MODEMS, HARD AND FLOPPY DISK DRIVES,
TAPE DRIVES, CARDS AND MEMORY ADD-
ONS, MEMORY BOARDS AND CHIPS, CABLES
AND CONNECTORS, OPERATING SOFTWARE
AND INSTRUCTION MANUALS SOLD TO-
GETHER AS A UNIT, IN CLASS 9 (U.S. CL. 26).
FIRST USE 11-0-1987; IN COMMERCE
11-0-1987.
OWNER OF U.S. REG. NOS. 1,529,465, 1,529,468
AND OTHERS.

SER. NO. 74-021,331, FILED 1-19-1990.

THOMAS V. SHAW, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cl.: 26

**Reg. No. 1,860,272**

## United States Patent and Trademark Office

Registered Oct. 25, 1994

### TRADEMARK
### PRINCIPAL REGISTER



DELL COMPUTER CORPORATION (DELA-
WARE CORPORATION)
9505 ARBORETUM BLVD.
AUSTIN, TX 787597299

FOR: COMPUTERS AND PARTS THEREFOR,
IN CLASS 9 (U.S. CL. 26).

FIRST USE 7-0-1992; IN COMMERCE
7-0-1992.
OWNER OF U.S. REG. NOS. 1,498,470,
1,650,042, AND OTHERS.

SN 74-250,269, FILED 2-27-1992.

ALAN ATCHISON, EXAMINING ATTORNEY

Int. Cls.: 2, 9, 36, 37, 40 and 42

Prior U.S. Cls.: 6, 11, 16, 21, 23, 26, 36, 38, 100, 101, 102, 103 and 106

**United States Patent and Trademark Office**    Reg. No. 3,215,023
                                                  Registered Mar. 6, 2007

## TRADEMARK
## SERVICE MARK
## PRINCIPAL REGISTER



DELL INC. (DELAWARE CORPORATION)
MS#8033
ONE DELL WAY
ROUND ROCK, TX 78682

FOR: TONER CARTRIDGES AND INK JET CAR-TRIDGES, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FIRST USE 3-25-2003; IN COMMERCE 3-25-2003.

FOR: DESKTOP COMPUTERS, NOTEBOOK COMPUTERS, LAPTOP COMPUTERS, SERVERS, COMPUTER PERIPHERAL DEVICES AND PARTS AND FITTINGS THEREFOR; MONITORS, KEY-BOARDS, MOUSES PRINTERS, SCANNERS, FACSI-MILE DEVICES, REMOTE CONTROL DEVICES, PROJECTORS, CO-PROCESSORS, MODEMS, HARD AND FLOPPY DISK DRIVES, TAPE DRIVES, CD READ/WRITE DRIVES, DIGITAL VIDEO READ/WRITE DRIVES, OPTICAL DRIVES, DATA STO-RAGE DEVICES, DOCKING STATIONS, BATTERY CHARGERS, SPEAKERS AND, ELECTRONIC OR MAGNETIC CARDS AND MEMORY ADD ONS, MEMORY BOARDS AND CHIPS, CABLES AND CONNECTORS, ALL FOR USE WITH COMPUTERS; COMPUTER OPERATING AND UTILITY SOFT-WARE ALL SOLD TOGETHER AS A UNIT; PERSO-NAL AND HANDHELD COMPUTERS; PERSONAL DIGITAL ASSISTANT (PDA), ELECTRONIC ORGA-NIZERS, ELECTRONIC NOTEPADS, MEMORY CARDS, COMPACT FLASH CARDS; SMART MED-IA CARDS, COMPUTER STYLI, BATTERIES, BAT-TERY CHARGERS, DIGITAL AUDIO RECORDERS, AND DIGITAL AUDIO PLAYBACK DEVICES, MP3 PLAYERS, HEADPHONES, HANDHELD CARRY-ING CASES, ELECTRIC POWER ADAPTERS, VEHI-CLE ELECTRIC POWER ADAPTERS, KEYBOARDS, SCANNERS, CRADLES FOR RECHARGING AND CONNECTING TO OTHER DEVICES AND PERIPH-ERALS, ELECTRIC CABLES AND CONNECTORS

FOR THE ABOVE COMPUTER HARDWARE AND COMPUTER PERIPHERALS, NAMELY MODEMS, COMPUTER CABLES, HANDHELD COMPUTERS WITH WIRELESS E-MAIL AND WIRELESS ACCESS TO ELECTRONIC COMMUNICATIONS NET-WORKS; PROJECTORS; AND ELECTRONIC IN-STRUCTION MANUALS SOLD THEREWITH AS A UNIT FOR ALL THE AFORESAID GOODS; FOR PORTABLE AND HANDHELD DIGITAL ELECTRO-NIC DEVICES FOR RECORDING, ORGANIZING, TRANSMITTING, MANIPULATING AND REVIEW-ING TEXT, DATA AND AUDIO FILES; COMPUTER SOFTWARE FOR USE IN ORGANIZING, TRANS-MITTING, MANIPULATING, AND REVIEWING TEXT, DATA, AND AUDIO FILES ON A PORTABLE AND HANDHELD DIGITAL ELECTRONIC DEVI-CES; TELEVISIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-31-1992; IN COMMERCE 7-31-1992.

FOR: CREDIT SERVICES; LEASING OF COMPU-TERS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-31-1992; IN COMMERCE 7-31-1992.

FOR: MAINTENANCE AND REPAIR OF COM-PUTER HARDWARE; INSTALLATION OF COMPU-TER NETWORKS; INSTALLATION OF COMPUTER SYSTEMS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 7-31-1992; IN COMMERCE 7-31-1992.

FOR: CUSTOM MANUFACTURE OF COMPU-TERS FOR OTHERS, IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

FIRST USE 7-31-1992; IN COMMERCE 7-31-1992.

FOR: TECHNICAL SUPPORT SERVICES, NAME-LY, TROUBLESHOOTING OF COMPUTER HARD-WARE AND SOFTWARE PROBLEMS; CONSULTING SERVICES IN THE FIELD OF DE-SIGN, SELECTION, IMPLEMENTATION AND USE OF COMPUTER HARDWARE AND SOFTWARE SYSTEMS FOR OTHERS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 7-31-1992; IN COMMERCE 7-31-1992.

OWNER OF U.S. REG. NOS. 1,616,571, 2,806,770 AND OTHERS.

THE MARK CONSISTS OF THE WORD DELL WITH A STYLIZED E IN A DIAMOND SHAPE THAT APPEARS AS A SLANTED E WITHIN THE WORD.

SER. NO. 78-717,252, FILED 9-21-2005.

HENRY S. ZAK, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,284,782

Registered Oct. 12, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## DELL PRECISION

DELL COMPUTER CORPORATION (DELA-WARE CORPORATION)
ONE DELL WAY
ROUND ROCK, TX 78682

FOR: COMPUTERS, COMPUTER PERIPHER-AL DEVICES AND PARTS AND FITTINGS THEREFOR; MONITORS, KEYBOARDS, PRINTERS, MOUSES, CO-PROCESSORS, MODEMS, HARD AND FLOPPY DISK DRIVES, TAPE DRIVES, CD-ROM DRIVES, DATA STORAGE UNITS, AND ELECTRONIC OR MAGNETIC CARDS AND MEMORY ADD ONS,

MEMORY BOARDS AND CHIPS, CABLES AND CONNECTORS, ALL FOR USE WITH COMPUT-ERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-15-1998; IN COMMERCE 4-15-1998.

OWNER OF U.S. REG. NOS. 1,616,571, 2,030,084, AND 2,187,970.

SER. NO. 75-445,276, FILED 3-5-1998.

GLENN CLARK, EXAMINING ATTORNEY

Int. Cl.: 40

Prior U.S. Cls.: 100, 103 and 106

**Reg. No. 2,236,785**

## United States Patent and Trademark Office

**Registered Apr. 6, 1999**

### SERVICE MARK
### PRINCIPAL REGISTER

## DELL

DELL COMPUTER CORPORATION (DELA-
WARE CORPORATION)
ONE DELL WAY
ROUND ROCK, TX 786822244

FOR: CUSTOM MANUFACTURE OF COM-
PUTERS FOR OTHERS, IN CLASS 40 (U.S. CLS.
100, 103 AND 106).

FIRST USE 11-1-1987; IN COMMERCE
11-1-1987.
OWNER OF U.S. REG. NOS. 1,616,571 AND
1,860,272.

SER. NO. 75-453,373, FILED 3-19-1998.

RICHARD KIM, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

**Reg. No. 1,962,286**

# United States Patent and Trademark Office   Registered Mar. 12, 1996

## TRADEMARK
### PRINCIPAL REGISTER

### LATITUDE

DELL COMPUTER CORPORATION (DELA-
WARE CORPORATION)
2214 W. BRAKER LANE. BLDG. 3
AUSTIN, TX 787584063

FOR: COMPUTERS AND INSTRUCTIONAL
MANUALS SOLD THEREWITH, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-4-1994; IN COMMERCE
4-4-1994.

SN 74-464,566, FILED 12-2-1993.

