ORIGINAL

1  C. Brandon Wisoff (State Bar No. 121930)
      bwisoff@fbm.com
2  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, CA 94104
   Telephone:   (415) 954-4400
4  Facsimile:   (415) 954-4480

5  Doreen L. Costa
   *Applying for Pro Hac Vice*
6  Paul J. Reilly
   *Applying for Pro Hac Vice*
7  Suzanne Hengl
   *Applying for Pro Hac Vice*
8  Baker Botts L.L.P.
   30 Rockefeller Plaza
9  New York, NY 10112
   Telephone:   (212) 408-2500
10 Facsimile:   (212) 408-2501

11 Attorneys for Plaintiff
   DELL INC.

FILED
FEB - 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

CV 08    0781    TEH

| | |
|---|---|
| DELL INC., a Delaware Corporation, | Civil Action No. _____ 0781 |
| Plaintiff, | **PLAINTIFF DELL INC.'S CERTIFICATION OF INTERESTED PERSONS OR ENTITIES** |
| vs. | **(CIVIL L.R. 3-16 AND FRCP 7.1)** |
| TENERGY CORPORATION, a California corporation, PORTA POWER TECNHOLOGY, INC., a California Corporation, XYZ COMPANIES 1-25 and JOHN/JANE DOE NOS. 1-25, | |
| Defendants. | |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Dell Inc. makes the following disclosures:

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PLAINTIFF'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS

04401\1438193.1

1. Dell Inc. has no parent corporation.

2. There is no publicly held corporation that owns 10% or more of Dell Inc.'s stock.

Dated: February 1, 2008                    FARELLA BRAUN & MARTEL LLP


By: _____
        C. Brandon Wisoff

Attorneys for Defendant
DELL INC.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

PLAINTIFF'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS              - 2 -                             04401\1438193.1