C. BRANDON WISOFF (SBN 121930)
FARELLA BRAUN + MARTEL
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : DELL INC.

Defendant : TENERGY CORPORATION, et al.

Ref#: 230576    *    **PROOF OF SERVICE**    *    Case No.: CV08-0781 TEH

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

CONSENT JUDGMENT; SUMMONS IN A CIVIL CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; COMPLAINT AND DEMAND FOR JURY TRIAL; PLAINTIFF DELL INC.'S CERTIFICATION OF INTERESTED PERSONS OR PARTIES; CORRESPONDENCE DATED FEBRUARY 11, 2008 SIGNED BY PAUL J. REILLY

in the within action by personally delivering true copies thereof to the person named below, as follows:

  Party served    : TENERGY CORPORATION, a California corporation

  By serving      : Grace Li, Accountant

  Address         : (Business)
                    1292 Kifer Road #807
                    Sunnyvale, CA 94086

  Date of Service: February 11, 2008

  Time of Service: 4:25 PM

Person who served papers:
TYSON C. ADLAO
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $167.60
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 958
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 12, 2008          Signature_____

**EXHIBIT A
DECLARATION OF MAILING**

C. BRANDON WISOFF SBN 00121930
FARELLA BRAUN + MARTEL
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : DELL INC.
Defendant : TENERGY CORPORATION, et al.

Ref#: 230576            *  **DECLARATION OF MAILING**  *   Case No.: CV08-0781 TEH

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

CONSENT JUDGMENT; SUMMONS IN A CIVIL CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; COMPLAINT AND DEMAND FOR JURY TRIAL; PLAINTIFF DELL INC.'S CERTIFICATION OF INTERESTED PERSONS OR PARTIES; CORRESPONDENCE DATED FEBRUARY 11, 2008 SIGNED BY PAUL J. REILLY

in the within action by placing true copies thereof in a sealed envelope with first class postage fully prepaid thereon in the United States mail at San Francisco, California , addressed as follows:

    TENERGY CORPORATION, a California corporation c/o
    Xiangbing Li, President
    (Business)
    1292 Kifer Road #807
    Sunnyvale, CA 94086

Date of Mailing: February 12, 2008

Person who served papers:
TYSON C. ADLAO
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $167.60
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 958
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: February 12, 2008                       Signature _____