|Clerk's Use Only|
|---|
|Initial for fee pd.:|
|pd|

Doreen L. Costa
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Tele: (212) 408-2500
Fax:  (212) 408-2501
(Name, address, and phone number of applicant)



FILED
FEB 12 PM 1:18

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ORIGINAL**

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DELL INC., a Delaware Corporation,

Plaintiff(s),

v.

TENERGY CORPORATION, a California Corporation, et. al.

Defendant(s).

CASE NO. CV 08 0781 TEH

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Doreen L. Costa, an active member in good standing of the bar of the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Dell, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: C. Brandon Wisoff (121930)
Farella Braun & Martel LLP
235 Montgomery St., 17th Floor
San Francisco, CA 94104
(415) 954-4400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2-7-08



Reset Form

United States District Court
For the Northern District of California

1   UNITED STATES DISTRICT COURT
2   NORTHERN DISTRICT OF CALIFORNIA
3
4   DELL COMPUTER CORPORATION,
    a Delaware Corporation,
5
6                   Plaintiff(s),                CASE NO. CV-08-0781
                v.
7   TENERGY CORPORATION, a California            **(Proposed)**
    resident, XYZ COMPANIES 1-25, and            **ORDER GRANTING APPLICATION**
8   JOHN and JANE DOES 1-25,                     **FOR ADMISSION OF ATTORNEY**
9                                                ***PRO HAC VICE***
10                  Defendant(s).     /
11  Doreen L. Costa                           , an active member in good standing of the bar of
12  US District Court, Southern District of NY   whose business address and telephone number
    (particular court to which applicant is admitted)
13  is Doreen L. Costa - BAKER BOTTS L.L.P.
       30 Rockefeller Plaza, New York, NY 10112
14     Telephone: (212) 408-2500
15     Facsimile:  (212) 408-2501                            , having applied in the
16  above-entitled action for admission to practice in the Northern District of California on a *pro hac*
17  *vice* basis, representing DELL COMPUTER CORPORATION
18      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
19  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
20  *vice* . Service of papers upon and communication with co-counsel designated in the application
21  will constitute notice to the party. All future filings in this action are subject to the requirements
22  contained in General Order No. 45, *Electronic Case Filing* .
23
24  Dated:
25                                              United States District       Judge
26
27
28

Paul J. Reilly
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Tele: (212) 408-2500
Fax: (212) 408-2501

(Name, address, and phone number of applicant)

FILED
FEB 12 PM 1:20

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DELL INC., a Delaware Corporation,

    Plaintiff(s),

v.

TENERGY CORPORATION, a California Corporation, et. al.

    Defendant(s).

CASE NO. CV 08 0781 TEH

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Paul J. Reilly, an active member in good standing of the bar of the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Dell, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: C. Brandon Wisoff (121930)
Farella Braun & Martel LLP
235 Montgomery St., 17th Floor
San Francisco, CA 94104
(415) 954-4400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2-7-08

[signature]

ORIGINAL

Clerk's Use Only
Initial for fee pd.:

Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEB 12 PM 1: 2

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELL COMPUTER CORPORATION, a Delaware Corporation, | |
| Plaintiff(s), v. TENERGY CORPORATION, a California resident, XYZ COMPANIES 1-25, and JOHN and JANE DOES 1-25, Defendant(s). | CASE NO. CV-08-0781 TEH<br><br>**(Proposed)**<br>**ORDER GRANTING APPLICATION**<br>**FOR ADMISSION OF ATTORNEY**<br>***PRO HAC VICE*** |

Paul J. Reilly , an active member in good standing of the bar of US District Court, Southern District of NY (particular court to which applicant is admitted) whose business address and telephone number is Paul J. Reilly - BAKER BOTTS L.L.P. 30 Rockefeller Plaza, New York, NY 10112 Telephone: (212) 408-2500 Facsimile: (212) 408-2501 , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing DELL COMPUTER CORPORATION

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:

United States District      Judge

**United States District Court**
For the Northern District of California

```
Suzanne Hengl
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Tele: (212) 408-2500
Fax:  (212) 408-2501
```

(Name, address, and phone number of applicant)

*Clerk's Use Only*
*Initial for fee pd.:*

FILED
FEB 12 PH 1:21
[illegible] U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

DELL INC., a Delaware Corporation,

    Plaintiff(s),

v.

TENERGY CORPORATION, a California Corporation, et. al.

    Defendant(s).

CASE NO. CV 08 0781 TEH

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3 Suzzane Hengl, an active member in good standing of the bar of the Supreme Court of the State of NY, Appellate Division, Second Dept., hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Dell, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
```
C. Brandon Wisoff (121930)
Farella Braun & Martel LLP
235 Montgomery St., 17th Floor
San Francisco, CA 94104
(415) 954-4400
```

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/7/08

*/s/ Suzanne Hengl*

ORIGINAL

Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEB 12 PM 1: 2

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DELL COMPUTER CORPORATION,
a Delaware Corporation,

Plaintiff(s),

v.

TENERGY CORPORATION, a California resident, XYZ COMPANIES 1-25, and JOHN and JANE DOES 1-25,

Defendant(s).

CASE NO. CV-08-0781

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Suzanne Hengl , an active member in good standing of the bar of NY Supreme Court, Appellate Div., 2nd Dept. (particular court to which applicant is admitted) whose business address and telephone number is Suzanne Hengl - BAKER BOTTS L.L.P.
30 Rockefeller Plaza, New York, NY 10112
Telephone: (212) 408-2500
Facsimile: (212) 408-2501

- 

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing DELL COMPUTER CORPORATION

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:

United States District Judge

United States District Court
For the Northern District of California