Doreen L. Costa
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Tele: (212) 408-2500
Fax:  (212) 408-2501
(Name, address, and phone number of applicant)



FILED
FEB 12 PM 1:18

CLERK US...
...DISTRICT COURT
...CALIFORNIA

Clerk's Use Only
Initial for fee pd.:

ORIGINAL

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

DELL INC., a Delaware Corporation,

Plaintiff(s),

CASE NO. CV 08 0781 TEH

v.

TENERGY CORPORATION, a California Corporation, et. al.

Defendant(s).

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Doreen L. Costa, an active member in good standing of the bar of the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Dell, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is: C. Brandon Wisoff (121930)
Farella Braun & Martel LLP
235 Montgomery St., 17th Floor
San Francisco, CA 94104
(415) 954-4400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2-7-08

Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELL COMPUTER CORPORATION,
a Delaware Corporation,

                      Plaintiff(s),
      v.
TENERGY CORPORATION, a California resident, XYZ COMPANIES 1-25, and JOHN and JANE DOES 1-25,

                 Defendant(s).

CASE NO. CV-08-0781

**(Proposed)**
**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Doreen L. Costa , an active member in good standing of the bar of US District Court, Southern District of NY (particular court to which applicant is admitted) whose business address and telephone number is Doreen L. Costa - BAKER BOTTS L.L.P. 30 Rockefeller Plaza, New York, NY 10112 Telephone: (212) 408-2500 Facsimile: (212) 408-2501 , having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing DELL COMPUTER CORPORATION

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:

                                      United States District    Judge

United States District Court
For the Northern District of California

```
Paul J. Reilly
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Tele: (212) 408-2500
Fax:  (212) 408-2501
```

(Name, address, and phone number of applicant)

FILED
FEB 12 PM 1:20
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk's Use Only
Initial for fee pd.:

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DELL INC., a Delaware Corporation,

          Plaintiff(s),

v.

TENERGY CORPORATION, a California Corporation, et. al.

          Defendant(s).

CASE NO. CV 08 0781 TEH

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Paul J. Reilly, an active member in good standing of the bar of the Southern District of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Dell, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:  C. Brandon Wisoff (121930)
Farella Braun & Martel LLP
235 Montgomery St., 17th Floor
San Francisco, CA 94104
(415) 954-4400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2-7-08                                              /s/ Paul J. Reilly

ORIGINAL

Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEB 12 PM 1: 2

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELL COMPUTER CORPORATION, a Delaware Corporation, <br><br> Plaintiff(s), <br> v. <br> TENERGY CORPORATION, a California resident, XYZ COMPANIES 1-25, and JOHN and JANE DOES 1-25, <br><br> Defendant(s). | CASE NO. CV-08-0781 TEH <br><br> **(Proposed)** <br> **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** <br> ***PRO HAC VICE*** |

Paul J. Reilly , an active member in good standing of the bar of

US District Court, Southern District of NY  whose business address and telephone number
(particular court to which applicant is admitted)

is  Paul J. Reilly - BAKER BOTTS L.L.P.
30 Rockefeller Plaza, New York, NY 10112
Telephone: (212) 408-2500
Facsimile: (212) 408-2501                                                    , having applied in the

above-entitled action for admission to practice in the Northern District of California on a *pro hac*

*vice* basis, representing  DELL COMPUTER CORPORATION

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*

*vice* . Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing* .


Dated:

                                                                        United States District     Judge

```
Suzanne Hengl
BAKER BOTTS L.L.P.
30 Rockefeller Plaza
New York, NY 10112
Tele: (212) 408-2500
Fax:  (212) 408-2501
```

(Name, address, and phone number of applicant)

Clerk's Use Only

Initial for fee pd.:

FILED
FEB 12 PH 1:21

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

DELL INC., a Delaware Corporation,

    Plaintiff(s),

    v.

TENERGY CORPORATION, a California Corporation, et. al.

    Defendant(s).

CASE NO. CV 08 0781 TEH

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3 Suzzane Hengl, an active member in good standing of the bar of the Supreme Court of the State of NY, Appellate Division, Second Dept., hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Dell, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

    C. Brandon Wisoff (121930)
    Farella Braun & Martel LLP
    235 Montgomery St., 17th Floor
    San Francisco, CA 94104
    (415) 954-4400

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/7/08

_____
Suzanne Hengl

ORIGINAL

Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FEB 12 PM 1: 2

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DELL COMPUTER CORPORATION,
a Delaware Corporation,

          Plaintiff(s),
    v.
TENERGY CORPORATION, a California
resident, XYZ COMPANIES 1-25, and
JOHN and JANE DOES 1-25,

          Defendant(s).

CASE NO. CV-08-0781

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Suzanne Hengl , an active member in good standing of the bar of NY Supreme Court, Appellate Div., 2nd Dept. (particular court to which applicant is admitted) whose business address and telephone number is Suzanne Hengl - BAKER BOTTS L.L.P.
30 Rockefeller Plaza, New York, NY 10112
Telephone: (212) 408-2500
Facsimile: (212) 408-2501
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing DELL COMPUTER CORPORATION

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:

                                  United States District   Judge

United States District Court
For the Northern District of California