UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELL COMPUTER CORPORATION,
a Delaware Corporation,

        Plaintiff(s),

v.

TENERGY CORPORATION, a California resident, XYZ COMPANIES 1-25, and JOHN and JANE DOES 1-25,

        Defendant(s).

CASE NO. CV-08-0781

~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Doreen L. Costa, an active member in good standing of the bar of US District Court, Southern District of NY (particular court to which applicant is admitted) whose business address and telephone number is Doreen L. Costa - BAKER BOTTS L.L.P. 30 Rockefeller Plaza, New York, NY 10112 Telephone: (212) 408-2500 Facsimile: (212) 408-2501, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing DELL COMPUTER CORPORATION

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 02/25/08



United States District Judge
Judge Thelton E. Henderson