Lauren B. Emerson
BAKER BOTTS
30 Rockefeller Plaza
New York, NY 10112
Tele: (212) 408-2500
Fax:  (212) 408-2501
(Name, address, and phone
number of applicant)

Clerk's Use Only
Initial for fee pd:

FILED
08 APR 14  AM 11: 24

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELL INC., a Delaware Corporation,

Plaintiff(s),

v.

TENERGY CORPORATION, a California
Corporation, et. al.,

Defendant(s).

**CASE NO.**  CV 08 0781 TEH

**APPLICATION FOR
ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3,    Lauren B. Emerson    , an active member in good standing of the bar of  the U.S. District Court of New Jersey , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing   Plaintiff Dell Inc.     in the above-entitled action.

In support of this application, I certify on oath that:

1.    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2.    I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.    An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

C. Brandon Wisoff (121930)
Farella Braun & Martel LLP
235 Montgomery St., 17th Floor
San Francisco, CA 94104
(415) 954-4400

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  4/11/08