1   LINDA SHAO (CA 182768)
2   LAW OFFICE OF LINDA SHAO, APLC
    28 North First Street, Suite 618
3   San Jose, CA 95131
    Phone: 408-873-3888
4   Fax:    408-873-3889
    Attorney for Defendants Tenergy Corporation and
5   Porta Power Technology, Inc.
    Specially appearing only
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  DELL INC., a Delaware Corporation,        Civil Action No.  CV08-0781 TEH

13              Plaintiff,                     **DECLARATION OF LINDA SHAO
                                               SUPPORTING DEFENDANTS' EX PARTE**
14          vs.                                **APPLICATION/MOTION FOR
                                               PROCEDURAL CHANGES INCLUDING**
15  TENERGY CORPORATION, a California          **TRANSFER DIVISION TO SAN JOSE,**
    corporation, PORTA POWER                   **ENLARGE TIME FOR DEFENDANTS TO
16  TECHNOLOGY, INC., a California             RESPOND TO THE COMPLAINT AND**
    Corporation, XYZ COMPANIES 1-25 and        **RELIEF FROM AN OBLIGATION**
17  JOHN/JANE DOE NOS. 1-25,                   **IMPOSED BY FRCivP RULES 16, 26,
                                               ORDER SETTING INITIAL INITIAL**
18              Defendants.                     **CASE MANAGEMENT CONFERENCE
                                               AND ADR DEADLINES**
19

20  I, Linda Shao, declare that:

21  1.      I am counsel for Defendants, duly licensed to practice law in this District.  I have personal

22  knowledge of the facts stated herein, or based on information and belief which I believe to be true

23  as well.  I am competent to testify if called as a witness.

24  2.      All factual statements contained in DEFENDANTS' EX PARTE

25  APPLICATION/MOTION FOR PROCEDURAL CHANGES INCLUDING TRANSFER

26  DIVISION TO SAN JOSE, ENLARGE TIME FOR DEFENDANTS TO RESPOND TO THE

27
28  COMPLAINT AND RELIEF FROM AN OBLIGATION IMPOSED BY FRCivP RULES 16, 26,

Decl Shao supporting Ex Parte Application
Case No. CV08-0781

ORDER SETTING INITIAL INITIAL CASE MANAGEMENT CONFERENCE AND ADR

DEADLINES are true and correct to the best of my knowledge.

3.      Plaintiff's counsel unilaterally executed two proposed stipulations, without my consent with different due date for Defendants to 'answer" the Complaint.  There have been constant disputes on the issue that Plaintiff should not restrict the way of Defendants' response to the Complaint by way of "answer" only.  Attached hereto in Exhibit 1 are true and accurate copy of Plaintiff's last *executed* stipulation with the terms and conditions not agreed to by Defendants.

4.      On April 14, 2008, Plaintiff's counsel provided an *unsigned* proposed stipulation with the due date to "answer" being April 21, 2008.  Plaintiff's counsel refused to change the CMC schedules contained in the CMC Order.  Attached hereto in Exhibit 2 is the final unexecuted stipulation proposed by Plaintiff.

4.      Plaintiff's counsel refused to modify such agreement despite many requests from me for a month. On April 14, 2008, the parties cannot reach settlement through negotiations because of the dollar amount and Plaintiff's counsel agreed to participate judicial settlement conference. Initially when Plaintiff's counsel agreed not to proceed entry of default until 4/21/2008, a date set by plaintiff's counsel alone, he stated that he may give more time.  To participate a judicial settlement conference, however, still needs to have the court division issue be settled beforehand. I modified the proposed stipulation as shown in Exhibit 2 and sent back to Plaintiff's counsel my signed stipulation re transfer division on 4/14/2008 with a true and accurate copy shown in Exhibit 3.  Because of computer error, I only discovered now that the proposed Order did not reflect my revision shown in the Stipulation portion.

