LINDA SHAO (CA 182768)
LAW OFFICE OF LINDA SHAO, APLC
28 North First Street, Suite 618
San Jose, CA 95131
Phone: 408-873-3888
Fax:     408-873-3889
Attorney for Defendants Tenergy Corporation and Porta Power Technology, Inc.
Specially appearing only

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DELL INC., a Delaware Corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>TENERGY CORPORATION, a California corporation, PORTA POWER TECHNOLOGY, INC., a California Corporation, XYZ COMPANIES 1-25 and JOHN/JANE DOE NOS. 1-25,<br><br>                    Defendants. | Civil Action No.  CV08-0781 TEH<br><br>**[proposed] ORDER re DEFENDANTS' EX PARTE APPLICATION/MOTION FOR PROCEDURAL CHANGES INCLUDING TRANSFER DIVISION TO SAN JOSE, ENLARGE TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT AND RELIEF FROM AN OBLIGATION IMPOSED BY FRCivP RULES 16, 26, ORDER SETTING INITIAL INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES** |

**ORDER**

Good cause shown, pursuant to Civil Local Rule 3-2(f), it is ordered that:

1. The Clerk is directed to transfer the case file to the U.S. District Court in San Jose division with new assignment of the case be made in San Jose division.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Proposed Order
Case No. CV08-0781

1

2. Defendants Tenergy Corporation and Porta Power Inc.'s time to file responsive pleadings to the Complaint is 20 days after the transfer takes effect.

3. Defendants are relieved from the Order Setting Initial Case Management Conference and ADR Deadlines of 2/1/2008

Or

the Order Setting Initial Case Management Conference and ADR Deadlines of 2/1/2008 is vacated

4. Plaintiff should be responsible for the costs of transfer, if any.

5. The issue for Defendants' attorneys fees and costs incurred is reserved.

Dated: _____

_____
Honorable Thelton Eugene Henderson
United States District Court Judge

[proposed] Order
Case No. CV08-0781

- 2 -

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400