LINDA SHAO (CA 182768)
LAW OFFICE OF LINDA SHAO, APLC
28 North First Street, Suite 618
San Jose, CA 95131
Phone: 408-873-3888
Fax:    408-873-3889
Attorney for Defendants Tenergy Corporation and Porta Power Technology, Inc.
Specially appearing only

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DELL INC., a Delaware Corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>TENERGY CORPORATION, a California corporation, PORTA POWER TECHNOLOGY, INC., a California Corporation, XYZ COMPANIES 1-25 and JOHN/JANE DOE NOS. 1-25,<br><br>              Defendants. | Civil Action No.  CV08-0781 TEH<br><br>**CERTIFICATE OF SERVICE** |

   I, Linda Shao, declare that:  I am over age 18 and not a party to this action.  I will serve the following documents:

   Ex Parte Motion for Procedural Changes
   Supporting Declaration of Linda Shao
   Proposed Order
   This Certificate of Service

   Upon Plaintiff's counsel as follows:

C. Brandon Wisoff (State Bar No. 121930)
    bwisoff@fbm.com
Farella Braun & Martel LLP

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Certificate of Service
Case No. CV08-0781

1

1   235 Montgomery Street, 17th Floor
    San Francisco, CA 94104
2   Telephone: (415) 954-4400
    Facsimile: (415) 954-4480

3
    Doreen L. Costa
4   *Pro Hac Vice*
    Paul J. Reilly
5   *Pro Hac Vice*
    Suzanne Hengl
6   *Pro Hac Vice*
    Baker Botts L.L.P.
7   30 Rockefeller Plaza
    New York, New York 10112
8   Telephone: (212) 408-2500
    Facsimile: (212) 408-2501
9
    Attorneys for Plaintiff
10  Dell Inc.

11  Via Email before the aforementioned documents are filed with the Court

12
13  I will further cause the above documents to be fax to Plaintiff's Counsel before the end of 4/17/2008, California time.

14
15  I declare under the penalty of perjury under the laws of the U.S. that the foregoing is true and correct. Execute in Taipei, Taiwan on April 17, 2008 electronically.

16
17              /s/
    _____
18              Linda Shao

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

[proposed] Order
Case No. CV08-0781

- 2 -