C. Brandon Wisoff (SBN 121930)
  bwisoff@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery Stgreet, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) (54-4480

Doreen L. Costa
  Admitted Pro Hac Vice
Paul J. Reilly
  Admitted Pro Hac Vice
Suzanne Hengle
  Admitted Pro Hac Vice
BAKER BOTTS LLP
30 Rockefeller Plaza, 44th Fl.
New York, New York 10112
Telephone: (212) 408-2500
Facsimile:   (212) 408-2501

Attorneys for Plaintiff Dell Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DELL, INC.

          Plaintiff(s),                Case No. CV 08-0781

                                          ADR CERTIFICATION BY PARTIES
                                          AND COUNSEL

      v.

TENERGY CORP., PORTA POWER
TECHNOLOGY, INC., XYZ       ☒

          Defendant(s)
_____/

      Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

      **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Respectfully submitted,

DELL, INC.

Dated: April 16, 2008 ☒ ☒

Daniel J. Noonan
Director, Trademarks & Copyrights
Assiociate General Counsel
One Dell Way
Round Rock, Texas 78682

BAKER BOTTS L.L.P.

Dated: April 16, 2008 ☒ /Paul J. Reilly/ ☒
Paul J. Reilly
30 Rockefeller Plaza, 44th Fl.
New York, New York 10112
212.408.2634
Fax: 212.259.2434
Counsel for Plaintiff Dell, Inc.

NY02:620235.1

2

ADR CERTIFICATION BY PARTIES AND COUNSEL
Case No. CV 08-0781 TEH

1      I, C. Brandon Wisoff, am the ECF user whose ID and password are being used to file this ADR Certification by Parties and Counsel. In compliance with General Order 45(X), I hereby
2  attest that the other signatories have concurred in this filing.

Dated: April 17, 2008

FARELLA BRAUN & MARTEL LLP

By: _C. Brandon Wisoff_ (signature)
    C. Brandon Wisoff

Attorneys for Plaintiff
DELL INC.

Doreen L. Costa
*Pro Hac Vice*
Paul J. Reilly
*Pro Hac Vice*
Suzanne Hengl
*Pro Hac Vice*
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York 10112
Telephone:  (212) 408-2500
Facsimile:   (212) 408-2501

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

22975\1533252.1

3

ADR CERTIFICATION BY PARTIES AND COUNSEL
Case No. CV-08-0781 TEH