| | |
|---|---|
| 1 | LINDA SHAO (CA 182768) |
| 2 | LAW OFFICE OF LINDA SHAO, APLC |
|   | 28 North First Street, Suite 618 |
| 3 | San Jose, CA 95131 |
| 4 | Phone:  408-873-3888 |
|   | Fax:     408-873-3889 |
| 5 | Attorney for Defendants Tenergy |
|   | Corporation and Porta Power Technology, |
| 6 | Inc. |
|   | Specially appearing only |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | NORTHERN DISTRICT OF CALIFORNIA |
| 10 | SAN FRANCISCO DIVISION |

| | | |
|---|---|---|
| 12 | DELL INC., a Delaware Corporation, | Civil Action No.  CV08-0781 TEH |
| 13 | | **Objection to Mr. Wisoff's letter to the Court** |
| 14 | Plaintiff, | |
| 15 | vs. | |
| 16 | TENERGY CORPORATION, a California corporation, PORTA POWER TECHNOLOGY, INC., a California Corporation, XYZ COMPANIES 1-25 and JOHN/JANE DOE NOS. 1-25, | |
| 19 | Defendants. | |

Defendants object to Paragraph 2 of Plaintiff's counsel's letter to the Court on April 17, 2008 for the reason that it is misleading.  Attached in Exhibit 5 is a true and accurate copy of Plaintiff's counsel's email showing that it extended Defendants' time to respond to the Complaint until 3/21/2008.  The Court has seen Exhibits 1 and 2 attached to Defendants' ex parte application/motion submitted on or about April 17, 2008 and saw that Plaintiff agreed the extension of time until 4/21/2008.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

NY02:612019.1 CONSENT JUDGMENT
Case No. CV08-0781

04401\1441890.1

1. Thus, Defendants' statement in Paragraph 2 is misleading. Attached in Exhibit 6 is a true and accurate copy of Plaintiff's counsel's email granting time to "answer' to complaint until April 21 and further stated that "If the parties are moving closer towards a resolution of this matter as we get closer to April 21, 2008, we can revisit the issue of whether or not to further extend defendants time to ANSWER."  Again, Defendants have right to file motion to dismiss under Rule 12 and 19 and have the right to file a cross-complaint.  The undersigned will be back to the US on May 4 and respectfully requests the Court to give Defendants time to respond on May 6, if the Court denies the requests stated in the application submitted on or about April 17, 2008.  Their intended opposition is misleading and simply a waste of attorneys fees and costs.  This document is sent to Plaintiff's counsel via email before filing with the Court.

I, Linda Shao, declare that the above statements are true and accurate to the best of my knowledge under the laws of the United States of America.  Executed on April 21, 2008 in Taipei Taiwan.

Respectfully submitted,

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Stipulation to Change Venue and [proposed] Order
Case No. CV08-0781
- 2 -

1  Dated: April 21, 2008                         LAW OFFICES OF LINDA SHAO,
2                                                APLC
3
4                                                By: _____
                                                    Linda Shao, Esq.
5                                                   Attorney for Defendants Tenergy
                                                    Corporation and Porta Power
6                                                   Technology Inc.
                                                    Specially appearance only
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation to Change Venue and [proposed] Order
Case No. CV08-0781                           - 3 -

Yahoo! Mail - shaolawfirm@yahoo.com                                           Page 1 of 2

Case 3:08-cv-00781-TEH     Document 22-2     Filed 04/21/2008     Page 1 of 2



Yahoo! | My Yahoo! | Mail | Tutorials | More    **Make Y! your home page**    Welcome, **shaolawfirm** Sign Out | All-New Mail | Help

**YAHOO! MAIL Classic**     Search: [_____] **Web Search**



專業救急 - 當日放款
搶救您的信用，讓您不用再低頭向人借錢，一通電話全省服務！免押保免手續費！
全省服務，辦門號領現金
找不到資金週轉嗎？現在辦門號就可以囉。隨時都能把門號再轉給有需要的人唷。

**Mail** | Contacts | Calendar | Notepad                    **Mail Upgrades** - **Options**

[Check Mail]  [Compose]                         [Search Mail]  [Search the Web]

Yahoo! Tech
Tech made easy

**Folders** [Add - Edit]
**Inbox (106)**
Draft
Sent
**Bulk (4)** [Empty]
Trash [Empty]
**My Folders** [Show]

**Search Shortcuts**
My Photos
My Attachments

See Indiana Jones on Yahoo! Movies
Yahoo! Games - Rack' em up
Get the top 100 music videos
Watch Videos On Yahoo! Music

Previous | Next | Back to Messages

[Delete]  [Reply ▼]  [Forward ▼]  [Spam]  [Move... ▼]

This message is not flagged. [ Flag Message - Mark as Unread ]     **Printable View**

| | |
|---|---|
| **Subject:** | Re: Problems of your Complaint |
| **Date:** | Thu, 6 Mar 2008 20:01:59 -0500 |
| **From:** | Paul.Reilly@bakerbotts.com    📱 Add Mobile Alert |
| **To:** | shaolawfirm@yahoo.com |

Dear Linda:

Further to our two telephone conversations today, I await the stipulation to transfer the case to San Jose as we agreed and to extend defendants' term to answer until March 21 so that I can run it by Dell to see if it will consent.

