C. Brandon Wisoff (SBN 121930)
  bwisoff@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) (54-4480

Doreen L. Costa
  Admitted Pro Hac Vice
Paul J. Reilly
  Admitted Pro Hac Vice
Suzanne Hengle
  Admitted Pro Hac Vice
BAKER BOTTS LLP
30 Rockefeller Plaza, 44th Fl.
New York, New York 10112
Telephone: (212) 408-2500
Facsimile:  (212) 408-2501

Attorneys for Plaintiff Dell Inc.

LINDA SHAO (CA 182768)
LAW OFFICE OF LINDA SHAO, APLC
  lindashao@shaolawgroup.com
28 North First Street, Suite 618
San Jose, CA 95131
Phone: 408-873-3888
Fax:    408-873-3889

Attorney for Defendants Tenergy Corporation and Porta Power
Technology, Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DELL, INC.<br><br>              Plaintiff(s),<br><br>     v.<br><br>TENERGY CORP., PORTA POWER TECHNOLOGY, INC., XYZ COMPANIES 1-25 AND JOHN/JANE DOES 1-25   ☒<br><br>              Defendant(s) | Case No. CV 08-0781<br><br>NOTICE OF NEED FOR ADR PHONE CONFERENCE |

NY02:620317.1

Counsel report that they have met and conferred regarding ADR and that they:

        have not yet reached an agreement to an ADR process
√    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference May 12, 2008 ☒

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Paul J. Reilly | DELL, INC. | (212) 408-2634 | Paul.Reilly@bakerbotts.com |
| Linda Shao | TENERGY CORP. | (408) 873-3888 | shaolawfirm@yahoo.com |
| | PORTA POWER TECHNOLOGY, INC. | If before 5/3/2008, call (011886)225790126 | |

Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.

                                                        Respectfully submitted,

                                                        BAKER BOTTS LLP

Dated: April 17, 2008 ☒

                                            /s/                ☒
                                            Paul J. Reilly
                                            30 Rockefeller Plaza, 44th Fl.
                                            New York, New York 10112
                                            212.408.2634
                                            Fax: 212.259.2434

                                            Attorneys for Plaintiff Dell Inc.
                                            LAW OFFICE OF LINDA SHAO, APLC

Dated: April 17, 2008

                                            /s/
                                            Linda Shao
                                            28 North First Street, Suite 618
                                            San Jose, CA 95131
                                            Phone: 408-873-3888
                                            Fax:   408-873-3889

                                            Attorney for Defendants Tenergy Corporation and Porta Power Technology, Inc.

I, C. Brandon Wisoff, am the ECF user whose ID and password are being used to file this Notice of Need for ADR Phone Conference. In compliance with General Order 45(X), I hereby attest that the other signatories have concurred in this filing.

Dated: April 21, 2008

FARELLA BRAUN & MARTEL LLP

By: /s/
    C. Brandon Wisoff

Attorneys for Plaintiff
DELL INC.

Doreen L. Costa
*Pro Hac Vice*
Paul J. Reilly
*Pro Hac Vice*
Suzanne Hengl
*Pro Hac Vice*
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York 10112
Telephone:   (212) 408-2500
Facsimile:    (212) 408-2501

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

22975\1533271.1

3

NOTICE OF NEED FOR ADR PHONE CONFERENCE
Case No. CV-08-0781 TEH