MARY C. MACK, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 2,254,835

Registered June 22, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INSPIRON

DELL COMPUTER CORPORATION (DELA-
 WARE CORPORATION)
ONE DELL WAY
ROUND ROCK, TX 786822244

 FOR: COMPUTERS, COMPUTER PERIPHER-
ALS AND PARTS THEREFOR, MONITORS,
KEYBOARDS, PRINTERS, MOUSES, CO-PROC-
ESSORS, MODEMS, HARD AND FLOPPY DISK
DRIVES, TAPE DRIVES, CD-ROM DRIVES,
ELECTRONICALLY ENCODED OR MAGNETI-
CALLY ENCODED CARDS AND MEMORY
ADD ON CHIPS OR CARDS, MEMORY

BOARDS AND CHIPS, CABLES AND CONNEC-
TORS, ALL FOR USE WITH COMPUTERS,
COMPUTER OPERATING SOFTWARE AND
INSTRUCTION MANUALS ALL SOLD TO-
GETHER AS A UNIT, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

 FIRST USE 10-10-1997; IN COMMERCE
10-10-1997.

 SER. NO. 75-330,136, FILED 7-24-1997.

RICHARD KIM, EXAMINING ATTORNEY

# Exhibit 2

Laptop Batteries&Chargers

**TOTAL POWER SOLUTION**
All-Battery.com

🛒 cart    My Account    Newsletter    Advanced Search    Tracking    Logout

Search

Home    Special Deals    New Products    Design Center    Wholesale    Custom Made Packs    RMA    Testimonials    Company    Customer Service    Forums    PO's    Live Chat Service 2

Laptop Batteries&Chargers >

**Categories**

**Popular Products**
- Li-Ion/Li-Polymer Batteries
- Ni-MH Batteries
- Ni-CD Batteries
- Lithium Primary Batteries
- Lithium Photo Batteries
- Flashlight Batteries
- Flash/Lantern/Head lights
- Button Cells
- Solar Power
- Battery Saving Combos
- Battery Chargers
- Batteries & Charger Kits
- Laptop Batteries&Chargers
- Power Banks& Chargers
- UPS Power
- Battery Tester/Analyzer

**Hobby Zone**
- RC Airplane Batteries
- RC Car Battery Packs
- RC Helicopter Battery Packs
- Airsoft Gun Batteries
- Robot Batteries
- Paintball Gun Batteries

**Battery Pack Zone**
- Li-Ion/Po Packs 3.7V-37V
- NiMH/NiCd Packs 4.8V-60V
- Pack & Charger Kits
- Alarm, Security and Meter

**Sports & Travel Zone**
- Bike & Helmet Lighting Kits
- Travel Power & Adaptor
- Car/Travel DC Adaptor
- Auto Appliance
- DC-AC/DC-DC Converters
- Digital Camera Battery
- DVD Batteries
- eBikes and Scooters
- Camcorder Batteries
- 2-Way Radio Batteries
- Emergence Light Batteries

Laptop Battery Chargers
External Chargers For your Laptops

Universal Laptop Adapters for Cars

Li-Ion Batteries for Laptop Batteries
Li-Ion 18650 Battery Cells for rebuilding Laptop Batteries

 ACER Laptop Batteries

 APPLE Laptop Batteries

 ASUS Laptop Batteries

 Clevo Laptop Batteries

 COMPAL Laptop Batteries

 COMPAQ Laptop Batteries

http://www.all-battery.com/index.asp?PageAction=VIEWCATS&Category=199

1/31/2008

# Laptop Batteries&Chargers

- Cordless Phone Batteries.
- Power Tool batteries
- PDA Batteries
- Accessories
- PVC,Connector, Adaptor,etc.
- Weekly Specials

## More Information

- Customer Service
- Affiliates Programs
- Purchase Orders
- Customize Battery Packs
- Shopping FAQ
- Battery University
- Saving w. Rechargeable
- FedEx Shipping Map
- Satisfied Customers
- Track Shipment
- Wholesale Discount
- Ask Questions
- Job Opportunities




 DELL Laptop Batteries

 FUJITSU Laptop Batteries

 HP Laptop Batteries

 IBM Laptop Batteries

 KAPOK Laptop Batteries

 MITAC Laptop Batteries

 NEC Laptop Batteries

 PANASONIC Laptop Batteries

 SMP Laptop Batteries

 SONY Laptop Batteries

 SOTEC Laptop Batteries

 TOSHIBA Laptop Batteries

 TWINHEAD Laptop Batteries

 UNIWILL Laptop Batteries

Laptop Batteries&Chargers

**WinBook**    WINBOOK Laptop Batteries

Laptop Batteries&Chargers >
Home | Company | Forums | View Cart | Checkout | Order Status | LogOff

Browse All Products | Power Inverters | Index

www.All-Battery.com © Copyrigh

Laptop Batteries&Chargers - DELL Laptop Batteries

Page 1 of 3

**TOTAL POWER SOLUTION**
All-Battery.com

🛒 Cart   My Account   Newsletter   Advanced Search   Tracking   Logout   Live Chat Service 2

Search

Home   Special Deals   New Products   Design Center   Wholesale   Custom Made Packs   RMA   Testimonials   Company   Customer Service   Forums   PO's

**Categories**

**Popular Products**
- Li-Ion/Li-Polymer Batteries
- Ni-MH Batteries
- Ni-CD Batteries
- Lithium Primary Batteries
- Lithium Photo Batteries
- Flashlight Batteries
- Flash/Lantern/Head lights
- Button Cells
- Solar Power
- Battery Saving Combos
- Battery Chargers
- Batteries & Charger Kits
- Laptop Batteries&Chargers
- Power Banks& Chargers
- UPS Power
- Battery Tester/Analyzer

**Hobby Zone**
- RC Airplane Batteries
- RC Car Battery Packs
- RC Helicopter Battery Packs
- Airsoft Gun Batteries
- Robot Batteries
- Paintball Gun Batteries

**Battery Pack Zone**
- Li-Ion/Po Packs 3.7V-37V
- NiMH/NiCd Packs 4.8V-60V
- Pack & Charger Kits
- Alarm, Security and Meter

**Sports & Travel Zone**
- Bike & Helmet Lighting Kits
- Travel Power & Adaptor
- Car/Travel DC Adaptor
- Auto Appliance
- DC-AC/DC-DC Converters
- Digital Camera Battery
- DVD Batteries
- eBikes and Scooters
- Camcorder Batteries
- 2-Way Radio Batteries
- Emergence Light Batteries

Laptop Batteries&Chargers > DELL Laptop Batteries >

Displaying products 1 - 19 of 19 results

Items: [____] Sort: [__]



Dell Inspiron 7000 7500 Series Laptop Battery Laptop Battery
Regular Price $169.99
Sale Price $109.99



Battery for Dell Inspiron 1000/1200/2200\W543
14.8v/4400mAh NEW
Regular Price $179.99
Sale Price $105.99



Battery for Dell Inspiron 1100/5100 Series Laptops - Li-Ion
14.4v/6600mAh NEW [Generic]
Regular Price $145.99
Sale Price $89.99

Battery for Dell Inspiron 1100/5100 Series Laptop
Ion 14.8v/6450mAh NEW [Generic]
Regular Price $161.99
Sale Price $89.99



Battery for Dell Inspiron 2100/2800 Latitude LS/LST
Series Laptops - Li-Ion 11.1v/3600mAh NEW [Generic]
Regular Price $153.99
Sale Price $90.99

Battery for Dell Inspiron 2600/2650/2650C Series - Li-Ion
14.8v/3900mAh NEW [OEM]
Regular Price $172.99
Sale Price $100.99



Battery for Dell Inspiron 2600/2650/2650C S
Laptops - Li-Ion 14.8v/4000mAh NEW [Gen
Regular Price $145.99
Sale Price $85.99





Laptop Batteries&Chargers - DELL Laptop Batteries

Page 2 of 3

- Cordless Phone Batteries
- Power Tool batteries
- PDA Batteries
- Accessories
- PVC,Connector, Adaptor,etc.
- Weekly Specials

## More Information

- Customer Service
- Affiliates Programs
- Purchase Orders
- Customer Battery Packs
- Shopping FAQ
- Battery University
- Saving w. Rechargeable
- FedEx Shipping Map
- Satisfied Customers
- Track Shipment
- Wholesale Discount
- Ask Questions
- Job Opportunities



Battery for Dell Inspiron 300M/Latitude X300 Series
Laptops - Li-Ion 14.8v/4400mAh NEW [Generic]

Regular Price $469.00

Sale Price $95.99



Battery for Dell Inspiron 500m/600m - Latitude
D500/D600 Series Laptops [OEM] - Li-Ion

11.1V/4700mAh

Regular Price $186.00

Sale Price $109.99



Battery for Dell Inspiron 8500/8600/D800 11.1v/7200mAh
NEW [Generic]

Regular Price $167.00

Sale Price $105.99

Battery for Dell Inspiron 3500 Series Laptops - Li-Ion
10.8v/5100mAH NEW [Generic]

Regular Price $146.00

Sale Price $85.99



Battery for Dell Inspiron 7000 HP OmniBook 7000 Series
Laptops - Li-Ion 14.8v/6600mAh NEW [Generic]

Regular Price $162.00

Sale Price $90.99

Battery for Dell Inspiron 9100 and XPS G1947
14.8v/8900mAh NEW

Regular Price $236.00

Sale Price $139.99



Battery for Dell Latitude D400 14.8v/1900mAh NEW

Regular Price $169.00

Sale Price $99.99

Battery for Dell Inspiron 5000/5000e Series Lapt
Ion 11.1v/6600mAh NEW [Generic]

Regular Price $162.00

Sale Price $95.99



Battery for Dell Inspiron 700M High-Capac
14.8v/4400mAh NEW

Regular Price $172.00

Sale Price $105.99



Battery for Dell Inspiron XPS M170/6000/920C
Series 11.1v/7200mAh NEW[OEM]

Regular Price $186.00

Sale Price $129.99

Battery for Dell Latitude X200 Series Laptops -
7.4v/3600mAh NEW [Generic]