5.      Plaintiff's counsel still refused my terms which I believe are necessary for the smooth transfer of the case.  Attached hereto in Exhibit 4 is a true and accurate copy of Plaintiff's counsel's returning email on 4/14/2008.  In the email of April 14, 2008, he did **not object to have**

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Stipulation to Change Venue and [proposed]
Order
Case No. CV08-0781

2
- - -

1    **a new CMC schedule and Order after the case is re-assigned to San Jose.**   He also did not

2    object to the date of May 6, 2008.

3    6.      Due to family emergency, I am unavailable, presently in Taiwan caring for my aged father,

4    and filed Notice of Unavailability with the court for all of the cases I handled and appeared.

5    7.      I have exhausted my good faith efforts in contacting Plaintiff's counsel many times

6    explaining to him the need of my terms.  My office is located in San Jose downtown.  There are

7    only 2 named defendants and both defendants are located in Santa Clara County with small

8    offices for sale only. The lead trial counsel for Plaintiff is Paul Reilly, Esq. who is in New York.

9    Plaintiff's local counsel Mr. Wisoff represented that he does not know this case other than local

10   rule matters.  Defendant Tenergy Corporation has only one vendor who is Porta Power

11   Technology, Inc.  Mr. Paul Reilly has acknowledged during my email confirmation in March that

12   Tenergy is not intentional infringer. The only issue is with Porta Power Technology.  Porta Power,

13   for only one time deal, in reliance upon a representation of a manufacturer in China as genuine

14   batteries, sold batteries to Tenergy and shipped directly to Dell's investigator.  Other than that

15   manufacturer, Porta Power has had only one vendor, Twin Power.  Twin Power represented that it

16   has the authority to distribute and Porta Power may resell, pursuant to its source, who is allegedly

17   a licensed dealer of Dell.  Dell acknowledged that for some manufacturers Dell contracted with,

18   Dell authorized for sale and resell.  However, Dell refused to disclose to the public, nor to me, the

19   names of the authorized dealers or of the "affiliates" stated in paragraph 12 of the Complaint.  I

20   was informed and believe that up to the present time, Dell/Plaintiff has not contacted Twin Power

21   or the China manufacturer to challenge their representations.  Plaintiff's complaint further

22   contained mistakes.  For example, the two named defendants do not do manufacturing and

23   Plaintiff has no factory but the Complaint alleged defendants manufactured Dell batteries and

24   Dell manufactures batteries.  Almost all of the exhibits attached to the Complaint are illegible.

25

26

27

28

Stipulation to Change Venue and [proposed]
Order                                          - - -
Case No. CV08-0781

3

1   Thus, in good faith, I cannot agree that Defendants' right to respond to the Complaint is restricted

2   to file an Answer only.

3   8.  I also have conferred with Plaintiff's counsel that Plaintiff would be conducting bad faith

4   litigation technique, if Plaintiff should proceed request for entry of default without giving me

5   proper notice, or at the San Francisco division Plaintiff is aware to be improper per the Local

6   Rule 3-2(f). Thus, I have conferred with plaintiff's counsel that it is improper to have any filings

7   with the Court other than to transfer the division from San Francisco to San Jose.   Coupled with

8   the new incident of my family emergency, I asked for professional courtesy to extend the due date

9   to May 6, 2008, if Plaintiff would not agree to have the due date being 20 days after the transfer

10  takes effect.

11  9.  While the parties orally agreed to participate in the ADR, Judicial Settlement Conference, the

12  court division issue must be determined as a preceding matter.

13  10.  Plaintiff's lead counsel insisted on proceeding with default entry on April 21, 2008, refusing

14  to move the division on its own initiation, or include in the stipulation my reasonable terms of

15  stipulation as shown in Exhibit 3, and refused to vacate the original Order Setting Initial CMC,

16  nor to enlarge the time in that Order.  I called his office from Taipei on the early morning of April

17  17, 2008 Taipei time leaving a message to his secretary in person that I am drafting this

18  application/motion and if he would agree to my proposed stipulation, please call me immediately.