Regards,

Paul

----- Original Message -----
From: shaolawfirm shao <shaolawfirm@yahoo.com>
To: Reilly, Paul J.
Sent: Thu Mar 06 13:12:57 2008
Subject: Problems of your Complaint

Dear Paul:

As being unable to talk to you, I would like to summarize for you the problems of your complaint and I welcome for your input and correction:

1.   Per my confirmation email, Dell does not manufacture battery nor does the engineering design for battery
2.   Per your email, all of Dell's batteries are OEM with the identify of the manufacturers undisclosed as your proprietary information.
3.  Per your Complaint Paragraph 12, other than Dell itself, there are authorized distributors.  Your letter to Porta Power in 2004 also mentioned other channels of sale of Dell OEM products
4.  Dell and you refused to disclose who are the authorized distributors of  Dell OEM batteries.
5.  Therefore, the only way for my clients to verify whether the copies are genuine Dell OEM batteries or with authorization to distribute is to rely on the vendor's representation.
6.  You have agreed that Tenergy is not intentional infringer.
7.  You insisted on Porta Power to be intentional infringer even though there was no preceding warning letter for this Complaint that was sent to Porta Power.
8.  You wrote a letter to Porta Power as early as in 2004 complaining its webpage misleading.  Porta Power immediately made correction per your instruction and sent for your approval.  You did not object that their revised version to be improper.  However, in the complaint, you alleged the "same" webpage, after your approval, to be infringing.  You must have made a mistake in filing this Complaint.
My clients otherwise also have a valid statute of limitation defense and a valid defense of laches against you.

Yahoo! Mail - shaolawfirm@yahoo.com                                                          Page 2 of 2

Case 3:08-cv-00781-TEH    Document 22-2    Filed 04/21/2008    Page 2 of 2

_____

Looking for last minute shopping deals? Find them fast with Yahoo! Search.
<http://us.rd.yahoo.com/evt=51734/*http://tools.search.yahoo.com/newsearch/category.php?category=shopping>

| Delete | Reply ▼ | Forward ▼ | Spam | Move... ▼ |

Previous | Next | Back to Messages                              Save Message Text | Full Headers

| Check Mail | Compose |                          | Search Mail | Search the Web |

Copyright © 1994-2008 Yahoo! Inc. All rights reserved. Terms of Service - Copyright/IP Policy - Guidelines
NOTICE: We collect personal information on this site.
To learn more about how we use your information, see our Privacy Policy

Yahoo! Mail - shaolawfirm@yahoo.com     Page 1 of 2

Case 3:08-cv-00781-TEH    Document 22-3    Filed 04/21/2008    Page 1 of 2



**Print - Close Window**

| | |
|---|---|
| **Subject:** | RE: Confirmation email re Dell vs. Tenergy et al |
| **Date:** | Mon, 7 Apr 2008 10:51:34 -0400 |
| **From:** | Paul.Reilly@bakerbotts.com |
| **To:** | shaolawfirm@yahoo.com |

Dear Linda:

I have your email of April 7 below which does not reflect the proposed stipulation we discussed on the phone today.  Given that you will provide me with comments on the proposed stipulated judgment by **April 14, 2008**, Dell will agree **only** to extend defendants Tenergy Corporation and Porta Power Technologies' time to **ANSWER** the complaint until **April 21, 2008**.  If the parties are moving closer towards a resolution of this matter as we get closer to April 21, 2008, we can revisit the issue of whether or not to further extend defendants time to ANSWER.

I will follow up with you regarding potentially extending the terms set out in the CMC Order the first of which is presently due April 21, 2008.

Regards,

Paul

Paul J. Reilly
Baker Botts LLP
     212.408.2634

     -----Original Message-----
     **From:** shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
     **Sent:** Monday, April 07, 2008 10:35 AM
     **To:** Reilly, Paul J.
     **Subject:** Confirmation email re Dell vs. Tenergy et al

     Dear Paul

     This is to confirm our conversation ended at 9:37 a.m. your time today that both parties have genuine intent to settle and would not waste time and money on motions, that in an effort to concentrate on settlement, I will respond to you regarding your counter-offer "Stipulated Judgment" within a week, i.e., by the end of April 14, 2008 and you will extend the time for defendants to respond to the Complaint and hold any action for request for entry of default until the end of April 21, 2008.  I complained to you that April 21, 2008 is still in my unavailable time, and you responded that you may grant further extension if there is additional progress of settlement.

     Initially I intend to fax to you my handwriting memo; however, the fax machine of my parents' home went out of toner and did not function. Therefore, I could not but go out to use the commercial internet to send this email to you.

     If any of my above understanding is incorrect, please kindly correct me or I will presume my above recital to be accurate.  In anticipation that the case may be resolved through negotiations and therefore April 21 is only a phenominal date which could be extended further, I am holding my ex

parte motion for enlargement of Defendants' time to respond to the Complaint and vacate the CMC Order for the time being.

Again, I strong suggest that we may stipulate to a judicial settlement conference in mid May or late May to close out this case. It is cheaper in my viewpoint than going back and forth.

I further look forward to a stipulation away from April 21's deadline per the local rule. I will talk to you regarding that later.

Thank you for your time and consideration.

However, if you have any fax for me, please send to our neighbor, 011886225784370 attention "Linda Shao at the 5th Floor."

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.:         **(408) 873-3888**
Fax: (408) 873-3889

---

You rock. That's why Blockbuster's offering you one month of Blockbuster Total Access, No Cost.