Regular Price $162.00

Sale Price $90.99



Battery for Dell Inspiron/Latitude Series Laptops - Li-Ion
14.8v/4400mAh NEW [Generic]

Regular Price $138.00

Sale Price $90.99



Battery for Dell SmartStep 200N/250N Laptops - Li-Ion
14.8v/5880mAh NEW [OEM]

Regular Price $249.00

Sale Price $129.99

SECURE SITE

HACKER SAFE
TESTED 31-JAN

RESELLER RATINGS

REAL REVIEWS
FROM REAL PEOPLE

Laptop Batteries&Chargers - DELL Laptop Batteries - Battery for Dell Inspiron 500m/600m - Latitude D500/D600 Series Laptops [O...    Page 2 of 2

- Cordless Phone Batteries
- Power Tool batteries
- PDA Batteries
- **Accessories**
- PVC Connector, Adaptor,etc.
- Weekly Specials

**More Information**

- Customer Service
- Affiliates Programs
- Purchase Orders
- Customize Battery Packs
- Shopping FAQ
- Battery Univerisly
- Saving w. Rechargeable
- FedEx Shipping Map
- Satisfied Customers
- Track Shipment
- Wholesale Discount
- Ask Questions
- Job Opportunities

- Number of Cells: **6**
- Color: **Gray**
- Dimensions: **4.86" x 3.05" x 0.75" (L*W*H)**
- Capacity: **11.1v/4700mAh**
- Highest quality Japan battery cells
- 100% compatible with original manufacturer

**Compatible Dell Part Numbers: 3R305 BAT1194 1X793 315-0084 312-0068**

Dell Model: C1295

**Fits Dell Laptop Models:**

- **Inspiron 500m/600m Series**
- **Latitude D500/D600 Series**

Laptop Batteries&Chargers > DELL Laptop Batteries >

Add a Product I



**www.All-Battery.com © Copyrigh**

Browse All Products | Power Inverters | Index

http://www.all-battery.com/index.asp?PageAction=VIEWPROD&ProdID=665

1/31/2008

Laptop Batteries&Chargers - DELL Laptop Batteries - Battery for Dell Inspiron 500m/600m - Latitude D500/D600 Series Laptops [O...    Page 1 of 2

**TOTAL POWER SOLUTION**
**All-Battery.com**

🛒 cart    My Account    Newsletter    Advanced Search    Tracking    Logout    Live Chat Service 2

Search

Home    Special Deals    New Products    Design Center    Wholesale    Custom Made Packs    RMA    Testimonials    Company    Customer Service    Forums    PO's

**Categories**

● **Popular Products**
- Li-Ion/Li-Polymer Batteries
- Ni-MH Batteries
- Ni-CD Batteries
- Lithium Primary Batteries
- Lithium Photo Batteries
- Flashlight Batteries
- Flash/Lantern/Head lights
- Button Cells
- Solar Power
- Battery Saving Combos
- Battery Chargers
- Batteries & Charger Kits
- Laptop Batteries&Chargers
- Power Banks& Chargers
- UPS Power
- Battery Tester/Analyzer
● **Hobby Zone**
- RC Airplane Batteries
- RC Car Battery Packs
- RC Helicopter Battery Packs
- Airsoft Gun Batteries
- Robot Batteries
- Paintball Gun Batteries
● **Battery Pack Zone**
- Li-Ion/Po Packs 3.7V-37V
- NiMH/NiCd Packs 4.8V-60V
- Pack & Charger Kits
- Alarm, Security and Meter
● **Sports & Travel Zone**
- Bike & Helmet Lighting Kits
- Travel Power & Adaptor
- Car/Travel DC Adaptor
- Auto Appliance
- DC-AC/DC-DC Converters
- Digital Camera Battery
- DVD Batteries
- eBikes and Scooters
- Camcorder Batteries
- 2-Way Radio Batteries
- Emergency Light Batteries

Laptop Batteries&Chargers > DELL Laptop Batteries >

Battery for Dell Inspiron 500m/600m - Latitude D500/D600 Series Laptops [OEM] - Li-Ion 11.1V/4700mAh
Battery for Dell Inspiron 500m/600m - Latitude D500/D600 Series Laptops [OEM] - Li-Ion 11.1V/4700mAh



Email this to a friend

In Stock    Regular Price    Sale Price
Y       ~~$168.99~~    $109.99

Qty    [ 1 ]    T-

▶ Add to Cart

ADD TO WISH LIST

Detailed Description

Dell Inspiron 500m/600m Series & Latitude D500/D600 Series Laptop Battery (OEM Original)

**Battery Specs:**

- Condition: **Brand New**. Generic Brand. Made in Japan.
- Warranty: **12 Months**
- Type: **Lithium Ion**

http://www.all-battery.com/index.asp?PageAction=VIEWPROD&ProdID=665    1/31/2008

Laptop Batteries&Chargers - DELL Laptop Batteries

Laptop Batteries&Chargers > DELL Laptop Batteries >

Home | Company | Forums | View Cart | Checkout | Order Status | LogOff

www.All-Battery.com ® Copyrigh

Browse All Products | Power Inverters | Index

# Exhibit 3

**All-Battery.com**
**1292 Kifer Road, Suite 807**
**Sunnyvale, CA 94086**

Your Next Time 6% Discount Code:

**tenergybattery**

**Order Information**
Order Number: 107533
Order Date: 1/2/2008 10:47:00 AM
Status: Pending( D )
Tracking Number: 358353166010098
Sales Rep:

**Customer Information**
First Name: David
Last Name: Woods
Phone: 6312266677
Email: pcrepairs@mainlymail.com
Company:
IP: 24.186.92.178

**Billing Information**
Address Line 1: PO Box 420
Address Line 2:
City: Lindenhurst
State/Province: NY
Zip/PostalCode: 11757
Country: United States

**Shipping Information**
Shipping Method: FEDEX Ground Service
Name: D Woods
Phone Number: 6312266677
Company: Laptop City
Address Line 1: 131 S. Smith St.
Address Line 2:
City: Lindenhurst
State/Province: NY
Zip/Postal Code: 11757
Country: US

**Product Information**

| Product | Part # | Qty | Price | Total |
|---|---|---|---|---|
| Battery for Dell Inspiron 500m/600m - Latitude D500/D600 Series Laptops [OEM] - Li-Ion 11.1V/4700mAh | T-C1295 | 2 | $109.99 | $219.98 |
| Free Shipping: 24 pcs of AA 2600 mAh high capacity NiMH Rechargeable batteries with 6 Free Holders | RB-AA-T2600-HA24 | 1 | $37.99 | $37.99 |

**Totals**
Subtotal (Taxable Items):                                                    $257.97
Shipping:                                                                          $9.46

Final Total:                                                                      $267.43

*Providing high quality batteries, chargers and mobile power accessories at All-Battery.com.*

# Exhibit 4



# Exhibit 5

**All-Battery.com**
**1292 Kifer Road, Suite 807**
**Sunnyvale, CA 94086**

Your Next Time 6% Discount Code:

**tenergybattery**

**Order Information**
Order Number: 107555
Order Date: 1/2/2008 12:23:00 PM
Status: Pending( D )
Tracking Number:
Sales Rep:

**Customer Information**
First Name: Robert
Last Name: Malcovitch
Phone: 860571008
Email: bobm@endemix.com
Company: Endemix
IP: 24.186.92.178

**Billing Information**
Address Line 1: 41 Crossroads Plaza #305
Address Line 2:
City: W. Hartford
State/Province: CT
Zip/PostalCode: 06117
Country: United States

**Shipping Information**
Shipping Method: FEDEX Express Saver
The shipping address is the same as the billing address.

**Product Information**

| Product | Part # | Qty | Price | Total |
|---|---|---|---|---|
| Battery for Dell Inspiron 500m/600m_Latitude D500/D600 Series Laptops - Li-Ion 11.1v/4400mAh NEW [Generic] | T-NB1225 | 2 | $89.99 | $179.98 |

**Totals**
Subtotal (Taxable Items):                                               $179.98
Shipping:                                                               $19.21

**Final Total:**                                                        $199.19

*Providing high quality batteries, chargers and mobile power accessories at All-Battery.com.*

# Exhibit 6



# Exhibit 7





**Battery One**
**JP-SE-APTL-48630-4CB-3931 Rev A03**
**CN-0U3332-14061-8TE-87KD Rev A00**





**<u>Battery Two</u>**
**JP-SE-APTL-48630-4CB-3908 Rev A03**
**CN-0U3332-14061-8TE-87KD Rev A00**





# Exhibit 8





**Battery One**
**JP-SE-APTL-48630-4CB-3926 Rev A03**
**CN-0U3332-14061-8TE-87KD Rev A00**





**Battery Two**
**JP-SE-APTL-48630-4CB-3908 Rev A03**
**CN-0U3332-14061-8TE-87KD Rev A00**





# Exhibit 9

**DELL™**

Buy Online or Contact Us: 1-800-449-3355

Keyword Search

🛒 Cart | ✍ Sign In

Desktops | Laptops | **Products** | Printers & Ink | **Services** | Electronics, Software & Accessories | **Support** | **Purchase Help** | **Learn** | Dell Chat | **Account** | Dell Outlet | Dell Financing | Gift Cards

Dell recommends Windows Vista® Home Premium.