19  As of the time this motion is filed, I did not receive any response. Knowing my unavailability and

20  gross inconvenience, I was forced to proceed with this Motion and respectfully request the Court

21  to grant relief.  Plaintiff should be responsible for all transfer court fees, if any.  Plaintiff should

22  be sanctioned for knowingly misrepresent in paragraph 10 of the Complaint on the "intradistrict

23  assignment" to falsely allege that a substantial part of the event and/or omissions that give rise to

24  this dispute occurred in San Francisco and further refused to correct the error per Local Rule 3-2(f)

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Stipulation to Change Venue and [proposed]
Order                                               - -
Case No. CV08-0781                            4

1  and FRCivP Rule 11, and further annoyed the undersigned to file this motion during her

2  unavailability.  My hourly rate is $280 and offered a discounted rate to defendants at only $250. I

3  spent at least 2 hours in reviewing all past email correspondences between me and plaintiff's

4  counsel which are more than 50 and compile exhibits for this motion.  I spent at least 3 hours in

5  meeting or conferring.  I spent at least 3 hours in drafting this motion.

6

7  I declare under the penalty of perjury under the laws of the United States of America that the

8  foregoing is true and accurate to the best of my knowledge. Executed in Taipei, Taiwan on April

9  17, 2008.

10                              __/s/_____

11                              Linda Shao

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Yahoo! Mail - shaolawfirm@yahoo.com                    Page 1 of 1

Case 3:08-cv-00781-TEH     Document 17-2     Filed 04/16/2008     Page 1 of 4

**YAHOO!** MAIL
Classic

Print - Close Window

| Subject: | Dell v. Tenergy, et al. |
| --- | --- |
| Date: | Tue, 25 Mar 2008 10:40:07 -0700 |
| From: | BWisoff@fbm.com |
| To: | shaolawfirm@yahoo.com |
| CC: | Paul.Reilly@bakerbotts.com |

<<0030_001.pdf>> Linda:

      Attached is a revised stipulation that would permit intradistrict reassignment to the San Jose Division and give defendants to April 7 to answer the complaint.  Dell did not agree to your other requests.  Please note that while Dell has been attempting to negotiate a resolution with you, defendants' failure to respond to the complaint by March 10 has already put them in default.  If you have any questions, please direct them to Paul Reilly.  If the stipulation is acceptable, please sign it and file it through the ECF system. Thank you, Brandon

**C. Brandon Wisoff**
Attorney at Law

_____

**Farella Braun + Martel LLP**
RUSS BUILDING
235 MONTGOMERY STREET
SAN FRANCISCO / CA 94104

_____

| T | 415.954.4400 |
| --- | --- |
| D | 415.954.4449 |
| F | 415.954.4480 |

www.fbm.com

_____

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Farella Braun + Martel LLP

---

**Attachments**

---

Files:

📎 **0030_001.pdf** (68k)

1   LINDA SHAO (CA 182768)
    LAW OFFICE OF LINDA SHAO, APLC
2        lindashao@shaolawgroup.com
    28 North First Street, Suite 618
3   San Jose, CA 95131
    Phone:  408-873-3888
4   Fax:     408-873-3889

5
    Attorney for Defendants Tenergy Corporation and
6   Porta Power Technology, Inc.
    Specially appearing only
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  DELL INC., a Delaware Corporation,          Civil Action No.  CV08-0781 TEH

13              Plaintiff,                       **STIPULATION FOR INTRADISTRICT
                                                 REASSIGNMENT FROM SAN
14         vs.                                   FRANCISCO TO SAN JOSE AND
                                                 [PROPOSED] ORDER**
15  TENERGY CORPORATION, a California
    corporation, PORTA POWER
16  TECHNOLOGY, INC., a California
    Corporation, XYZ COMPANIES 1-25 and
17  JOHN/JANE DOE NOS. 1-25,