You are here: ▒▒▒ USA > Home & Home Office > Accessories > Laptop/Notebook Accessories > Batteries & Adapters > Batteries

**DELL™ |48 WHr 6-Cell Secondary Media Bay Battery for Dell Inspiron 500m/ 600m Laptops**

The Dell™ 48 WHr 6-Cell Secondary Media Bay Battery can be used in the modular bay to extend your notebook's battery life over the single battery configuration. It features a 48 WHr capacity Lithium-Ion batteries ...Full Description

**Starting Price**          **$139.99**

As low as **$5/month**[1]
▒▒ Apply | Learn More

➕ **Add to Cart**

Usually Ships: 5-7 Days

Manufacturer Part#  9X001 | Dell Part#: 312-0085

★★★★★  ⊞ Avg Customer Rating **4 of 5**   Read 1 Review | Write a review
                                    Share this Product: ▒ ▒▒▒

**Overview**   **Tech Specs**   **Customer Ratings**   **Glossary And Resource**

**Highlights**

- 6-cell battery with 48-WHr capacity
- Provides extended battery life over the single battery configuration
- Reliable power means dependable performance
- Power up your system for business trips and vacations

**Overview**

The Dell™ 48 WHr 6-Cell Secondary Media Bay Battery can be used in the modular bay to extend your notebook's battery life over the single battery configuration. It features a 48 WHr capacity. Lithium-Ion batteries have a longer life than conventional batteries and do not require

🔖 Email to a Friend

🖨 Add to Wish List

📄 Print-Friendly Version

⚙ Compatibility

📦 What's in the Box

💬 Click to Chat

📞 Click to Call

**Customer Recommendations**

Customers who bought this product also bought these items

Customer Rating
★★★★☆
3.5 out of 5

**DELL**
53 WHr 6-Cell Lithium-Ion Primary Battery for Dell Inspiron 500m/ 600m Laptops

**Starting Price**   **$139.99**

➕ Add to Cart

Customer Rating
★★★☆☆
2.9 out of 5

**DELL**
65-watt 3 Prong AC Adapter for Select Dell Inspiron/ XPS/ Latitude D-Family Laptops

**Starting Price**   **$65.99**

➕ Add to Cart

Customer Rating
★★★★☆
3.2 out of 5

**DELL**
65-Watt 3 Prong AC Adapter for Dell Inspiron 600m/ Latitude D-Family Laptops / Precision M20

Mobile Workstation

**Starting Price** $65.99

Add to Cart

replacement as often. There is no battery memory effect with a Lithium-Ion battery — you can charge the battery whenever you like without fear of reducing its charge capacity. Moreover, you do not need to drain a Lithium-Ion battery completely before recharging it. This product has been tested and validated on Dell™ systems and is compatible with Dell™ Inspiron™ 500m/600m notebooks. It is supported by Dell™ Technical Support when used with a Dell™ system.

This product comes with 1 year limited warranty. For more information about warranties, please click here: www.dell.com/warranty.

Manufacturer Part# : 9X001
Dell Part# : 312-0085

**You are here:** USA > Home & Home Office > Accessories > Laptop/Notebook Accessories > Batteries & Adapters > Batteries

Printable Version

Offers subject to change, not combinable with all other offers. Taxes, shipping, handling and other fees apply. Valid for new U.S. online purchases through the Dell Home Electronics and Accessories site and for phone orders of electronics and accessories purchased without a system only. Dell reserves the right to cancel orders arising from pricing or other errors.

Purchase limit of 10 same items per order.

[1] DELL PREFERRED ACCOUNT (DPA): Offered by CIT Bank to qualified U.S. residents. CIT Bank determines creditworthiness, APR, credit limit, and eligibility for promotional offers. Taxes, fees, shipping, handling, and any other applicable charges are extra and vary. Qualifying for DPA does not guarantee offer of promotional financing features. Eligibility varies by promotion. Minimum monthly payments of $15 or 3% of account balance, whichever is greater.

© 2008 Dell | About Dell | Terms of Sale | Unresolved Issues | Privacy | Contact | Site Map | Visit ID | Feedback

▲ Top

Large Text
sn SNP1

**DELL™**    Buy Online or Contact Us: 1-800-449-3355

🛒 Cart  |  👤 Sign In

Keyword Search

Desktops    Laptops    Printers & Ink    Electronics, Software & Accessories    Dell Chat    Dell Outlet    Dell Financing    Gift Cards

| Products | Services | Support | Purchase Help | Learn | Account |

Dell recommends Windows Vista® Home Premium.

You are here: 🏳 USA > Home & Home Office > Accessories > Laptop/Notebook Accessories > Batteries & Adapters > Batteries

**DELL™** 96 WHr 12-Cell Lithium-Ion Battery for Dell Inspiron 1100/ 5100 and Latitude 100L Laptops

Always on the go? No more worries for running out of battery power! You can back yourself up with a Lithium-Ion battery for your Dell™ Inspiron™ notebook. This 12-cell battery has capacity of 94 WHr. Lithium-Ion ... Full Description

**Starting Price**    **$185.99**

As low as $6/month[1]
💳 Apply | Learn More

🔘 **Add to Cart**

Usually Ships: Within 24 Hours

Manufacturer Part# : 7T670 | Dell Part# : 312-0079

★★★★☆ 🖱 Avg Customer Rating 4.3 of 5    Read all 7 Reviews | Write a review

Share this Product: 🟦 🔖 ■

📧 Email to a Friend

📋 Add to Wish List

🖨 Print-Friendly Version

➕ Compatibility

📦 What's in the Box

💬 Click to Chat

📞 Click to Call

**Overview    Tech Specs    Customer Ratings    Glossary And Resource**

**Highlights**

- 94 WHr capacity
- Reliable power means dependable performance
- Power up your system for business trips and vacations

**Overview**

Always on the go? No more worries for running out of battery power! You can back yourself up with a Lithium-Ion battery for your Dell™ Inspiron™ notebook. This 12-cell battery has capacity of 94 WHr. Lithium-Ion batteries are longer lived than conventional batteries and do not require replacement as often. There is no battery memory effect with a lithium-ion battery — you can charge the battery whenever you like without fear of

**Customer Recommendations**

Customers who bought this product also bought these items

**DELL**
90-Watt 3 Prong AC Adapter for Dell Inspiron 1100/ 2600/ 2650/ 5100 Laptops

Customer Rating
★★☆☆☆
1.6 out of 5

Starting Price    $69.99

🔘 Add to Cart

**DELL**
512 MB Module for Dell Inspiron 1100 Laptop

Customer Rating
★★★★★
4.6 out of 5

Starting Price    $49.99
Instant Savings    $7.50

Subtotal    $42.49

🔘 Add to Cart

**DELL**
512 MB Module for a Dell Inspiron

Customer Rating
★★★★★
4.7 out of 5

5100 Laptop

| | |
|---|---|
| Starting Price | $49.99 |
| Instant Savings | $7.50 |
| **Subtotal** | **$42.49** |

🔘 Add to Cart

reducing its charge capacity. Moreover, you do not need to drain a lithium-ion battery completely before recharging it. This product has been tested and validated on Dell systems and is compatible with Dell Inspiron™ 1100/ 5100 and Latitude™ 100L Notebooks. It is supported by Dell Technical Support when used with a Dell system.

This product comes with 1 year limited warranty. For more information about warranties, please click here: www.dell.com/warranty.

Manufacturer Part# : 7T670
Dell Part# : 312-0079

🖨 Printable Version

**You are here:** 🏳 USA > Home & Home Office > Accessories > Laptop/Notebook Accessories > Batteries & Adapters > Batteries

Offers subject to change, not combinable with all other offers. Taxes, shipping, handling and other fees apply. Valid for new U.S. online purchases through the Dell Home Electronics and Accessories site and for phone orders of electronics and accessories purchased without a system only.Dell reserves the right to cancel orders arising from pricing or other errors.

Purchase limit of 10 same items per order.

[1] DELL PREFERRED ACCOUNT (DPA): Offered by CIT Bank to qualified U.S. residents. CIT Bank determines creditworthiness, APR, credit limit, and eligibility for promotional offers. Taxes, fees, shipping, handling, and any other applicable charges are extra and vary. Qualifying for DPA does not guarantee offer of promotional financing features. Eligibility varies by promotion. Minimum monthly payments of $15 or 3% of account balance, whichever is greater.

© 2008 Dell | About Dell | Terms of Sale | Unresolved Issues | Privacy | Contact | Site Map | Visit ID |     Feedback

▲ Top

Large Text
sn SNP1

# Exhibit 10

Laptop Batteries&Chargers - DELL Laptop Batteries

Page 1 of 3

**TOTAL POWER SOLUTION**
**All-Battery.com**

🛒 cart

Home | Special Deals | New Products | Design Center | Wholesale | Custom Made Packs | My Account | Newsletter | RMA | Testimonials | Company | Advanced Search | Tracking | Logout | Live Chat O

Search

Customer Service | Forums

Laptop Batteries&Chargers > DELL Laptop Batteries >

**Categories**

◆ **Popular Products**
⟍ Li-ion/Li-Polymer Batteries
⟍ Ni-MH Batteries
⟍ Ni-CD Batteries
⟍ Lithium Primary Batteries
⟍ Lithium Photo Batteries
⟍ Flashlight Batteries
⟍ Flash/Lantern/Head lights
⟍ Button Cells
⟍ Solar Power
⟍ Battery Saving Combos
⟍ Battery Chargers
⟍ Batteries & Charger Kits
⟍ Laptop Batteries&Chargers
⟍ Power Banks& Chargers
⟍ UPS Power
⟍ Battery Tester/Analyzer
◆ **Hobby Zone**
⟍ RC Airplane Batteries
⟍ RC Car Battery Packs
⟍ RC Helicopter Battery Packs
⟍ Airsoft Gun Batteries
⟍ Robot Batteries
⟍ Paintball Gun Batteries
◆ **Battery Pack Zone**
⟍ Li-Ion/Po Packs 3.7V-37V
⟍ NiMH/NiCd Packs 4.8V-60V
⟍ Pack & Charger Kits
◆ **Sports & Travel Zone**
⟍ Alarm, Security and Meter
⟍ Bike & Helmet Lighting Kits
⟍ Travel Power & Adaptor
⟍ Car/Travel DC Adaptor
⟍ Auto Appliance
⟍ DC-AC/DC-DC Converters
⟍ Digital Camera Battery
⟍ DVD Batteries
⟍ eBikes and Scooters