18              Defendants.

19

20         WHEREAS Plaintiff Dell Inc. ("Plaintiff" or "Dell"), having filed a complaint in

21  Civil Action No. CV 08 0781, against Defendants Tenergy Corporation and Porta Power

22  Technology Inc., XYZ Companies 1-25 and John/Jane Does Nos. 1-25, alleging claims for

23  trademark counterfeiting, trademark infringement, unfair competition and dilution under federal

24  and state laws with the U.S.D.C. in San Francisco;

25         WHEREAS Defendants Tenergy Corporation and Porta Power Technology Inc.

26  are located in Sunnyvale and Cupertino, respectively, and have requested that the matter be

27  reassigned to the San Jose Division for the convenience of said Defendants;

28
    STIPULATION FOR INTRADISTRICT
    REASSIGNMENT AND PROPOSED ORDER
    Case No. CV08-0781 TEH                                          22975\1504230.1

1
2

      WHEREAS Dell submits that intradistrict assignment to San Francisco is proper under LR 3-2 (c) in this intellectual property case, but nevertheless agrees that the case may be reassigned for the convenience of Defendants Tenergy Corporation and Porta Power Technology, as well as its counsel.

      NOW THERFORE, the undersigned parties, through their respective counsel, hereby agree and stipulate that (i) the above captioned matter should be reassigned to the San Jose Division and (ii) Defendants shall have until April 7, 2008 to Answer the Complaint. The parties further stipulate that facsimile signatures of the counsel should have the same effect as the original.

Dated: March 15, 2008

FARELLA BRAUN & MARTEL LLP


By: _____
    C. Brandon Wisoff

Doreen L. Costa
*Pro Hac Vice*
Paul J. Reilly
*Pro Hac Vice*
Suzanne Hengl
*Pro Hac Vice*
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York 10112

    Attorneys for Plaintiff Dell Inc.


Dated: March ___, 2008

LAW OFFICES OF LINDA SHAO, APLC


By: _____
    Linda Shao

Attorney for Defendants Tenergy Corporation and Porta Power Technology Inc.
Specially appearing only

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the parties' stipulation, the Court hereby ORDERs that:

1.    The Clerk is directed to reassign this case to the San Jose Division; and

2.    Defendants Tenergy Corporation and Porta Power Inc. are to Answer the Complaint on or before April 7, 2008.

Dated: _____

_____
Honorable Thelton E. Henderson
United States District Court Judge

1   LINDA SHAO (CA 182768)
    LAW OFFICE OF LINDA SHAO, APLC
2       lindashao@shaolawgroup.com
3   28 North First Street, Suite 618
    San Jose, CA 95131
4   Phone:  408-873-3888
    Fax:     408-873-3889
5
    Attorney for Defendants Tenergy Corporation and
6   Porta Power Technology, Inc.
    Specially appearing only
7

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  DELL INC., a Delaware Corporation,        Civil Action No.  CV08-0781 TEH

13              Plaintiff,                     **STIPULATION FOR INTRADISTRICT
                                               REASSIGNMENT FROM SAN
14          vs.                                FRANCISCO TO SAN JOSE AND
                                               [PROPOSED] ORDER**
15  TENERGY CORPORATION, a California
    corporation, PORTA POWER
16  TECHNOLOGY, INC., a California
    Corporation, XYZ COMPANIES 1-25 and
17  JOHN/JANE DOE NOS. 1-25,

18              Defendants.

19

20          WHEREAS Plaintiff Dell Inc. ("Plaintiff" or "Dell"), having filed a complaint in

21  Civil Action No. CV 08 0781, against Defendants Tenergy Corporation and Porta Power

22  Technology Inc., XYZ Companies 1-25 and John/Jane Does Nos. 1-25, alleging claims for

23  trademark counterfeiting, trademark infringement, unfair competition and dilution under federal