Items: _ ⌵ Sort:



Dell Inspiron 7000 7500 Series Laptop Battery Laptop
Battery
Regular Price $469.99
Sale Price $109.99

Displaying products 1 - 20 of 20 results



Battery for Dell Inspiron 1000/1200/2200/W5543
14.8v/4400mAh NEW
Regular Price $479.99
Sale Price $105.99



Battery for Dell Inspiron 1100/5100 Series Laptops - Li-Ion
14.4v/6600mAh NEW [Generic]
Regular Price $146.99
Sale Price $89.99



Battery for Dell Inspiron 1100/5100 Se
ion 14.8v/6450mAh NEW [G
Regular Price $161.9
Sale Price $89.99



Battery for Dell Inspiron 2100/2800 Latitude LS/LST
Series Laptops - Li-Ion 11.1v/3600mAh NEW [Generic]
Regular Price $163.99
Sale Price $90.99



Battery for Dell Inspiron 2600/2650/2650C Series - Li-Ion
14.8v/3900mAh NEW [OEM]
Regular Price $179.99
Sale Price $100.99



Battery for Dell Inspiron 2600/265(
Laptops - Li-Ion 14.8v/4000mAh N
Regular Price $146.9
Sale Price $85.99

http://www.all-battery.com/index.asp?PageAction=VIEWCATS&Category=206

1/31/2008

Laptop Batteries&Chargers - DELL Laptop Batteries

- Camcorder Batteries
- 2-Way Radio Batteries
- Emergence Light Batteries
- Cordless Phone Batteries
- Power Tool batteries
- PDA Batteries
- Accessories
- PVC,Connector,Adaptor,etc.
- Weekly Specials

## More Information

- Customer Service
- Affiliates Programs
- Purchase Orders
- Customize Battery Packs
- Shopping FAQ
- Battery University
- Saving w. Rechargeable
- FedEx Shipping Map
- Satisfied Customers
- Track Shipment
- Wholesale Discount
- Ask Questions
- Job Opportunities



Battery for Dell Inspiron 300M/Latitude X300 Series
Laptops - Li-Ion 14.8v/4400mAh NEW [Generic]
Regular Price $162.99
Sale Price $95.99



Battery for Dell Inspiron 500m/600m - Latitude
D500/D600 Series Laptops [OEM] - Li-Ion
11.1V/4700mAh
Regular Price $185.99
Sale Price $109.99

Battery for Dell Inspiron 700M High-Capacity
14.8v/4400mAh NEW
Regular Price $179.99
Sale Price $105.99

Battery for Dell Inspiron XPS M170/6000/9200/9300
Series 11.1v/7200mAh NEW[OEM]
Regular Price $186.99
Sale Price $129.99



Battery for Dell Inspiron 3500 Series Laptops - Li-Ion
10.8v/5100mAh NEW [Generic]
Regular Price $146.99
Sale Price $85.99



Battery for Dell Inspiron 500m/600m_Latitude D500/D600
Series Laptops - Li-Ion 11.1v/4400mAh NEW [Generic]
Regular Price $151.99
Sale Price $89.99



Battery for Dell Inspiron 8500/8600/D600 11.1v/7200mAh
NEW [Generic]
Regular Price $167.99
Sale Price $105.99



Battery for Dell Inspiron/Latitude Series Laptops - Li-Ion
14.8v/4400mAh NEW [Generic]
Regular Price $128.99
Sale Price $90.99



Battery for Dell Inspiron 5000/5000e S
Ion 11.1v/6600mAh NEW [(
Regular Price $162.9
Sale Price $95.99



Battery for Dell Inspiron 7000 HP Omr
Laptops - Li-Ion 14.8v/6600mAh N
Regular Price $143.9
Sale Price $90.99



Battery for Dell Inspiron 9100 ant
14.8v/6900mAh NEW
Regular Price $296.9
Sale Price $139.99



Battery for Dell Latitude D400 14.8v
Regular Price $166.9
Sale Price $99.99



Laptop Batteries&Chargers - DELL Laptop Batteries

Battery for Dell Latitude X200 Series Laptops - Li-Ion
7.4v/3600mAh NEW (Generic)
Regular Price $165.99
Sale Price $90.99

Battery for Dell SmartStep 200N/250N Laptops - Li-Ion
14.8v/5880mAh NEW (OEM)
Regular Price $249.99
Sale Price $129.99

www.All-Battery.com © C

Laptop Batteries&Chargers > DELL Laptop Batteries >
Home | Company | Forums | View Cart | Checkout | Order Status | LogOff

Browse All Products | Power Inverters | Index

# Exhibit 11

Laptop Batteries&Chargers - DELL Laptop Batteries - Battery for Dell Inspiron 500m/600m - Latitude D500/D600 Series Lapt...    Page 1 of 2

**TOTAL POWER SOLUTION**
**All-Battery.com**

Home    Special Deals    New Products    Design Center    Wholesale    Custom Made Packs    Cart    My Account    Newsletter    RMA    Testimonials    Company    Advanced Search    Tracking    Logout    Customer Service    Live Chat Or    Forums

Search

Laptop Batteries&Chargers > DELL Laptop Batteries >

**Categories**

● **Popular Products**
 ⌐ Li-Ion/Li-Polymer Batteries
 ⌐ Ni-MH Batteries
 ⌐ Ni-CD Batteries
 ⌐ Lithium Primary Batteries
 ⌐ Lithium Photo Batteries
 ⌐ Flashlight Batteries
 ⌐ Flash/Lantern/Head lights
 ⌐ Button Cells
 ⌐ Solar Power
 ⌐ Battery Saving Combos
 ⌐ Battery Chargers
 ⌐ Batteries & Charger Kits
 ⌐ Laptop Batteries&Chargers
 ⌐ Power Banks& Chargers
 ⌐ UPS Power
 ⌐ Battery Tester/Analyzer
● **Hobby Zone**
 ⌐ RC Airplane Batteries
 ⌐ RC Car Battery Packs
 ⌐ RC Helicopter Battery Packs
 ⌐ Airsoft Gun Batteries
 ⌐ Robot Batteries
 ⌐ Paintball Gun Batteries
● **Battery Pack Zone**
 ⌐ Li-Ion/Po Packs 3.7V-37V
 ⌐ NiMH/NiCd Packs 4.8V-60V
 ⌐ Pack & Charger Kits
 ⌐ Alarm, Security and Meter
● **Sports & Travel Zone**
 ⌐ Bike & Helmet Lighting Kits
 ⌐ Travel Power & Adaptor
 ⌐ Car/Travel DC Adaptor
 ⌐ Auto Appliance
 ⌐ DC-AC/DC-DC Converters
 ⌐ Digital Camera Battery
 ⌐ DVD Batteries
 ⌐ eBikes and Scooters



**Battery for Dell Inspiron 500m/600m - Latitude D500/D600 Series Laptops [OEM] - Li-Ion 11.1V/4700mAh**

Battery for Dell Inspiron 500m/600m - Latitude D500/D600 Series Laptops [OEM] - Li-Ion 11.1V/4700mAh

Email this to a friend

| Regular Price | Sale Price | Qty |
|---|---|---|
| $~~166.99~~ | $109.99 | <1  > |

In Stock    Y

Detailed Description

Dell Inspiron 500m/600m Series & Latitude D500/D600 Series Laptop Battery (OEM Original)

**Battery Specs:**

• Condition: **Brand New**. Generic Brand. Made in Japan.

ADD TO

http://www.all-battery.com/index.asp?PageAction=VIEWPROD&ProdID=665                    1/31/2008

Laptop Batteries&Chargers - DELL Laptop Batteries - Battery for Dell Inspiron 500n/600m - Latitude D500/D600 Series Lapt...     Page 2 of 2

- Camcorder Batteries
- 2-Way Radio Batteries
- Emergence Light Batteries
- Cordless Phone Batteries
- Power Tool batteries
- PDA Batteries
- **Accessories**
- PVC Connector, Adaptor,etc.
- Weekly Specials

## More Information

- Customer Service
- Affiliates Programs
- Purchase Orders
- Customize Battery Packs
- Shopping FAQ
- Battery University
- Saving w. Rechargeable
- FedEx Shipping Map
- Satisfied Customers
- Track Shipment
- Wholesale Discount
- Ask Questions
- Job Opportunities

- Warranty: **12 Months**
- Type: **Lithium Ion**
- Number of Cells: **6**
- Color: **Gray**
- Dimensions: 4.86" x 3.05" x 0.75" (L×W×H)
- Capacity: **11.1v/4700mAh**
- Highest quality Japan battery cells
- 100% compatible with original manufacturer

**Compatible Dell Part Numbers: 3R305 BAT1194 1X793 315-0084 312-0068**

**Dell Model: C1295**

**Fits Dell Laptop Models:**

- **Inspiron 500m/600m Series**
- **Latitude D500/D600 Series**

Add a

Laptop Batteries&Chargers > DELL Laptop Batteries >

 