24  and state laws with the U.S.D.C. in San Francisco;

25          WHEREAS Defendants Tenergy Corporation and Porta Power Technology Inc.

26  are located in Sunnyvale and Cupertino, respectively, and have requested that the matter be

27  reassigned to the San Jose Division for the convenience of said Defendants;

28  NY02:616361.2STIPULATION FOR
    INTRADISTRICT REASSIGNMENT AND
    PROPOSED ORDER                                                    22975\1495722.1
    Case No. CV08-0781 TEH

1            WHEREAS Dell submits that intradistrict assignment to San Francisco is proper

2   under LR 3-2 (c) in this intellectual property case, but nevertheless agree that  the case may be

3   reassigned for the convenience of Defendants Tenergy Corporation and Porta Power Technology,

4   as well as its counsel.

5            NOW THERFORE, the undersigned parties, through their respective counsel,

6   hereby agree and stipulate that (i) the above captioned matter should be reassigned to the San Jose

7   Division and (ii) Defendants shall have until April 21, 2008 to answer the Complaint.  The parties

8   further stipulate that facsimile signatures of the counsel should have the same effect as the

9   original.

10

11  Dated:  April ___, 2008                                      FARELLA BRAUN & MARTEL LLP

12

13                                                                              By:  _____
                                                                                      C. Brandon Wisoff

14

15  Doreen L. Costa
    *Pro Hac Vice*
    Paul J. Reilly

16  *Pro Hac Vice*
    Suzanne Hengl

17  *Pro Hac Vice*
    Baker Botts L.L.P.

18  30 Rockefeller Plaza
    New York, New York 10112

19                                                                              Attorneys for Plaintiff Dell Inc.

20

21  Dated:  April ___, 2008                                      LAW OFFICES OF LINDA SHAO, APLC

22

23                                                                              By:  _____
                                                                                      Linda Shao

24                                                                              Attorney for Defendants Tenergy
                                                                                Corporation and Porta Power Technology

25                                                                              Inc.
                                                                                Specially appearing only

26

27

28  NY02:616361.2 STIPULATION FOR
    INTRADISTRICT REASSIGNMENT AND                                - 2 -
    PROPOSED ORDER                                                                                              22975\1495722.1
    Case No. CV08-0781 TEH

1

**ORDER**

2

Pursuant to the parties' stipulation, the Court hereby ORDERs that

3

    1.     The Clerk is directed to reassign this case to the San Jose Division; and

4

    2.     Defendants Tenergy Corporation and Porta Power Inc. are to Answer the Complaint

5

         on or before April 21, 2008.

6

7

    Dated: _____

8

9

10

                          _____

11

                          Honorable Thelton E. Henderson
                          United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Yahoo! Mail - shaolawfirm@yahoo.com                          Page 1 of 3

Case 3:08-cv-00781-TEH    Document 17-4    Filed 04/16/2008    Page 1 of 6

 **MAIL** Classic

Print - Close Window

| | |
|---|---|
| **Date:** | Mon, 14 Apr 2008 04:55:05 -0700 (PDT) |
| **From:** | "shaolawfirm shao" <shaolawfirm@yahoo.com> |
| **Subject:** | RE: Dell vs. Tenergy et al |
| **To:** | Paul.Reilly@bakerbotts.com |

# Dear Paul

Thank you very much for your quick response. I was referring to the stipulation for early bird judicial settlement conference. However, such conference cannot be made without first doing the transfer. So, you are right. I modify as attached and electronically signed with a /s/ above my signature. Per the local rule, we may do so with the parties' understanding, including for your co-counsel's signature. Brandon may sign with a real one and scan so if he wishes. You may go ahead and file it without change. Then, I am awaiting for your stipulation to judicial settlement conference. You may confer with Brandon. My recollection is: venue needs to be in San Jose. Then, submit the request/stipulation for judicial settlement conference. Then, please call the Clerk for details.