Home | Company | Forums | View Cart | Checkout | Order Status | LogOff     **www.All-Battery.com © C**

Browse All Products | Power Inverters | Index

# Exhibit 12

# BAKER BOTTS LLP

30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK
10112 4498

TEL  +1 212.408 2500
FAX +1 212.408.2501
www.bakerbotts.com

AUSTIN
BEIJING
DALLAS
DUBAI
HONG KONG
HOUSTON
LONDON
MOSCOW
NEW YORK
RIYADH
WASHINGTON

January 31, 2008

## VIA HAND DELIVERY, EMAIL
## FACSIMILE & EXPRESS COURIER

Paul. J. Reilly
212.408.2634
FAX 212.259.2434
paul.reilly@bakerbotts.com

Xiangbing Li
President
Tenergy Corporation d/b/a All-Battery.com
1292 Kifer Road #807
Sunnyvale, California 94086

> Re:    Dell Inc. v. Tenergy Corp d/b/ All-Battery.com
>          Counterfeiting, Trademark Infringement/
>          False Advertising, and Unfair Competition

Dear Mr. Li:

We are intellectual property attorneys for Dell Inc. ("Dell"). Dell has learned of Tenergy Corp.'s Internet store site at *All-Battery.com*. Representative pages are attached. On this Internet store site, you prominently and repeatedly use, without authorization from Dell, the famous name and trademark "DELL", either alone or as part of other designations, e.g., DELL INSPIRON, as well as other product marks owned exclusively by Dell for the sale of laptop and notebook batteries and related goods and accessories. DELL branded batteries sold on your site have not been manufactured by Dell or with its authorization and are comprised of defective parts. As a result, not only are you infringing Dell's trademark and trade name, but you are engaging in counterfeiting, unfair competition, dilution, false advertising and false representation. Such wrongdoing must cease immediately.

The name and mark DELL and variants thereof are federally registered marks owned by Dell, covering computers, computer parts, peripherals, repair, and maintenance, and related goods and services (See e.g., U.S. Trademark Reg. Nos. 1,860,272, 1,616,571, and. 1,498,470). Dell's federal trademark registrations are valid, subsisting and, in many cases, statutorily incontestable. Dell has extensively used its name and marks for many years in connection with providing exceptionally high quality merchandise and services in the computer industry. As a result of our client's long, extensive, and substantially exclusive use, Dell's trademarks have become famous and instantaneously known to the general public as indications of exclusive source in Dell. Such marks enjoy tremendous goodwill and represent valuable assets of our client's business. Federal law protects such assets from unauthorized use and/or registration by others.

Your web site relies and willfully trades upon the instant recognition value, goodwill and business reputation inherent in the name and mark DELL. In context, it appears as though Dell has authorized you to use its name and marks in the manner shown on your web sites when in fact, it has no involvement whatsoever in the operation of your business. Also, your web site indicates that you sell DELL replacement batteries and products. Yet, it is unclear

**BAKER BOTTS** LLP

from your site which products are compatible and which are original DELL products, if any. This is confusing to consumers and potentially maligns Dell's good name and reputation. You are in fact making unauthorized use of the mark DELL and variants on or in connection with bogus, defective products that have not been manufactured with Dell's authorization or approval. A "counterfeit mark" as defined under the Federal Trademark Act, 15 U.S.C. §1116, is a "spurious designation that is identical with, or substantially indistinguishable from" another's trademark. Your unauthorized use of the designations DELL and variants in connection with the sale of bogus batteries and other goods and services clearly fall within the scope of this definition and such infringing conduct may result in an award of statutory damages against you in an amount of up to $1,000,000, per counterfeit mark, per good/service.

Most importantly, we have learned that bogus DELL branded batteries which you are selling are manufactured using defective cells that can cause personal injury and damage to property. Thus, there is a serious health and safety issue concerning the products you are selling that must be remedied immediately.

In short, your activities violate Dell's valid and enforceable legal rights, constitute counterfeiting, trademark infringement, unfair competition, dilution, false advertising, and false representation and pose a significant threat to the health and well-being of consumers.

In view of the foregoing, Dell demands that by close of business today, you and those acting in concert with you: (a) remove or shut down those pages on the site at All-Battery.com or any other site owned by you or your affiliates on or through which you are marketing DELL products; (b) cease and desist from all use of the name and mark DELL, any trademark owned by Dell or any variants of the foregoing which are likely to confuse the public as to the source or sponsorship of your web sites, goods, services, promotions and/or businesses; (c) destroy any printed materials bearing any of the aforementioned unauthorized names or marks, or any other designation confusingly similar to Dell's name or marks, or variants thereto.

In addition within the next five (5) days, Dell demands that you (i) identify the total number of items manufactured and or sold by you or your affiliates bearing or in connection with the DELL mark (broken down by product); (ii) identify the cost to purchase and/or produce each item, and the retail sales price for each item; (iii) identify the vendor(s), if any, from whom you purchased item(s) bearing the mark DELL, including all contact information; (iv) that you cancel any outstanding orders for merchandise bearing the mark DELL; (v) turn over to Dell all DELL branded products in your possession or control; and (vi) recall all DELL branded batteries that you have sold since January 2004. Once we have this information, particularly the identity of the vendor and the inventory, we can assess the damage that you have caused to Dell and perhaps reach a resolution of this matter without the need for litigation.

Further, we request within the next 24 hours, your written assurance that you shall comply with the demands in this letter, that you have removed or shut down those pages on the site at all-battery.com or any other site owned by you or your affiliates on or through which you are marketing DELL products and will agree to cease and forever desist from all use the infringing and/or counterfeit DELL names and marks or any variant thereof.

**BAKER BOTTS** LLP

Tenergy Corporation                                                                                     -3-

Unless you comply with Dell's demands and provide Dell with the requested information and written assurances within 24 hours from the date of this letter, Dell will pursue all its available legal and equitable remedies to obtain the maximum penalties imposed by law against you and those acting in concert with you, including a preliminary injunction, permanent injunction, an accounting of your profits, Dell's damages, treble damages, costs, attorney fees, statutory damages and punitive damages.

This letter does not represent a full and complete statement of Dell's claims against you and nothing in this letter shall be deemed a waiver of any rights or remedies of Dell, all of which are expressly reserved.

Regards,

Paul J. Reilly

Enc.

cc:     Ling Zhuang
        2315 Louis Road
        Palo Alto, CA 94303

# Exhibit 13

Search Results : Porta Power Techs

**PORTATECHS.COM**
PORTA POWER TECHNOLOGY

My Account  |  Shopping Cart  |  About Us

HACKER SAFE
TESTED DAILY  01-FEB

Brands | Battery | Battery Charger | Laptop Accessory | Mini Audio Device | PDA Accessory | Wireless Networking | Gift

**Search**

dell

Advance Search

**CATEGORIES**
- Battery (372)
- Battery Charger (173)
- Laptop Accessory (61)
- Mini Audio Device (2)
- PDA Accessory (2)
- Wireless Networking (5)
- Gift

**SHOPPING CART**

0 items

**BEST SELLERS**

01. AC Adapter (65W) for Acer TravelMate 2300/4000/8100 Series Laptops.

02. Battery for HP Pavilion N5000/OmniBook XE3 Series Laptops, Li-Ion 11.1v/6600mAH

03. Battery for HP Pavilion XZ, ZT OmniBook XT1000, XT1500 Series Laptops, 14.8v 4400mAH

04. Battery for Toshiba Satellite 1900/1905 Series Laptops, Li-Ion 14.8v 6600mAh

05. Battery for HP OmniBook 6000/6100 Series Laptops, Li-Ion 14.8v/4400mAh

**INFORMATION**

**Products meeting the search criteria**

Displaying 1 to 12 (of 69 products)

Result Pages:  1  2  3  4  5 ...  [Next >>]

| Product Name+ | Price | Buy Now |
|---|---|---|

AC Adapter (65W) for HP/Compaq/Acer and other laptops — $39.95  [Buy Now]

AC adapter (90W) for Dell Latitude D500/D600/D610/D800/D810/, Inspiron 500m/600m/700m/9200/9300 sery laptops. — $45.00  [Buy Now]

AC Adapter for Dell Inspiron 5000/Compaq 30W Laptops. (65W) — $49.00  [Buy Now]

AC adpater for Dell Dell Inspiron 1100/5100, Latitude C series Laptops — $25.00  [Buy Now]

AC adpater for Dell Latitude C400/X200 series Laptops. — $25.00  [Buy Now]

Battery charger (External/Standalone) for Acer Aspire 1200/1600, Dell SmartStep 200N/250N, Fujitsu Amilo D and N series Laptop batteries — $75.00  [Buy Now]

Battery Charger (External/Standalone) for Dell Inspiron 1100/5100 Series Laptops batteries. — $70.00  [Buy Now]

Battery Charger (External/Standalone) for Dell Inspiron 1100/5100/5150/5160 Series Laptop batteries. — $70.00  [Buy Now]

Battery Charger (External/Standalone) for Dell Inspiron 1300, B120, B130, Latitude 120L Laptop Rating 11.1V batteries. — $70.00  [Buy Now]

# Search Results : Porta Power Techs

Shipping & Returns
Privacy Notice
Conditions of Use
Track a Return
Frequently Asked Questions
Contact Us



Battery charger (External/Standalone) for Dell Inspiron 1100, 5100, 5150, 5160; Latitude 120L Laptop Rating 14-18V batteries.    $70.00  Buy Now

Battery Charger (External/Standalone) for Dell Inspiron 2500/2650/2650C Series Laptop batteries.    $70.00  Buy Now

Battery charger (External/Standalone) for Dell Inspiron 5000/5000e, Winbook Z1 series laptop batteries.    $75.00  Buy Now

Displaying 1 to 12 (of 69 products)

Result Pages:  1  2  3  4  5 ...  [Next >>]

Back

Powered by Combasix

Copyright © 2004 Porta Power Techs. All Rights Reserved.
All names, logos, trademarks, etc., belong to their respective owners.