***Paul.Reilly@bakerbotts.com*** wrote:

> Dear Linda:
>
> I have your email. I am not certain which stipulation you are asking for but I attach the stipulation to extend only defendants time to Answer the Complaint and reassign the case to San Jose. Please sign and return it to me without change, if you wish to extend Defendants' time to Answer the Complaint and reassign the case.
>
> To be clear, Dell's position is and always has been that Tenergy and Porta Power have willfully and intentionally infringed Dell's trademark rights. Dell has not delayed in asserting claims against any of the defendants. With regard to the counterfeit products, Porta Power's owner Bill Liu admitted to me that the products did not come in standard DELL branded boxes, so he clearly knew they were not legitimate but sold them nonetheless. Both Tenergy and Porta Power have engaged in counterfeiting activities and are liable to Dell. Dell's proposal of $35,000.00 is more than reasonable given the circumstances of this case.
>
> Regards,
>
> Paul
>
> Paul J. Reilly
> Baker Botts LLP
>     212.408.2634

-----Original Message-----
**From:** shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
**Sent:** Monday, April 14, 2008 6:53 AM
**To:** Reilly, Paul J.
**Subject:** Dell vs. Tenergy et al

Dear Paul

I cannot respond to your prior email directly as the curser in your email continues running for no reason.

Please forward your stipulation to me ASAP.

Tenergy's prior proposal was without any legal effect and is one of the ground that Tenergy should disqualify you for the improper contacts. You have acknowledged that Tenergy is not intentional infringer. There is no reason to jusitfy $20k damages.

You said that you had for the third time contacted Porta Power. However, you have been in laches in allowing Porta Power for their advertisement on selling Dell-compatible batteries. For each contact in the past years, Porta Power always correct any mistake to your satifaction. For this time, it was a coincidence that PPT ordered an alleged genuine Dell batteries which were purchased by your investigator.

While you alleged in the Complaint that there are authorized manufacturer and dealers of Dell, both you and Dell never released to the public who are the authorized manufacturer or dealers. Thus, Dell is contributing to the sale/transactions of the alleged infringed copies. The only way PPT may rely upon in obtaining the source of supply of

Yahoo! Mail - shaolawfirm@yahoo.com                          Page 3 of 3

Case 3:08-cv-00781-TEH    Document 17-4    Filed 04/16/2008    Page 3 of 6

batteries is based on the sources' representations and I have the proof of such representations to prove PPT's innocence.

As I have informed you, you will have to dismiss the complaint against once PPT is dissolved.  USDC usually does not adopt statutory damages without your proof of damages.  The actual damages is less than $1,200.

If money is the only concern of you and you agreed to other terms, my clients are willing to raise to $5000.

Please advise immediately.

If I do not hear from you by your time April 16, 2008, I will go ahead and prepare my motions. Thanks a lot.  I wish to work out with you.

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.:        (408) 873-3888
Fax: (408) 873-3889

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.:        (408) 873-3888
Fax: (408) 873-3889

**Attachments**

Files:

📎 **Stipulation_re_Answer_Date_NY02_616361_2_revsied_by_Linda.pdf** (20k)

1  LINDA SHAO (CA 182768)
   LAW OFFICE OF LINDA SHAO, APLC
2      lindashao@shaolawgroup.com
   28 North First Street, Suite 618
3  San Jose, CA 95131
   Phone: 408-873-3888
4  Fax:    408-873-3889

5
   Attorney for Defendants Tenergy Corporation and
6  Porta Power Technology, Inc.
   Specially appearing only
7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12  DELL INC., a Delaware Corporation,          Civil Action No.  CV08-0781 TEH

13                 Plaintiff,                    **STIPULATION FOR INTRADISTRICT
                                                 REASSIGNMENT FROM SAN
14          vs.                                  FRANCISCO TO SAN JOSE AND
                                                 [PROPOSED] ORDER**
15  TENERGY CORPORATION, a California
    corporation, PORTA POWER
16  TECHNOLOGY, INC., a California
    Corporation, XYZ COMPANIES 1-25 and
17  JOHN/JANE DOE NOS. 1-25,