Search Results : Porta Power Techs

Search Results : Porta Power Techs

Search Results : Porta Power Techs

My Account  |  Shopping Cart  |  About Us

**HACKER SAFE**
TESTED DAILY   01-FEB

# PORTATECHS.COM
PORTA POWER TECHNOLOGY

Brands | Battery | Battery Charger | Laptop Accessory | Mini Audio Device | PDA Accessory | Wireless Networking | Gift

## Products meeting the search criteria

**Search**

dell

🔍 Advance Search

**CATEGORIES**

▶ Battery (372)
▶ Battery Charger (173)
▶ Laptop Accessory (61)
▶ Mini Audio Device (2)
▶ PDA Accessory (2)
▶ Wireless Networking (5)
▶ Gift

**SHOPPING CART**

0 items

**BEST SELLERS**

01. AC Adapter (65W) for Acer TravelMate 2300/4000/8100 Series Laptops.

02. Battery for HP Pavilion N5000/OmniBook XE3 Series Laptops, Li-Ion 11.1v/6600mAH

03. Battery for HP Pavilion XZ_ZT OmniBook XT1000_XT1500 Series Laptops, 14.8v 4400mAH

04. Battery for Toshiba Satellite 1900/1905 Series Laptops, Li-Ion 14.8v 6600mAh

05. Battery for HP OmniBook 6000/6100 Series Laptops, Li-Ion 14.8v/4400mAh

**INFORMATION**

Displaying 13 to 24 (of 69 products)

Result Pages:  [<< Prev]  1  2  3  4  5 ...  [Next >>]

| Product Name+ | Price | Buy Now |
|---|---|---|

Battery Charger (External/Standalone) for Dell Inspiron 500m/600m and Latitude D500/D600 Rating 14.8v Batteries.
$70.00  Buy Now

Battery Charger (External/Standalone) for Dell Inspiron 630m, 640m, XPS M140 series laptop batteries.
$70.00  Buy Now

Battery Charger (External/Standalone) for Dell Inspiron 6400/1501/E1505, Latitude 131L, Vostro 1000 Laptop Batteries.
$70.00  Buy Now

Battery charger (External/Standalone) for Dell Latitude D410 Laptop Rating 11.1V Battery.
$70.00  Buy Now

Battery Charger (External/Standalone) for Dell Latitude D620, De30 Laptop Battery
$70.00  Buy Now

Battery Charger (External/Standalone) for Dell Latitude D810, Precision M70 serv laptop batteries.
$70.00  Buy Now

Battery charger (External/Standalone) for Dell Latitude D820, D830 Laptop Rating 11.1V batteries.
$70.00  Buy Now

Battery charger (External/Standalone) for Dell XPS M1210 laptop battery.
$70.00  Buy Now

Battery Charger (External/Standalone) for Dell XPS M1310 Laptop Rating 11.1V Battery.
$70.00  Buy Now

# Search Results : Porta Power Techs

Shipping & Returns
Privacy Notice
Conditions of Use
Track a Return
Frequently Asked Questions
Contact Us



Battery charger for Dell Inspiron 5500/B500/2500 series laptop batteries.    $70.00    **Buy Now**

Battery Charger for Dell Inspiron XPS M170/6000/9000/9200/9300/9400 Series Laptop Batteries.    $70.00    **Buy Now**

Battery Charger for Dell Latitude C sery & Inspiron 2500, 3700, 3800, 4000, 4100, 4150, 8000, 8100, 8200 Series Laptop Battery.    $70.00    **Buy Now**

Displaying **13** to **24** (of **69** products)    Result Pages: [<< Prev]  **1**  **2**  **3**  **4**  **5** ...  [Next >>]

**Back**

Powered by Combasix

Copyright © 2004 Porta Power Techs. All Rights Reserved.
All names, logos, trademarks, etc., belong to their respective owners.

Search Results : Porta Power Techs

Search Results : Porta Power Techs

Search Results : Porta Power Techs

**PORTATECHS.COM**
PORTA POWER TECHNOLOGY

My Account | 🛒 Shopping Cart | About Us

🔒 **HACKER SAFE**
TESTED DAILY    01-FEB

Brands | Battery | Battery Charger | Laptop Accessory | Mini Audio Device | PDA Accessory | Wireless Networking | Gift

## Search

dell

🔍 Advance Search

### Products meeting the search criteria

Displaying 25 to 36 (of 69 products)

Result Pages: [<< Prev]  1  2  3  4  5 ...  [Next >>]

**CATEGORIES**

▸ Battery (372)
▸ Battery Charger (173)
▸ Laptop Accessory (61)
▸ Mini Audio Device (2)
▸ PDA Accessory (2)
▸ Wireless Networking (5)
▸ Gift

**SHOPPING CART**

0 items

**BEST SELLERS**

01. AC Adapter (65W) for Acer TravelMate 2300/4000/8100 Series Laptops
02. Battery for HP Pavilion N5000/OmniBook XE3 Series Laptops, Li-Ion 11.1V/6600mAh
03. Battery for HP Pavilion XZ_ZT OmniBook XT1000_XT1500 Series Laptops, 14.8v 4400mAh
04. Battery for Toshiba Satellite 1900/1905 Series Laptops, Li-Ion 14.8v 6600mAh
05. Battery for HP OmniBook 6000/6100 Series Laptops, Li-Ion 14.8v/4400mAh

**INFORMATION**

| Product Name+ | Price | Buy Now |
|---|---|---|
| Battery for Acer Aspire 1200/1600, Dell SmartStep 200N/250N, Fujitsu Amilo D and N Laptops, Li-Ion 14.8v/5880mAh | $129.00 | Buy Now |
| Battery for Dell Axim X5 Handheld PDA, Li-Ion 3.7v/1440mAh | $35.00 | Buy Now |
| Battery for Dell Inspiron 1000/1200/2200/V5543 14.8v/4400mAh | $95.00 | Buy Now |
| Battery for Dell Inspiron 1100, 5100, 5150, 5160 Series Laptops, Li-Ion 14.8v/6900mAh | $90.00 | Buy Now |
| Battery for Dell Inspiron 1300, B120, B130 & Lattitude 120L sery laptops | $105.00 | Buy Now |
| Battery for Dell Inspiron 1420, Vostro 1400 sery laptops, Li-Ion 11.1/85WH. | $109.00 | Buy Now |
| Battery for Dell Inspiron 1520, 1521, 1720, 1721 sery laptop, Li-Ion 11.1V/56Wwr. | $99.00 | Buy Now |
| Battery for Dell Inspiron 2100/2800 Lattitude L5/L5T Series Laptops, Li-Ion 11.1v/3600mAh | $90.00 | Buy Now |
| Battery for Dell Inspiron 2600/2650/2650C Series Laptops, Li-Ion 14.8v/4800mAh | $85.00 | Buy Now |

# Search Results : Porta Power Techs

Shipping & Returns
Privacy Notice
Conditions of Use
Track a Return
Frequently Asked Questions
Contact Us



CONFIRMED
www.portatechs.com
CLICK TO VERIFY
FEB 1 2008    12:47:16



Battery for Dell Inspiron 3000/Latitude X300 Series Laptops, Li-Ion 14.8v/4400mAh                                              $95.00  Buy Now

Battery for Dell Inspiron 3500 Series Laptops, Li-Ion 10.8v/5100mAH                                              $85.00  Buy Now



Battery for Dell Inspiron 5000/5000e Series Laptops, Li-Ion 11.1v/6600mAh                                              $95.00  Buy Now

Displaying 25 to 36 (of 69 products)                                    Result Pages: [<< Prev]  1  2  3  4  5 ...  [Next >>]

Back

Powered by Combasix

Copyright © 2004 Porta Power Techs. All Rights Reserved.
All names, logos, trademarks, etc., belong to their respective owners.