18                 Defendants.

19

20          WHEREAS Plaintiff Dell Inc. ("Plaintiff" or "Dell"), having filed a complaint in

21  Civil Action No. CV 08 0781, against Defendants Tenergy Corporation and Porta Power

22  Technology Inc., XYZ Companies 1-25 and John/Jane Does Nos. 1-25, alleging claims for

23  trademark counterfeiting, trademark infringement, unfair competition and dilution under federal

24  and state laws with the U.S.D.C. in San Francisco;

25          WHEREAS Defendants Tenergy Corporation and Porta Power Technology Inc.

26  are located in Sunnyvale and Cupertino, respectively, and have requested that the matter be

27  reassigned to the San Jose Division for the convenience of said Defendants;

28  NY02:616361.2STIPULATION FOR
    INTRADISTRICT REASSIGNMENT AND
    PROPOSED ORDER                                              22975\1495722.1
    Case No. CV08-0781 TEH

1

2          WHEREAS Dell submits that intradistrict assignment to San Francisco is proper

3    under LR 3-2 (c) in this intellectual property case, but nevertheless agree that  the case may be

     reassigned for the convenience of Defendants Tenergy Corporation and Porta Power Technology,
4
     as well as its counsel.
5
             NOW THERFORE, the undersigned parties, through their respective counsel,
6
     hereby agree and stipulate that (i) the above captioned matter should be reassigned to the San Jose
7
     Division (ii) Defendants shall have until May 6, 2008 to respond to the Complaint (iii) there will
8
     be a new CMC Order/schedule to occur in San Jose.  The parties further stipulate that facsimile
9
     signatures of the counsel should have the same effect as the original.
10

11   Dated:  April ___, 2008                    FARELLA BRAUN & MARTEL LLP

12
                                                By:  _____
13                                                    C. Brandon Wisoff

14                                              Doreen L. Costa
                                                *Pro Hac Vice*
15                                              Paul J. Reilly
                                                *Pro Hac Vice*
16                                              Suzanne Hengl
                                                *Pro Hac Vice*
17                                              Baker Botts L.L.P.
                                                30 Rockefeller Plaza
18                                              New York, New York 10112

19                                                   Attorneys for Plaintiff Dell Inc.

20
     Dated:  April  14, 2008                    LAW OFFICES OF LINDA SHAO, APLC
21

22
                                                By:  /s/_____
23                                                    Linda Shao

24                                              Attorney for Defendants Tenergy
                                                Corporation and Porta Power Technology
25                                              Inc.
                                                Specially appearing only
26

27

28   NY02:616361.2STIPULATION FOR
     INTRADISTRICT REASSIGNMENT AND            - 2 -
     PROPOSED ORDER                                                          22975\1495722.1
     Case No. CV08-0781 TEH

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the parties' stipulation, the Court hereby ORDERs that

     1.     The Clerk is directed to reassign this case to the San Jose Division; and

     2.     Defendants Tenergy Corporation and Porta Power Inc. are to Answer the Complaint on or before April 21, 2008.

     Dated: _____

_____
Honorable Thelton E. Henderson
United States District Court Judge

| Subject: | RE: Dell vs. Tenergy et al |
|---|---|
| Date: | Mon, 14 Apr 2008 08:08:06 -0400 |
| From: | Paul.Reilly@bakerbotts.com |
| To: | shaolawfirm@yahoo.com |

Dear Linda:

I have your email.   You changed the stipulation to state "respond" to the Complaint which is contrary to the offer made by Dell.   Your proposed stipulation is not acceptable.

I will send you the stipulation for settlement conference shortly.