Search Results : Porta Power Techs

Page 3 of 4

Search Results : Porta Power Techs

Search Results : Porta Power Techs

My Account | ⨅ Shopping Cart | About Us

**HACKER SAFE**
TESTED DAILY   01-FEB

**PORTATECHS.COM**
PORTA POWER TECHNOLOGY

Brands | Battery | Battery Charger | Laptop Accessory | Mini Audio Device | PDA Accessory | Wireless Networking | Gift

**Search**

dell

🔍 Advance Search

**CATEGORIES**
▸ Battery (372)
▸ Battery Charger (173)
▸ Laptop Accessory (61)
▸ Mini Audio Device (2)
▸ PDA Accessory (2)
▸ Wireless Networking (5)
▸ Gift

**SHOPPING CART**

0 items

**BEST SELLERS**

01. AC Adapter (65W) for Acer TravelMate 2300/4000/8100 Series Laptops.
02. Battery for HP Pavilion N5000/OmniBook XE3 Series Laptops, Li-Ion 11.1V/6600mAH
03. Battery for HP Pavilion XZ_ZT OmniBook XT1000, XT1500 Series Laptops, 14.8v 4400mAH
04. Battery for Toshiba Satellite 1900/1905 Series Laptops, Li-Ion 14.8v 6600mAh
05. Battery for HP OmniBook, 6000/6100 Series Laptops, Li-Ion 14.8v/4400mAH

**INFORMATION**

**Products meeting the search criteria**

Displaying 37 to 48 (of 69 products)

Result Pages: [<< Prev]  1  2  3  4  5 ...  [Next >>]

| Product Name+ | Price | Buy Now |
|---|---|---|
| Battery for Dell Inspiron 500m/600m, Latitude D500/D600 Series Laptops, Li-Ion 11.11V/4700mAh | $105.00 | Buy Now |
| Battery for Dell Inspiron 630m, 640m, E1405, PS M140 Li-Ion 11.11V/85Wh. Original | $115.00 | Buy Now |
| Battery for Dell Inspiron 630M, 640m, XPS M140 series laptop, Li-Ion 11.1V/87WH. | $109.00 | Buy Now |
| Battery for Dell Inspiron 630M, 640m, XPS M140 series laptop, Li-Ion 11.1V/58WH. | $95.00 | Buy Now |
| Battery for Dell Inspiron 6400/1501/E1505, Latitude 131L, Vostro 1600 sery laptops, 11.1V/85Wh. | $129.00 | Buy Now |
| Battery for Dell Inspiron 7000 HP OmniBook 7000 Series Laptops, Li-Ion 14.8v/6600mAh | $90.00 | Buy Now |
| Battery for Dell Inspiron 700M High Capacity 14.8v/4400mAh | $105.00 | Buy Now |
| Battery for Dell Inspiron 8500/8600/D800 11.1v/7200mAh | $105.00 | Buy Now |
| Battery for Dell Inspiron 9100 and XPS G1947 14.8v/8900mAh | $139.00 | Buy Now |

Page 2 of 4

## Search Results : Porta Power Techs

Shipping & Returns
Privacy Notice
Conditions of Use
Track a Return
Frequently Asked Questions
Contact Us



CONFIRMED
prtotechs.com –
CLICK TO VERIFY
FEB 1 2008  12:47:33

Battery for Dell Inspiron 345 341 70/6300/9000/9300/9200/8500 Series 11.1v/7200mAh — $119.00  Buy Now

Battery for Dell Inspiron/Latitude Series Laptops, Li-Ion 14.8v/3000mAh — $45.00  Buy Now

Battery for Dell Inspiron/Latitude Series Laptops, Li-Ion 14.8v/4400mAh — $90.00  Buy Now

Displaying 37 to 48 (of 69 products)          Result Pages [<< Prev]  1  2  3  4  5 ...  [Next >>]

Powered by Combasix

Copyright © 2004 Porta Power Techs. All Rights Reserved.
All names, logos, trademarks, etc., belong to their respective owners.

Page 3 of 4

Search Results : Porta Power Techs

Page 4 of 4

Search Results : Porta Power Techs

Search Results : Porta Power Techs

My Account | ⏻ Shopping Cart | About Us

**HACKER SAFE**
TESTED DAILY  01-FEB



## PORTATECHS.COM
PORTA POWER TECHNOLOGY

Brands | Battery | Battery Charger | Laptop Accessory | Mini Audio Device | PDA Accessory | Wireless Networking | Gift

**Search**

dell

🔍 Advance Search

**CATEGORIES**

▶ Battery (372)
▶ Battery Charger (173)
▶ Laptop Accessory (61)
▶ Mini Audio Device (2)
▶ PDA Accessory (2)
▶ Wireless Networking (5)
▶ Gift

**SHOPPING CART**

0 items

**BEST SELLERS**

01: AC Adapter (65W) for Acer TravelMate 2300/4000/8100 Series Laptops.
02: Battery for HP Pavilion N5000/OmniBook XE3 Series Laptops, Li-Ion 11.1V/6600mAH
03: Battery for HP Pavilion XZ_ZT OmniBook XT1000, XT1500 Series Laptops, 14.8v 4400mAH
04: Battery for Toshiba Satellite 1900/1905 Series Laptops, Li-Ion 14.8v 6600mAh
05: Battery for HP OmniBook 6000/6100 Series Laptops, Li-Ion 14.8v/4400mAh

**INFORMATION**

**Products meeting the search criteria**

Displaying 49 to 60 (of 69 products)

Result Pages [<< Prev]  1 2 3 4 5 ...  [Next >>]

| | Product Name+ | Price | Buy Now |
|---|---|---|---|
| | Battery for Dell Latitude D400, 14.8v/1900mAh | $99.00 | Buy Now |
| | Battery for Dell Latitude D410 sery laptop, Li-Ion 11.1V/80WH. | $115.00 | Buy Now |
| | Battery for Dell Latitude D620/D630 laptop batteries, Li-Ion 11.1V/56Wh. | $100.00 | Buy Now |
| | Battery for Dell Latitude D620/D630, Precisions M65 Series laptops, Li-Ion 11.1V/85Wh. | $119.00 | Buy Now |
| | Battery for Dell Latitude D810, D940 Precision M70 sery laptops. | $99.00 | Buy Now |
| | Battery for Dell Latitude D810, D840, Precision M70 sery laptops. Li-Ion 11.1V/80Wh. Original. | $105.00 | Buy Now |
| | Battery for Dell Latitude D820, D830 sery laptops, Li-Ion 11.1V/85Wh. | $119.00 | Buy Now |
| | Battery for Dell Latitude X200 Series Laptops, Li-Ion 7.4v/3600mAh | $90.00 | Buy Now |
| | Battery for Dell PS M1210 sery laptop, Li-Ion 11.1V/53wh. | $100.00 | Buy Now |




Page 2 of 4

# Search Results : Porta Power Techs

Shipping & Returns
Privacy Notice
Conditions of Use
Track.e Return
Frequently Asked Questions
Contact Us





CONFIRMED

rta Power Techs
HIGH ASSURANCE SSL
FEB 1 2008    12:47:13



Battery for Panasonic ToughBook CF-Series, 10.8v/4500mAh          $129.00  Buy Now



Car Battery Charger for Dell Inspiron 1100/1150/5100/5150/5160 Batteries          $70.00  Buy Now



Car Battery Charger for Dell Inspiron 500m/600m and Latitude D500/D600 series laptop batteries.          $70.00  Buy Now

Displaying **49** to **60** (of **69** products)          Result Pages: [<< Prev]  1  2  3  4  **5** ...  [Next >>]

Back

Powered by Combasix

Copyright. © 2004 Porta Power Techs. All Rights Reserved.
All names, logos, trademarks, etc., belong to their respective owners.

Page 3 of 4

Search Results : Porta Power Techs

Search Results : Porta Power Techs

Search Results : Porta Power Techs

**PORTATECHS.COM**
PORTA POWER TECHNOLOGY

My Account | Shopping Cart | About Us

HACKER SAFE
TESTED DAILY   01-FEB

Brands | Battery | Chargers | Laptop Accessory | Mini Audio Device | PDA Accessory | Wireless Networking | Gift

## Search

dell

🔍 Advance Search

### CATEGORIES

- ► Battery (372)
- ► Battery Charger (173)
- ► Laptop Accessory (61)
- ► Mini Audio Device (2)
- ► PDA Accessory (2)
- ► Wireless Networking (5)
- ► Gift

### BROWSE

0 items

### BEST SELLERS

01. AC Adapter (65W) for Acer TravelMate 2300/4000/8100 Series Laptops.

02. Battery for HP Pavilion N5000/OmniBook XE3 Series Laptops, Li-Ion 11.1v/6600mAh

03. Battery for HP Pavilion XZ_ZT OmniBook XT1000, XT1500 Series Laptops, 14.8v 4400mAH

04. Battery for Toshiba Satellite 1900/1905 Series Laptops, Li-Ion 14.8v 6600mAh

05. Battery for HP OmniBook 6000/6100 Series Laptops, Li-Ion 14.8v/4400mAh

### INFORMATION

## Products meeting the search criteria

Displaying 61 to 69 (of 69 products)

Result Pages: [<< Prev] ... 6

| Product Name+ | Price | Buy Now |
|---|---|---|



Car Battery Charger for Dell Inspiron XPS M170/6000/9000/9200/9300/9400 Series Laptop Batteries. — $70.00 — Buy Now

Car Charger for Dell Inspiron 1100/5100 Series Laptop Batteries — $70.00 — Buy Now

Car Charger for Dell Latitude & Inspiron Series Laptop Batteries. — $70.00 — Buy Now

Combo package(Standalone and Car) Battery Charger for Dell Inspiron 1100/5100 Series Laptop Batteries — $110.00 — Buy Now

Combo Package(Standalone and Car) Battery Charger for Dell Inspiron 500m/600m and Latitude D500/D600 Batteries. — $110.00 — Buy Now

Combo package(Standalone and Car) Battery Charger for Dell Inspiron 5160 Series Laptop Batteries — $110.00 — Buy Now

Combo Package(Standalone and Car) Battery Charger for Dell Inspiron XPS M170/6000/9000/9200/9300/9400 Series Laptop Batteries. — $110.00 — Buy Now

Combo Package(Standalone and Car) Battery Charger for Dell Latitude & Inspiron Series Laptop Batteries. — $110.00 — Buy Now



External Battery Charger 12VDC Cigarette Lighter Adapter for Laptop — $45.00 — Buy Now

# Search Results : Porta Power Techs

Shipping & Returns
Privacy Notice
Conditions of use
Track a Return
Frequently Asked Questions
Contact Us



Displaying 61 to 69 (of 69 products)

Result Pages: [<< Prev] ... 6

Copyright © 2004 Porta Power Techs. All Rights Reserved.
All names, logos, trademarks, etc., belong to their respective owners.

Powered by Combasix

Search Results : Porta Power Techs

Search Results : Porta Power Techs