Regards,

Paul

-----Original Message-----
**From:** shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
**Sent:** Monday, April 14, 2008 7:55 AM
**To:** Reilly, Paul J.
**Subject:** RE: Dell vs. Tenergy et al

# Dear Paul

Thank you very much for your quick response.   I was referring to the stipulation for early bird judicial settlement conference.   However, such conference cannot be made without first doing the transfer.   So, you are right.   I modify as attached and electronically signed with a /s/ above my

signature.   Per the local rule, we may do so with the parties' understanding, including for your co-counsel's signature.   Brandon may sign with a real one and scan so if he wishes.   You may go ahead and file it without change.   Then, I am awaiting for your stipulation to judicial settlement conference.   You may confer with Brandon.   My recollection is:   venue needs to be in San Jose.   Then, submit the request/stipulation for judicial settlement conference.   Then, please call the Clerk for details.

*Paul.Reilly@bakerbotts.com* wrote:

Dear Linda:

I have your email.   I am not certain which stipulation you are asking for but I attach the stipulation to extend only defendants time to Answer the Complaint and reassign the case to San Jose.   Please sign and return it to me without change, if you wish to extend Defendants' time to Answer the Complaint and reassign the case.

To be clear, Dell's position is and always has been that Tenergy and Porta Power have willfully and intentionally infringed Dell's trademark rights. Dell has not delayed in asserting claims against any of the defendants.   With regard to the counterfeit products, Porta Power's owner Bill Liu admitted to me that the products did not come in standard DELL branded boxes, so he clearly knew they were not legitimate but sold them nonetheless.   Both Tenergy and Porta

Power have engaged in counterfeiting activities and are liable to Dell.   Dell's proposal of $35,000.00 is more than reasonable given the circumstances of this case.

Regards,

Paul

Paul J. Reilly
Baker Botts LLP
212.408.2634

-----Original Message-----
**From:** shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
**Sent:** Monday, April 14, 2008 6:53 AM
**To:** Reilly, Paul J.
**Subject:** Dell vs. Tenergy et al

# Dear Paul

I cannot respond to your prior email directly as the curser in your email continues running for no reason.

Please forward your stipulation to me ASAP.

Tenergy's prior proposal was without any legal effect and is one of the ground that Tenergy should disqualify you for the improper contacts.   You have acknowledged that Tenergy is not intentional

infringer.   There is no reason to justify $20k damages.

You said that you had for the third time contacted Porta Power.   However, you have been in laches in allowing Porta Power for their advertisement on selling Dell-compatible batteries.   For each contact in the past years, Porta Power always correct any mistake to your satifaction.   For this time, it was a coincidence that PPT ordered an alleged genuine Dell batteries which were purchased by your investigator.

While you alleged in the Complaint that there are authorized manufacturer and dealers of Dell, both you and Dell never released to the public who are the authorized manufacturer or dealers.   Thus, Dell is contributing to the sale/transactions of the alleged infringed copies.   The only way PPT may rely upon in obtaining the source of supply of batteries is

based on the sources' representations and I have the proof of such representations to prove PPT's innocence.

As I have informed you, you will have to dismiss the complaint against once PPT is dissolved.   USDC usually does not adopt statutory damages without your proof of damages.   The actual damages is less than $1,200.

If money is the only concern of you and you agreed to other terms, my clients are willing to raise to $5000.

Please advise immediately.

If I do not hear from you by your time April 16, 2008, I will go ahead and prepare my motions.   Thanks a lot.   I wish to work out with you.

Sincerely yours,

Linda Shao, Esq.

Law Offices of Linda Shao, A Professional Law Corporation

28 N. First St., Ste. 618

San Jose, CA 95113

Tel.: (408) 873-3888

Fax: (408) 873-3889

Sincerely yours,

Linda Shao, Esq.

Law Offices of Linda Shao, A Professional Law Corporation

28 N. First St., Ste. 618

San Jose, CA 95113

Tel.: (408) 873-3888

Fax: (408) 873-3889