1   C. Brandon Wisoff (SBN 121930)
      bwisoff@fbm.com
2   FARELLA BRAUN & MARTEL LLP
   235 Montgomery Stgreet, 17th Floor
3   San Francisco, California 94104
   Telephone: (415) 954-4400
4   Facsimile: (415) (54-4480

5   Doreen L. Costa
      Admitted Pro Hac Vice
6   Paul J. Reilly
      Admitted Pro Hac Vice
7   Suzanne Hengl
      Admitted Pro Hac Vice
8   BAKER BOTTS LLP
   30 Rockefeller Plaza, 44th Fl.
9   New York, New York 10112
   Telephone: (212) 408-2500
10  Facsimile:  (212) 408-2501

11  Attorneys for Plaintiff Dell Inc.

12            UNITED STATES DISTRICT COURT

13           NORTHERN DISTRICT OF CALIFORNIA

14             SAN FRANCISCO DIVISION

15  DELL INC., a Delaware Corporation,      Civil Action No.  CV08-0781 TEH

16 

17          Plaintiff,         **DECLARATION OF PAUL J. REILLY IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' EX PARTE APPLICATION/MOTION FOR PROCEDURAL CHANGES**

18        vs.

19  TENERGY CORPORATION, a California
   corporation, PORTA POWER

20  TECHNOLOGY, INC., a California
   Corporation, XYZ COMPANIES 1-25 and  **Conference Date: May 12, 2008**
   JOHN/JANE DOE NOS. 1-25,        Time: **1:30 pm**
21                          Department:

22          Defendants.

23

24      I, Paul J. Reilly, declare:

25       1.    I am an attorney associated with the law firm of Baker Botts, L.L.P., representing

26  plaintiff Dell, Inc. ("Dell") in the above captioned matter.  I am licensed to practice in the state of

27  New York, have been admitted to practice before the United States District Court for the

28  Southern and Eastern Districts of New York, and have been admitted *pro hac vice* to appear

1   before the Northern District of California in this action. I submit this Declaration and the exhibits

2   attached hereto, which are incorporated herein by reference, for the purpose of providing the

3   following information and documentary material being submitted by Dell in support of

4   "Plaintiff's Response to Ex Parte Application/Motion for Procedural Changes":

5          2.      Dell's complaint, which was filed on February 1, 2008, alleges claims for, among

6   others, counterfeiting and intentional infringement and dilution of Dell's name and mark by

7   defendants Tenergy Corporation ("Tenergy") and Porta Power Technology Inc. ("Tenergy"

8   (collectively "Defendants") in connection with the marketing and sale of battery packs, including,

9   via the Internet. The Complaint was served on Defendants on February 11, over two months ago.

10  A copy of the Affidavits of Service of the Complaint are attached hereto as Exhibit 1. The

11  Answer was due March 2, 2008.

12         3.      Back in February, Dell was initially discussing a potential resolution of the matter

13  with Defendants and believed it was close to resolving the matter, until about February 18 when

14  Defendants retained counsel. In view of the settlement discussions that had occurred and the

15  insertion of Defendants' counsel, Dell offered to extend Defendants time to answer the Complaint

16  until March 10, 2008. The offer did not include an extension of time to file a motion. Defendants

17  accepted the offer to extend the time to Answer. Attached hereto as Exhibit 2 is a copy of my

18  email of February 19, 2008 to Defendants' counsel Linda Shao, Esq. offering to extend

19  Defendants time to Answer the Complaint until March 10 and Defendants acceptance of the

20  proposal that day.

21         4.      Still, Defendants did not Answer or respond (by motion or answer) to the

22  complaint by March 10, and instead unilaterally granted themselves a further extension of time.

23  In spite of warnings from Dell on March 3 that their answer was due on March 10, Defendants

24  failed to Answer or seek an extension of time and have been in default for over a month. Rather,

25  on March 7, 2008, knowing that they did not yet have Dell's consent to extend the time to answer

26  and in response to Dell's request for a proposed stipulation to extend the time to Answer,

27  Defendants counsel stated:

28  NY02:620695.1

C DECLARATION OF PAUL J. REILLY                        - 2 -                          22975\1495722.1
CV08-0781 TEH

"I just reviewed a work of appellate brief done by another attorney for a case that I
handles and found many problems so I have to spent the entire weekend to fix it.
The due date for filing the opening brief is Monday. So, I cannot get back to you
until after next Tuesday. I will not have time to deal with this case until I finalized
the opening brief myself. Thanks.

Attached hereto as Exhibit 4 is a copy of the March 7 email from Defendnats' counsel.

5.    On several occasions dating back to March 12, 2008, Dell informed Defendants
that they had failed to Answer. Attached as Exhibit 5 is a copy of the March 12, 2008 email that I
sent to Defendants' lawyer concerning Defendants failure to answer, file a motion or seek an
extension of time by March 10, 2008 and a copy of an email dated March 19, 2008 to Ms. Shao
stating the defendants missed the March 10 response date to the complaint..

6.    On March 25, 2008, Dell made clear that Defendants were in default. See Exhibit
6 attached hereto, an email dated March 25, 2008 from Dell's lawyer, C. Brandon Wisoff, Esq. to
Linda Shao, Esq.

7.    Defendants still failed to take any action.

8.    Defendants have been in default for over a month and appear to be engaged in a
pattern of delay with constant threats of filing procedural motions. For example, on February 11,
2008, Dell provided Defendants with a settlement proposal that took the form of a Consent
Judgment. However, after Defendants counsel became involved, Dell did not receive a
counterproposal incorporating their lawyer's comments until March 14, 2008. Yet, Defendants
cry foul when Dell's counsel, who was taking, preparing for and defending expert depositions in
another case, provided its response on April 8, 2008. Indeed, Defendants' lawyer, on several
occasions, told Dell that she could not respond to the complaint or discuss settlement because: (1)
she was sick; (2) busy with other matters and could not respond; or (3) out of the country in
Taiwan since March 27 and claimed to unavailable until April 29. See Exhibit 4 and Exhibit 7
attached hereto which includes emails from Defendants' lawyer dated February 26 and 29, 2008
and March 27, 2008.

9.    In spite of Defendants default and dilatory tactics, Dell nevertheless offered to
stipulate to a intradistrict reassignment to San Jose for the convenience of defendants and their

NY02:620695.1

C DECLARATION OF PAUL J. REILLY                    - 3 -                    22975\1495722.1
CV08-0781 TEH

1    counsel provided they would provide a firm date by which they would cure their default and

2    Answer the complaint. See, e.g., Exhibit 6 and Exhibit 8, an email dated April 4, 2008 from

3    myself to Defendant's lawyer. Those offers were rejected on several occasions.

4        10.    For example, even though Defendants were in default, I inquired on April 7, 2008

5    whether Defendants' rejected my proposal and again offered to extend Defendants time to

6    Answer. Attached as Exhibit 9 is copy of an April 7, 2008 email to Defendants Lawyer. I

7    subsequently spoke with Defendants lawyer that same day and reiterated my proposal and in

8    correcting her email concerning our discussion, I made clear that Dell would only agree to extend

9    defendants time to answer the complaint. On April 14, 2008, I again presented Defendants with

10   an opportunity to cure their default. Attached as Exhibit 10 is a copy of the parties' email

11   exchanges of April 7, 2008 and April 14.

12       11.    Still, Defendants never moved this Court or responded until April 16, over a month

13   after the Answer was due.

14       12.    Dell should not be faulted for its efforts to accommodate Defendants. Indeed, in

15   addition to the foregoing, Dell provided Defendants with electronic color copies of the Exhibits to

16   the Complaint when Defendants' counsel alleged that the exhibits were unclear. See Exhibit 12

17   attached hereto. In light of Defendants' complaint that Dell did not serve the ADR pamphlet

18   issued by the Northern District of California, I explained in an email dated February 28, 2008

19   (copy attached as Exhibit 13) that the "Order Setting Initial Case Management Conference and

20   ADR Deadlines" directed the parties to the Court ADR Internet Site at

21   www.adr.cand.uscourts.gov, but nevertheless provided her with a copy.

22       13.    Contrary to Defendants' allegations concerning Defendants business activities in

23   the San Francisco division, Defendants Tenergy and Porta Power operate Internet businesses via

24   web sites at www.All-Battery.com and www.Portatechs.com, respectively, which, on information

25   and belief, are accessible to and target consumers throughout the United States which would

26   include the County of San Francisco in Northern District of California. Copies of pages from their

27   web site are attached hereto as Exhibit 11. To that end, Defendants sites appear to be interactive,

28   NY02:620695.1

1   virtual business establishments thought which consumers can and do purchase battery packs and

2   through which Defendants infringed Dell's intellectual property rights. (see Complaint and sites

3   at www.All-Battery.com and www.Portatechs.com)  Indeed, Tenergy, on its own web site,

4   reveals that it has customers in San Francisco.  (See Exhibit 11 on the "Customer Testimonials"

5   page)

6        14.    Inconsistent with Defendants assertion that they "do not have any manufacturing

7   activities" (Def's Motion at page 2), each defendant asserts on its respective web site that it has a

8   factory in China. (See Exhibit  11).

9        15.    Attached hereto as Exhibit 14 are printout from Mapquest.com which indicate that

10   the towns where Defendants are located are within 50 miles of the United States District Court in

11   ·San Francisco.

12        16.    Dell has made every effort to accommodate Defendants and their counsel.  Indeed,

13   in spite of their delay, Dell made several offers to Defendants to cure their default, including the

14   last one on April 14, 2007.   Such offers were rejected by Defendants either directly or by

15   counterproposal seeking to extend their time to "respond" to the Complaint, to which they knew

16   Dell would not agree. (See Exhibit 10)  Although Dell rejected Defendants attempt to extend its

17   time to respond to the Complaint until May 6, 2008, Dell did not harass Defendants, mislead

18   Defendants, nor make any misrepresentations or "false pleading".

19        17.    Pursuant to 28 U.S.C. § 1746, I , Paul J. Reilly, further declare under penalty of

20   perjury that all statements made herein based on my own personal knowledge are true and that all

21   statements made on information and belief are believed to be true.

22

23   Dated: April 18, 2008   ·      By:  _____
                                        Paul J. Reilly

24

25

26

27

28

# Exhibit 1

C. BRANDON WISOFF (SBN 121930)
FARELLA BRAUN + MARTEL
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : DELL INC.

Defendant : TENERGY CORPORATION, et al.

Ref#: 230576     *     **PROOF OF SERVICE**     *     Case No.: CV08-0781 TEH

At the time of service I was at least eighteen years of age and not a party to this action and I served copies of the:

CONSENT JUDGMENT; SUMMONS IN A CIVIL CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; COMPLAINT AND DEMAND FOR JURY TRIAL; PLAINTIFF DELL INC.'S CERTIFICATION OF INTERESTED PERSONS OR PARTIES; CORRESPONDENCE DATED FEBRUARY 11, 2008 SIGNED BY PAUL J. REILLY

in the within action by personally delivering true copies thereof to the person named below, as follows:

    Party served    :  TENERGY CORPORATION, a California corporation

    By serving      :  Grace Li, Accountant

    Address         :  (Business)
                       1292 Kifer Road #807
                       Sunnyvale, CA 94086

    Date of Service: February 11, 2008

    Time of Service: 4:25 PM

Person who served papers:
TYSON C. ADLAO
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $167.60
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 958
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: February 12, 2008                    Signature _____

C. BRANDON WISOFF (SBN 121930)
FARELLA BRAUN + MARTEL
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : DELL INC.

Defendant : TENERGY CORPORATION, et al.

Ref#: 230576        *  **DECLARATION OF MAILING**  *  Case No.: CV08-0781 TEH

At the time of service I was at least eighteen years of age and not a party
to this action and I served copies of the:

CONSENT JUDGMENT; SUMMONS IN A CIVIL CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE
AND ADR DEADLINES; COMPLAINT AND DEMAND FOR JURY TRIAL; PLAINTIFF DELL INC.'S CERTIFICATION
OF INTERESTED PERSONS OR PARTIES; CORRESPONDENCE DATED FEBRUARY 11, 2008 SIGNED BY PAUL J.
REILLY

in the within action by placing true copies thereof in a sealed envelope with
first class postage fully prepaid thereon in the United States mail at San
Francisco, California , addressed as follows:

              TENERGY CORPORATION, a California corporation c/o
              Xiangbing Li, President
              (Business)
              1292 Kifer Road #807
              Sunnyvale, CA 94086


              Date of Mailing: February 12, 2008


Person who served papers:
TYSON C. ADLAO                        Fee for service: $167.60
SPECIALIZED LEGAL SERVICES, INC.      Registered California process server.
1112 Bryant Street, Suite 200         (i) Employee or Independent Contractor
San Francisco, CA 94103               (ii) Registration no.: 958
Telephone: (415) 357-0500             (iii) County: San Francisco


I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.


Date: February 12, 2008            Signature _____

C. BRANDON WISOFF (SBN 121930)
FARELLA BRAUN + MARTEL
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Attorney for: Plaintiff

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff : DELL INC.

Defendant : TENERGY CORPORATION, et al.

Ref#: 230577    *    **PROOF OF SERVICE**    *    Case No.: CV08-0781 TEH

At the time of service I was at least eighteen years of age and not a party to
this action and I served copies of the:

CONSENT JUDGMENT; SUMMONS IN A CIVIL CASE; ORDER SETTING INITIAL CASE
MANAGEMENT CONFERENCE AND ADR DEADLINES; COMPLAINT AND DEMAND FOR JURY TRIAL;
PLAINTIFF DELL INC.'S CERTIFICATION OF INTERESTED PERSONS OR PARTIES;
CORRESPONDENCE DATED FEBRUARY 11, 2008 SIGNED BY PAUL J. REILLY

in the within action by personally delivering true copies thereof to the
person named below, as follows:

    Party served    :  PORTA POWER TECHNOLOGY, INC., a California
                       corporation

    By serving      :  Bill Liu, Authorized Agent

    Address         :  (Business)
                       10051 Pasadena Avenue, Suite 3
                       Cupertino, CA 95014

    Date of Service:  February 11, 2008

    Time of Service:  4:45 PM

Person who served papers:
TYSON C. ADLAO
SPECIALIZED LEGAL SERVICES, INC.
1112 Bryant Street, Suite 200
San Francisco, CA 94103
Telephone: (415) 357-0500

Fee for service: $171.00
Registered California process server.
(i) Employee or Independent Contractor
(ii) Registration no.: 958
(iii) County: San Francisco

I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.

Date: February 12, 2008              Signature _____

# Exhibit 2

**Reilly, Paul J.**

| | |
|---|---|
| **From:** | shaolawfirm shao [shaolawfirm@yahoo.com] |
| **Sent:** | Tuesday, February 19, 2008 5:07 PM |
| **To:** | Reilly, Paul J. |
| **Cc:** | Bill Liu |
| **Subject:** | Re: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc. |

# Dear Paul

# Thank you for giving me 8 days' extension.

*Paul.Reilly@bakerbotts.com* wrote:

Dear Ms. Shao:

Dell will consent to extend Defendants time to answer until March 10, 2008.

Regards,

Paul

----- Original Message -----
From: shaolawfirm shao <shaolawfirm@yahoo.com>
To: Reilly, Paul J.
Sent: Tue Feb 19 11:42:26 2008
Subject: RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

Dear Paul

My apologies. I meant a month and thus would be April 5. Sorry for the typo and confusion. The deadline for responding, per your email, would be March 2. Again, I have not obtained the files yet. I am doing them a favor in having to contact you while I am busy with other litigation matter.

Please kindly give me reasonable time. I look forward to work out with you.

Paul.Reilly@bakerbotts.com wrote:

  Dear Ms. Shao:

  Both Tenergy and Porta Power were served on Feb. 11. As such, Dell will consent to extend their time to answer to March 5 as you originally proposed.

  Regards,

  Paul

      -----Original Message-----
      From: shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
      Sent: Tuesday, February 19, 2008 11:46 AM
      To: Reilly, Paul J.
      Subject: RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

4/18/2008

Dear Mr. Reilly,

Please be advised that you did not extend any professional courtesy regarding Porta Power's time to respond in that he was served only last week. Regarding Tenergy, you only extended 2 days. As I am very busy with other matter now, this will be my final email to you before my contacting you this week. Again, I am requesting an extension for one month unless you intend the parties to incur more unnecessary litigation costs. I need a month to have a meaningful settlement talk. Or, will you agree to a mediation in the South Bay Area?

Regarding your allegation that Bill Liu "knew that that products he purchased from China were not legitimate Dell goods," please kindly provide all evidence to me to faciliate the settlement talk, as this is contrary to my understanding. Your email also suggests that Tenergy is completely without "willful" or "knowledge" of your alleged counterfeit battery.

Anyway, any further emails will be responded at the end of this week. Please bear with me as I have no time at this time. Thank you for your time.

Paul.Reilly@bakerbotts.com wrote:

Dear Ms. Shao:

I have your email. Given you present appearance, Dell has wasted a week or more expending time, effort and resources on this matter. That said, as a professional courtesy, Dell will consent to extend Defendants time to answer to February 29, 2008. This should be more than enough time to enter a Consent Judgment. In that regard, I attach a revised Consent Judgment which includes a permanent injunction and a payment of $60,000 to Dell.

You should know that this is the third time that Dell has crossed swords with Porta Power and Bill Liu knew that that products he purchased from China were not legitimate Dell goods.

I request that you provide me with your comments before the close of business this Friday.

I will try to call you but I am traveling and my not be able to speak with you today or tomorrow.

Regards,

Paul

Paul J. Reilly
Baker Botts LLP
212.408.2634

-----Original Message-----
From: shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
Sent: Tuesday, February 19, 2008 1:44 AM
To: Reilly, Paul J.
Cc: Bill Liu
Subject: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

Dear Mr. Reilly:

Please kindly be advised that this firm is retained to represent both defendants in the above-referenced matter.

As you are fully aware of, the defendants are California corporations and have no authority to represent themselves under California laws. It is my initial understanding that these individuals lacked knowledge or understanding of the legal terms and do not know what they signed. As required under California laws, all writings signed by them are invalid without my written approval.

4/18/2008

I would like to work out with you reasonable terms permissible under the prevailing laws. I understand that your client has the interest to have expeditious resolution of this case. I will endeavor to have all parties to have a fair and reasonable resolution of the issues. However, I have not had an opportunity to explore into details of this case and need time to investigate this matter in details. With this email, I am asking you to stipulate to give extension of the time for both defendants to respond to your Complaint until March 5, 2008 for judicial economy as defendants have good faith in settlement.

I do not have all files yet. I will contact you by the end of this week to start settlement discussions in good faith.

Please kindly send a fax to me at (408) 873-1286 (the fax for another office that I would be there in the following two days) to confirm extension of defendants' time to file response to the Complaint until 3/5/2008. I wish to work out with you. Thank you very much for your time and consideration.

If you have any questions or comments, please do not hesitate to contact me.


Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889


Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.
<http://us.rd.yahoo.com/evt=51733/*http://mobile.yahoo.com/;_ylt=Ahu06i62sR8HDtDypao8Wcj9tAcJ>


Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889


Looking for last minute shopping deals? Find them fast with Yahoo! Search.
<http://us.rd.yahoo.com/evt=51734/*http://tools.search.yahoo.com/newsearch/category.php?category=shopping>


Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889


Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.
<http://us.rd.yahoo.com/evt=51733/*http://mobile.yahoo.com/;_ylt=Ahu06i62sR8HDtDypao8Wcj9tAcJ>


4/18/2008

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

Never miss a thing. Make Yahoo your homepage.

4/18/2008

# Exhibit 3

## Reilly, Paul J.

| | |
|---|---|
| **From:** | Reilly, Paul J. |
| **Sent:** | Monday, March 03, 2008 12:11 PM |
| **To:** | 'shaolawfirm shao' |
| **Subject:** | RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc. |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Dear Linda:

I have your email. Rather than waste time bickering over satellite issues and writing lengthy emails, Defendants should demonstrate their good faith effort to settle the case by putting their energy and time toward providing written comments on the Consent Judgment which you have had since February 19 and Defendants since February 11, 2008. If we are moving closer to settlement, Dell may reconsider Defendants request for more time to answer. Otherwise, the Answer remains due on March 10, 2008.

Regards,

Paul.

-----Original Message-----
**From:** shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
**Sent:** Friday, February 29, 2008 1:16 AM
**To:** Reilly, Paul J.
**Subject:** RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

Dear Paul,

I am ill, having fever, headache, with a diagnosis of "acute laryngitis." I was instructed by the doctor to fully rest.

I have told you that I will settle with you, but not exactly the language you used and not the amount demanded by you. There are many problems with the Complaint.

I understand your argument re service. However, strick compliance with the local rule is the duty of the Court. The local rule "mandates" service of the phamphlet and you failed to do so such that my clients, before retaining me, were lured into talking to you, as they were unaware of the ADR process. This could be

4/18/2008

a ground for disqualification of your firm from representation.

You also failed to serve my clients your ex parte application for pro hac viche which caused improper ex parte communication with the Court.

You also filed the Complaint with a wrong court. You should have filed in San Jose District, as both defendants are in the South Bay Area. There are judges in San Jose area dealing with intellectural property rights cases. To appear in San Francisco while there is San Jose court available, will cause gross inconvenience to my clients and me.

The earliest time I can talk to you will be 3/5/2008. If you refuse to give reasonable time extension, then we may talk about that after the case is moved to San Jose--- by a motion to change venue with request for monetary sanction.

It is to serve the best interest of your client to extend the time for settlement purpose so that both parties do not need to waste unwanted attorneys fees and costs. If we settle, everything goes away and you do not need to change venue either.

I think it is the best to communicate orally to avoid conflicts. However, I CANNOT talk now as I lost my voice as a result of the illness.

Again, you have my words that I will be in good faith effort to settle with you. However, whether such good faith settlement can be reached is for both ends, not only me to be in good faith but also you.

If you would like to conduct a good faith settlement, then it makes sense to extend reasonable time to allow such to occur. Thank you for your time and consideration.

4/18/2008

*Paul.Reilly@bakerbotts.com* wrote:

Dear Linda:

Dell has considered your request. However, given the volatile nature of the counterfeit DELL batteries, it cannot agree to extend Defendants' term to answer by another three weeks as you propose. If Defendants were willing to enter into a stipulated preliminary injunction so that the can work out a consent judgment, I would be willing to present that to Dell and perhaps agree to extend the time to answer. Please let me know.

With regard to service of the ADR pamphlet, I understand from the "Order Setting Initial Case Management Conference and ADR Deadlines" that both counsel and clients should familiarize themselves with ADR Local Rule 3 and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet Site at www.adr.cand.uscourts.gov. The Order further states that a "limited number or printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF)." As such, Dell has properly served the complaint.

That said, I attach for your benefit a copy of the ADR pamphlet and the rules.

Regards,

Paul

Paul J. Reilly
Baker Botts LLP
212.408.2634

-----Original Message-----
**From:** shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
**Sent:** Tuesday, February 26, 2008 10:51 AM
**To:** Reilly, Paul J.
**Subject:** RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

## Dear Paul

I came down with a flu last night and could hardly talk for the sore throat.

Would you please extend time to respond to your complaint to March 31, 2008--- we will waive our claim for improper service? Under the local rule, it is mandatory to serve ADR phamplet. It is prompted by my current illness that reasonably cannot be recovered for 7-10 days and it is to serve judicial economy to talk about settlement. What do you think? Sorry that my nice voice cannot be heard by you today.

*Paul.Reilly@bakerbotts.com* wrote:

Let me know what number to call this afternoon.

> -----Original Message-----
> **From:** shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
> **Sent:** Friday, February 22, 2008 11:28 PM
> **To:** Reilly, Paul J.
> **Subject:** Re: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

## Solute to your diligence.  How about California time 2/26/2008 11:00 am?  Good night

*Paul.Reilly@bakerbotts.com* wrote:

> Will do. Let me know time and number.
>
> ----- Original Message -----
> From: shaolawfirm shao <shaolawfirm@yahoo.com>
> To: Reilly, Paul J.
> Sent: Fri Feb 22 19:40:19 2008
> Subject: Re: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.
>
> You did not call me back and I just saw your email.  I have told your
> local counsel that I have whole day meeting on 1/25.  Please call me at
> 1/26.  In the meanwhile, while I am busy with other cases, please send me
> proof of PPT's willful infringement.  I need to have the proof of PPT's
> willful infringement.  I need to talk to you to discuss settlement.  Please
> CALL me on 1/26.  Thanks.
>
> Paul.Reilly@bakerbotts.com wrote:
>
>> Dear Ms. Shao:
>>
>> I understand you called my local counsel.  Please direct all your
>> communications to me.
>>
>> I provided you with a proposed Consent Judgment but have not
>> received your comments. I request that you provide me with your
>> comments no later than Monday, February 25.
>>
>> Regards,
>>
>>
>> Paul
>>
>> ----- Original Message -----
>> From: shaolawfirm shao <shaolawfirm@yahoo.com>
>> To: Reilly, Paul J.
>> Cc: Bill Liu <bliu@portatechs.com>
>> Sent: Tue Feb 19 16:07:24 2008
>> Subject: Re: Dell Inc. vs. Tenergy Corp and Porta Power
>> Technology, Inc.
>>
>> Dear Paul

Thank you for giving me 8 days' extension.

Paul.Reilly@bakerbotts.com wrote:

Dear Ms. Shao:

Dell will consent to extend Defendants time to answer until March 10, 2008.

Regards,

Paul

----- Original Message -----
From: shaolawfirm shao <shaolawfirm@yahoo.com>
To: Reilly, Paul J.
Sent: Tue Feb 19 11:42:26 2008
Subject: RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

Dear Paul

My apologies. I meant a month and thus would be April 5. Sorry for the typo and confusion. The deadline for responding, per your email, would be March 2. Again, I have not obtained the files yet. I am doing them a favor in having to contact you while I am busy with other litigation matter.

Please kindly give me reasonable time. I look forward to work out with you.

Paul.Reilly@bakerbotts.com wrote:

Dear Ms. Shao:

Both Tenergy and Porta Power were served on Feb. 11. As such, Dell will consent to extend their time to answer to March 5 as you originally proposed.

Regards,

Paul

-----Original Message-----
From: shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
Sent: Tuesday, February 19, 2008 11:46 AM
To: Reilly, Paul J.
Subject: RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

Dear Mr. Reilly,

Please be advised that you did not extend any professional courtesy regarding Porta Power's time to respond in that he was served only last week. Regarding Tenergy, you only extended 2 days. As I am very busy with other matter now, this will be my final email to you before my contacting you this week. Again, I am requesting an

Message

extension for one month unless you intend the parties to incur more
unnecessary litigation costs. I need a month to have a meaningful
settlement talk. Or, will you agree to a mediation in the South Bay Area?

      Regarding your allegation that Bill Liu "knew that that
products he purchased from China were not legitimate Dell goods," please
kindly provide all evidence to me to faciliate the settlement talk, as this is
contrary to my understanding. Your email also suggests that Tenergy is
completely without "willful" or "knowledge" of your alleged counterfeit
battery.

      Anyway, any further emails will be responded at the
end of this week. Please bear with me as I have no time at this time.
Thank you for your time.

      Paul.Reilly@bakerbotts.com wrote:

      Dear Ms. Shao:

      I have your email. Given you present appearance,
Dell has wasted a week or more expending time, effort and resources on
this matter. That said, as a professional courtesy, Dell will consent to
extend Defendants time to answer to February 29, 2008. This should be
more than enough time to enter a Consent Judgment. In that regard, I
attach a revised Consent Judgment which includes a permanent injunction
and a payment of $60,000 to Dell.

      You should know that this is the third time that
Dell has crossed swords with Porta Power and Bill Liu knew that that
products he purchased from China were not legitimate Dell goods.

      I request that you provide me with your
comments before the close of business this Friday.

      I will try to call you but I am traveling and my not
be able to speak with you today or tomorrow.

      Regards,

      Paul

      Paul J. Reilly
      Baker Botts LLP
      212.408.2634

      -----Original Message-----
      From: shaolawfirm shao
[mailto:shaolawfirm@yahoo.com]
      Sent: Tuesday, February 19, 2008 1:44 AM
      To: Reilly, Paul J.
      Cc: Bill Liu
      Subject: Dell Inc. vs. Tenergy Corp and
Porta Power Technology, Inc.

      Dear Mr. Reilly:

      Please kindly be advised that this firm is
retained to represent both defendants in the above-referenced matter.

As you are fully aware of, the defendants are California corporations and have no authority to represent themselves under California laws. It is my initial understanding that these individuals lacked knowledge or understanding of the legal terms and do not know what they signed. As required under California laws, all writings signed by them are invalid without my written approval.

I would like to work out with you reasonable terms permissible under the prevailing laws. I understand that your client has the interest to have expeditious resolution of this case. I will endeavor to have all parties to have a fair and reasonable resolution of the issues. However, I have not had an opportunity to explore into details of this case and need time to investigate this matter in details. With this email, I am asking you to stipulate to give extension of the time for both defendants to respond to your Complaint until March 5, 2008 for judicial economy as defendants have good faith in settlement.

I do not have all files yet. I will contact you by the end of this week to start settlement discussions in good faith.

Please kindly send a fax to me at (408) 873-1286 (the fax for another office that I would be there in the following two days) to confirm extension of defendants' time to file response to the Complaint until 3/5/2008. I wish to work out with you. Thank you very much for your time and consideration.

If you have any questions or comments, please do not hesitate to contact me.

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional
Law Corporation

28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.
<http://us.rd.yahoo.com/evt=51733/*http://mobile.yahoo.com/;_ylt=Ahu06i62sR8HDtDypao8Wc

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law
Corporation

28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

4/18/2008

<http://us.rd.yahoo.com/evt=51734/*http://tools.search.yahoo.com/newsearch/category.php?category=shopping>

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

Be a better friend, newshound, and know-it-all with Yahoo!
Mobile. Try it now.
<http://us.rd.yahoo.com/evt=51733/*http://mobile.yahoo.com/;_ylt=Ahu06i62sR8HDtDypao8Wc

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

Never miss a thing. Make Yahoo your homepage.
<http://us.rd.yahoo.com/evt=51438/*http://www.yahoo.com/r/hs>

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it
now.
<http://us.rd.yahoo.com/evt=51733/*http://mobile.yahoo.com/;_ylt=Ahu06i62sR8HDtDypao8Wc

Sincerely yours,
Linda Shao, Esq.

Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

Looking for last minute shopping deals? Find them fast with Yahoo!
Search.

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

Subject: blue book - website 5-7-07.pdf
Date: Thu, 28 Feb 2008 14:03:47 -0500
From: <Paul.Reilly@BakerBotts.com>
To: <Paul.Reilly@BakerBotts.com>

Subject: ADR12-05.pdf
Date: Thu, 28 Feb 2008 14:02:24 -0500
From: <Paul.Reilly@BakerBotts.com>
To: <Paul.Reilly@BakerBotts.com>

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

# Exhibit 4

**Reilly, Paul J.**

| | |
|---|---|
| **From:** | shaolawfirm shao [shaolawfirm@yahoo.com] |
| **Sent:** | Friday, March 07, 2008 4:12 PM |
| **To:** | Reilly, Paul J. |
| **Subject:** | Re: Problems of your Complaint |

# Dear Paul

I just reviewed a work of appellate brief done by another attorney for a case that I handles and found many problems so I have to spent the entire weekend to fix it. The due date for filing the opening brief is Monday. So, I cannot get back to you until after next Tuesday. I will not have time to deal with this case until I finalized the opening brief myself. Thanks.

*Paul.Reilly@bakerbotts.com* wrote:

Dear Linda:

I have your email but you did not provide me with the stipulation to pass on to Dell for consideration.

Please send it to me at your early opportunity.

I also await your comments on the Consent Judgment.

Regards,

Paul

----- Original Message -----
From: shaolawfirm shao <shaolawfirm@yahoo.com>
To: Reilly, Paul J.
Sent: Thu Mar 06 22:58:56 2008
Subject: Re: Problems of your Complaint

Dear Paul

Thank you. Please also confirm with me that for batteries, which is different from the computer set, Dell does not have any 3rd party authorized distributors. I have cautioned Porta Power regarding this new fact. However, I am curious--- since Dell does have 3rd party distributors for some computer sets or parts, how would the general public, or someone like Bill Liu, know which parts are exclusively sold by Dell only??

There is no warning whatsoever on Dell's website to the general public about who are authorized dealers and which part cannot be purchased or sold other than at Dell. This is your litigation pitfall, I think. While I intend to settle with you and may not use this against you, you may consider that problem and try to avoid so that in future litigation, Dell may have a stronger ground.

Paul.Reilly@bakerbotts.com wrote:

Dear Linda:

Further to our two telephone conversations today, I await the stipulation to transfer the case to San Jose as we agreed and to extend defendants' term to answer until March 21 so that I can run it by Dell to see if it will consent.

Regards,

Paul

----- Original Message -----
From: shaolawfirm shao <shaolawfirm@yahoo.com>
To: Reilly, Paul J.
Sent: Thu Mar 06 13:12:57 2008
Subject: Problems of your Complaint

Dear Paul:

As being unable to talk to you, I would like to summarize for you the problems of your complaint and I welcome for your input and correction:

1. Per my confirmation email, Dell does not manufacture battery nor does the engineering design for battery
2. Per your email, all of Dell's batteries are OEM with the identify of the manufacturers undisclosed as your proprietary information.
3. Per your Complaint Paragraph 12, other than Dell itself, there are authorized distributors. Your letter to Porta Power in 2004 also mentioned other channels of sale of Dell OEM products
4. Dell and you refused to disclose who are the authorized distributors of Dell OEM batteries.
5. Therefore, the only way for my clients to verify whether the copies are genuine Dell OEM batteries or with authorization to distribute is to rely on the vendor's representation.
6. You have agreed that Tenergy is not intentional infringer.
7. You insisted on Porta Power to be intentional infringer even though there was no preceding warning letter for this Complaint that was sent to Porta Power.
8. You wrote a letter to Porta Power as early as in 2004 complaining its webpage misleading. Porta Power immediately made correction per your instruction and sent for your approval. You did not object that their revised version to be improper. However, in the complaint, you alleged the "same" webpage, after your approval, to be infringing. You must have made a mistake in filing this Complaint.

My clients otherwise also have a valid statute of limitation defense and a valid defense of laches against you.

Looking for last minute shopping deals? Find them fast with Yahoo! Search.
<http://us.rd.yahoo.com/evt=51734/*http://tools.search.yahoo.com/newsearch/category.php?category=shopping>

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

4/18/2008

<http://us.rd.yahoo.com/evt=51734/*http://tools.search.yahoo.com/newsearch/category.php?category=shopping>

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

Never miss a thing. Make Yahoo your homepage.

4/18/2008

# Exhibit 5

## Reilly, Paul J.

| | |
|---|---|
| **From:** | Reilly, Paul J. |
| **Sent:** | Wednesday, March 12, 2008 7:56 PM |
| **To:** | 'shaolawfirm@yahoo.com' |
| **Subject:** | FW: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc. |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | 'shaolawfirm@yahoo.com' | | |
| | Hengl, Suzanne M. | Delivered: 3/12/2008 7:56 PM | Read: 3/12/2008 7:56 PM |
| | Mitchell, John | Delivered: 3/12/2008 7:56 PM | Read: 3/12/2008 8:05 PM |
| | 'Dan_Noonan@Dell.com' | | |
| | 'Amy L. Thompson (amy_thompson@dell.com)' | | |
| | 'BWisoff@fbm.com' | | |

Dear Linda:

I received your voice mail message which you left for me today requesting the attached Consent Judgment which I provided you with over three weeks ago. Further, Defendants have not filed an answer, a motion or sought an extension of time to file an answer which was due on March 10. I await your comments on the Consent Judgment and the stipulation to transfer the case to San Jose for my review.

Regards,

Paul

Paul J. Reilly
Baker Botts LLP
212.408.2634

-----Original Message-----
**From:** Reilly, Paul J.
**Sent:** Tuesday, February 19, 2008 9:59 AM
**To:** 'shaolawfirm shao'
**Cc:** Bill Liu
**Subject:** RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.
**Importance:** High
**Sensitivity:** Confidential

Dear Ms. Shao:

I have your email. Given you present appearance, Dell has wasted a week or more expending time, effort and resources on this matter. That said, as a professional courtesy, Dell will consent to extend Defendants time to answer to February 29, 2008. This should be more than enough time to enter a Consent Judgment. In that regard, I attach a revised Consent Judgment which includes a permanent injunction and a payment of $60,000 to Dell.

You should know that this is the third time that Dell has crossed swords with Porta Power and Bill Liu knew that that products he purchased from China were not legitimate Dell goods.

I request that you provide me with your comments before the close of business this Friday.

I will try to call you but I am traveling and my not be able to speak with you today or tomorrow.

Regards,

Paul

Paul J. Reilly
Baker Botts LLP
212.408.2634

-----Original Message-----
**From:** shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
**Sent:** Tuesday, February 19, 2008 1:44 AM
**To:** Reilly, Paul J.
**Cc:** Bill Liu
**Subject:** Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

## Dear Mr. Reilly:

Please kindly be advised that this firm is retained to represent both defendants in the above-referenced matter.

As you are fully aware of, the defendants are California corporations and have no authority to represent themselves under California laws. It is my initial understanding that these individuals lacked knowledge or understanding of the legal terms and do not know what they signed. As required under California laws, all writings signed by them are invalid without my written approval.

I would like to work out with you reasonable terms permissible under the prevailing laws. I understand that your client has the interest to have expeditious resolution of this case. I will endeavor to have all parties to have a fair and reasonable resolution of the issues. However, I have not had an opportunity to explore into details of this case and need time to investigate this matter in details. With this email, I am asking you to stipulate to give extension of the time for both defendants to respond to your Complaint until March 5, 2008 for judicial economy as defendants have good faith in settlement.

4/17/2008

I do not have all files yet. I will contact you by the end of this week to start settlement discussions in good faith.

Please kindly send a fax to me at (408) 873-1286 (the fax for another office that I would be there in the following two days) to confirm extension of defendants' time to file response to the Complaint until 3/5/2008. I wish to work out with you. Thank you very much for your time and consideration.

If you have any questions or comments, please do not hesitate to contact me.

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

4/17/2008

Dell v. Tenergy, et al.                                                Page 1 of 1

---

**Reilly, Paul J.**

| | |
|---|---|
| **From:** | BWisoff@fbm.com |
| **Sent:** | Wednesday, March 19, 2008 3:09 PM |
| **To:** | shaolawfirm@yahoo.com |
| **Cc:** | Reilly, Paul J. |
| **Subject:** | Dell v. Tenergy, et al. |

<<4961_001.pdf>>

Linda:

    Attached please find an executed stipulation that permits intradistrict reassignment to the San Jose and gives defendants an extension to March 28 in which to answer the complaint. Please note that we re-worked the language of your proposed stipulation since transfer from San Francisco to San Jose is an intradistrict reassignment and not a change of venue. Also, defendants missed the March 10 response date to the complaint and we need to have a firm date for their answer. We are willing to stipulate to March 28.

    I have signed the stipulation so it is ready for ECF filing by you. Please call Paul Reilly, copied on this email, should you have any questions. Thank you, Brandon

**C. Brandon Wisoff**
Attorney at Law

---

**Farella Braun + Martel LLP**
RUSS BUILDING
235 MONTGOMERY STREET
SAN FRANCISCO / CA 94104

---

T 415.954.4400
D 415.954.4449
F 415.954.4480
www.fbm.com

---

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Farella Braun + Martel LLP

4/18/2008

1   LINDA SHAO (CA 182768)
    LAW OFFICE OF LINDA SHAO, APLC
2     lindashao@shaolawgroup.com
    28 North First Street, Suite 618
3   San Jose, CA 95131
    Phone:  408-873-3888
4   Fax:     408-873-3889

5
    Attorney for Defendants Tenergy Corporation and
6   Porta Power Technology, Inc.
    Specially appearing only

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

12  DELL INC., a Delaware Corporation,        Civil Action No.  CV08-0781 TEH

13            Plaintiff,                       STIPULATION FOR INTRADISTRICT
                                               REASSIGNMENT FROM SAN
14       vs.                                   FRANCISCO TO SAN JOSE AND
                                               [PROPOSED] ORDER
15  TENERGY CORPORATION, a California
    corporation, PORTA POWER
16  TECHNOLOGY, INC., a California
    Corporation, XYZ COMPANIES 1-25 and
17  JOHN/JANE DOE NOS. 1-25,

18            Defendants.

19

20          WHEREAS Plaintiff Dell Inc. ("Plaintiff" or "Dell") has filed a complaint in Civil

21  Action No. CV 08 0781 with the U.S.D.C. in San Francisco against Defendants Tenergy

22  Corporation, Porta Power Technology Inc., XYZ Companies 1-25 and John/Jane Does Nos. 1-25,

23  alleging claims for trademark counterfeiting, trademark infringement, unfair competition and

24  dilution under federal and state laws;

25          WHEREAS Defendants Tenergy Corporation and Porta Power Technology Inc.

26  are located in Sunnyvale and Cupertino, respectively, and have requested that the matter be

27  reassigned to the San Jose Division for the convenience of said Defendants;

28
    STIPULATION FOR INTRADISTRICT
    REASSIGNMENT AND PROPOSED ORDER                          22975\1497550.1
    Case No. CV08-0781 TEH

1    WHEREAS Dell submits that intradistrict assignment to San Francisco is proper

2 under LR 3-2 (c) in this intellectual property case, but nevertheless agrees that the case may be

3 reassigned for the convenience of Defendants Tenergy Corporation and Porta Power Technology,

4 as well as its counsel;

5    NOW THERFORE, the undersigned parties, through their respective counsel,

6 hereby agree and stipulate that (i) the above captioned matter should be reassigned to the San Jose

7 Division and (ii) Defendants shall have until March 28, 2008 to Answer the Complaint. The

8 parties further stipulate that facsimile signatures of the counsel should have the same effect as the

9 original.

10 Dated: March 1⁹, 2008                          FARELLA BRAUN & MARTEL LLP

11

12                                               By: _C. Brandon Wisoff_____

13                                                   C. Brandon Wisoff

14                                               Doreen L. Costa
                                                 _Pro Hac Vice_
15                                               Paul J. Reilly
                                                 _Pro Hac Vice_
16                                               Suzanne Hengl
                                                 _Pro Hac Vice_
17                                               Baker Botts L.L.P.
                                                 30 Rockefeller Plaza
18                                               New York, New York 10112

19                                                   Attorneys for Plaintiff Dell Inc.

20
                                                 LAW OFFICES OF LINDA SHAO, APLC
21 Dated: March ___, 2008

22
                                                 By: _____
23                                                   Linda Shao

24                                               Attorney for Defendants Tenergy
                                                 Corporation and Porta Power Technology
25                                               Inc.
                                                 Specially appearing only
26

27

28

STIPULATION FOR INTRADISTRICT
REASSIGNMENT AND PROPOSED ORDER          - 2 -
Case No. CV08-0781 TEH                                            22975\1497550.1

1

**ORDER**

2

Pursuant to the parties' stipulation, the Court hereby ORDERs that

3

    1.    The Clerk is directed to reassign this case to the San Jose Division; and

4

    2.    Defendants Tenergy Corporation and Porta Power Inc. are to Answer the Complaint

5

        on or before March 28, 2008.

6

7

    Dated: _____

8

9

10

11

        Honorable Thelton E. Henderson
        United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR INTRADISTRICT
REASSIGNMENT AND PROPOSED ORDER    - 3 -
Case No. CV08-0781 TEH

22975\1497550.1

# Exhibit 6

Dell v. Tenergy, et al.

## Reilly, Paul J.

| | |
|---|---|
| **From:** | BWisoff@fbm.com |
| **Sent:** | Tuesday, March 25, 2008 1:40 PM |
| **To:** | shaolawfirm@yahoo.com |
| **Cc:** | Reilly, Paul J. |
| **Subject:** | Dell v. Tenergy, et al. |

<<0030_001.pdf>> Linda:

Attached is a revised stipulation that would permit intradistrict reassignment to the San Jose Division and give defendants to April 7 to answer the complaint. Dell did not agree to your other requests. Please note that while Dell has been attempting to negotiate a resolution with you, defendants' failure to respond to the complaint by March 10 has already put them in default. If you have any questions, please direct them to Paul Reilly. If the stipulation is acceptable, please sign it and file it through the ECF system. Thank you, Brandon

**C. Brandon Wisoff**
Attorney at Law

**Farella Braun + Martel LLP**
RUSS BUILDING
235 MONTGOMERY STREET
SAN FRANCISCO / CA 94104

T 415.954.4400
D 415.954.4449
F 415.954.4480
www.fbm.com

This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. Thank you.

Farella Braun + Martel LLP

4/18/2008

1    LINDA SHAO (CA 182768)
     LAW OFFICE OF LINDA SHAO, APLC
2      lindashao@shaolawgroup.com
     28 North First Street, Suite 618
3    San Jose, CA 95131
     Phone:  408-873-3888
4    Fax:    408-873-3889

5
     Attorney for Defendants Tenergy Corporation and
6    Porta Power Technology, Inc.
     Specially appearing only

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12   DELL INC., a Delaware Corporation,        Civil Action No.  CV08-0781 TEH

13              Plaintiff,                      **STIPULATION FOR INTRADISTRICT
                                                REASSIGNMENT FROM SAN
14        vs.                                   FRANCISCO TO SAN JOSE AND
                                                [PROPOSED] ORDER**
15   TENERGY CORPORATION, a California
     corporation, PORTA POWER
16   TECHNOLOGY, INC., a California
     Corporation, XYZ COMPANIES 1-25 and
17   JOHN/JANE DOE NOS. 1-25,

18              Defendants.

19

20          WHEREAS Plaintiff Dell Inc. ("Plaintiff" or "Dell"), having filed a complaint in

21   Civil Action No. CV 08 0781, against Defendants Tenergy Corporation and Porta Power

22   Technology Inc., XYZ Companies 1-25 and John/Jane Does Nos. 1-25, alleging claims for

23   trademark counterfeiting, trademark infringement, unfair competition and dilution under federal

24   and state laws with the U.S.D.C. in San Francisco;

25          WHEREAS Defendants Tenergy Corporation and Porta Power Technology Inc.

26   are located in Sunnyvale and Cupertino, respectively, and have requested that the matter be

27   reassigned to the San Jose Division for the convenience of said Defendants;

28

     STIPULATION FOR INTRADISTRICT
     REASSIGNMENT AND PROPOSED ORDER                              22975\1504230.1
     Case No. CV08-0781 TEH

1    WHEREAS Dell submits that intradistrict assignment to San Francisco is proper

2  under LR 3-2 (c) in this intellectual property case, but nevertheless agrees that the case may be

3  reassigned for the convenience of Defendants Tenergy Corporation and Porta Power Technology,

4  as well as its counsel.

5    NOW THERFORE, the undersigned parties, through their respective counsel,

6  hereby agree and stipulate that (i) the above captioned matter should be reassigned to the San Jose

7  Division and (ii) Defendants shall have until April 7, 2008 to Answer the Complaint.  The parties

8  further stipulate that facsimile signatures of the counsel should have the same effect as the

9  original.

10  Dated: March 15 , 2008                    FARELLA BRAUN & MARTEL LLP

11

12                                           By: _____

13                                               C. Brandon Wisoff

14                                           Doreen L. Costa
                                             *Pro Hac Vice*
15                                           Paul J. Reilly
                                             *Pro Hac Vice*
16                                           Suzanne Hengl
                                             *Pro Hac Vice*
17                                           Baker Botts L.L.P.
                                             30 Rockefeller Plaza
18                                           New York, New York 10112

19                                               Attorneys for Plaintiff Dell Inc.

20
    Dated:  March ___, 2008                  LAW OFFICES OF LINDA SHAO, APLC
21

22

23                                           By: _____
                                                 Linda Shao
24
                                             Attorney for Defendants Tenergy
25                                           Corporation and Porta Power Technology
                                             Inc.
26                                           Specially appearing only

27

28

STIPULATION FOR INTRADISTRICT
REASSIGNMENT AND PROPOSED ORDER          - 2 -
Case No. CV08-0781 TEH                                          22975\1504230.1

1

**ORDER**

2
Pursuant to the parties' stipulation, the Court hereby ORDERs that:

3
    1.    The Clerk is directed to reassign this case to the San Jose Division; and

4
    2.    Defendants Tenergy Corporation and Porta Power Inc. are to Answer the Complaint

5
        on or before April 7, 2008.

6

7
    Dated: _____

8

9

10

11
               Honorable Thelton E. Henderson
               United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR INTRADISTRICT
REASSIGNMENT AND PROPOSED ORDER     - 3 -
Case No. CV08-0781 TEH                                     22975\1504230.1

# Exhibit 7

**Reilly, Paul J.**

| | |
|---|---|
| **From:** | shaolawfirm shao [shaolawfirm@yahoo.com] |
| **Sent:** | Friday, February 29, 2008 1:16 AM |
| **To:** | Reilly, Paul J. |
| **Subject:** | RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc. |

Dear Paul,

I am ill, having fever, headache, with a diagnosis of "acute laryngitis." I was instructed by the doctor to fully rest.

I have told you that I will settle with you, but not exactly the language you used and not the amount demanded by you. There are many problems with the Complaint.

I understand your argument re service. However, strick compliance with the local rule is the duty of the Court. The local rule "mandates" service of the phamphlet and you failed to do so such that my clients, before retaining me, were lured into talking to you, as they were unaware of the ADR process. This could be a ground for disqualification of your firm from representation.

You also failed to serve my clients your ex parte application for pro hac viche which caused improper ex parte communication with the Court.

You also filed the Complaint with a wrong court. You should have filed in San Jose District, as both defendants are in the South Bay Area. There are judges in San Jose area dealing with intellectural property rights cases. To appear in San Francisco while there is San Jose court available, will cause gross inconvenience to my clients and me.

The earliest time I can talk to you will be 3/5/2008. If you refuse to give reasonable time extension, then we may talk about that after the case is moved to San Jose--- by a motion to change venue with

4/18/2008

request for monetary sanction.

It is to serve the best interest of your client to extend the time for settlement purpose so that both parties do not need to waste unwanted attorneys fees and costs. If we settle, everything goes away and you do not need to change venue either.

I think it is the best to communicate orally to avoid conflicts. However, I CANNOT talk now as I lost my voice as a result of the illness.

Again, you have my words that I will be in good faith effort to settle with you. However, whether such good faith settlement can be reached is for both ends, not only me to be in good faith but also you.

If you would like to conduct a good faith settlement, then it makes sense to extend reasonable time to allow such to occur. Thank you for your time and consideration.

*Paul.Reilly@bakerbotts.com* wrote:

> Dear Linda:
>
> Dell has considered your request. However, given the volatile nature of the counterfeit DELL batteries, it cannot agree to extend Defendants' term to answer by another three weeks as you propose. If Defendants were willing to enter into a stipulated preliminary injunction so that the can work out a consent judgment, I would be willing to present that to Dell and perhaps agree to extend the time to answer. Please let me know.
>
> With regard to service of the ADR pamphlet, I understand from the "Order Setting Initial Case Management Conference and ADR Deadlines" that both counsel and clients should familiarize themselves with ADR Local Rule 3 and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet Site at www.adr.cand.uscourts.gov. The Order further states that a "limited number or printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF)." As such, Dell has properly served the complaint.
>
> That said, I attach for your benefit a copy of the ADR pamphlet and the rules.
>
> Regards,
>
> Paul
>
> Paul J. Reilly
> Baker Botts LLP
> 212.408.2634

4/18/2008

-----Original Message-----
**From:** shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
**Sent:** Tuesday, February 26, 2008 10:51 AM
**To:** Reilly, Paul J.
**Subject:** RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

## Dear Paul

I came down with a flu last night and could hardly talk for the sore throat.

Would you please extend time to respond to your complaint to March 31, 2008--- we will waive our claim for improper service?  Under the local rule, it is mandatory to serve ADR phamplet. It is prompted by my current illness that reasonably cannot be recovered for 7-10 days and it is to serve judicial economy to talk about settlement.  What do you think?  Sorry that my nice voice cannot be heard by you today.

*Paul.Reilly@bakerbotts.com* wrote:

Let me know what number to call this afternoon.

-----Original Message-----
**From:** shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
**Sent:** Friday, February 22, 2008 11:28 PM
**To:** Reilly, Paul J.
**Subject:** Re: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

## Solute to your diligence.  How about California time 2/26/2008 11:00 am?  Good night

*Paul.Reilly@bakerbotts.com* wrote:

Will do. Let me know time and number.

----- Original Message -----
From: shaolawfirm shao <shaolawfirm@yahoo.com>
To: Reilly, Paul J.
Sent: Fri Feb 22 19:40:19 2008
Subject: Re: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

You did not call me back and I just saw your email. I have told your local counsel that I have whole day meeting on 1/25. Please call me at 1/26. In the meanwhile, while I am busy with other cases, please send me proof of PPT's willful infringement. I need to have the proof of PPT's willful infringement. I

need to talk to you to discuss settlement. Please CALL me on 1/26. Thanks.

Paul.Reilly@bakerbotts.com wrote:

Dear Ms. Shao:

I understand you called my local counsel. Please direct all your communications to me.

I provided you with a proposed Consent Judgment but have not received your comments. I request that you provide me with your comments no later than Monday, February 25.

Regards,

Paul

----- Original Message -----
From: shaolawfirm shao <shaolawfirm@yahoo.com>
To: Reilly, Paul J.
Cc: Bill Liu <bliu@portatechs.com>
Sent: Tue Feb 19 16:07:24 2008
Subject: Re: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

Dear Paul

Thank you for giving me 8 days' extension.


Paul.Reilly@bakerbotts.com wrote:

Dear Ms. Shao:

Dell will consent to extend Defendants time to answer until March 10, 2008.

Regards,

Paul

----- Original Message -----
From: shaolawfirm shao <shaolawfirm@yahoo.com>
To: Reilly, Paul J.
Sent: Tue Feb 19 11:42:26 2008
Subject: RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

Dear Paul

My apologies. I meant a month and thus would be April 5. Sorry for the typo and confusion. The deadline for responding, per your email, would be March 2. Again, I have not obtained the files yet. I am doing them a favor in having to contact you while I am busy with other litigation matter.

Please kindly give me reasonable time. I look forward to work out with you.


Paul.Reilly@bakerbotts.com wrote:

4/18/2008

Dear Ms. Shao:

Both Tenergy and Porta Power were served on Feb. 11. As such, Dell will consent to extend their time to answer to March 5 as you originally proposed.

Regards,

Paul

-----Original Message-----
From: shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
Sent: Tuesday, February 19, 2008 11:46 AM
To: Reilly, Paul J.
Subject: RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

Dear Mr. Reilly,

Please be advised that you did not extend any professional courtesy regarding Porta Power's time to respond in that he was served only last week. Regarding Tenergy, you only extended 2 days. As I am very busy with other matter now, this will be my final email to you before my contacting you this week. Again, I am requesting an extension for one month unless you intend the parties to incur more unnecessary litigation costs. I need a month to have a meaningful settlement talk. Or, will you agree to a mediation in the South Bay Area?

Regarding your allegation that Bill Liu "knew that that products he purchased from China were not legitimate Dell goods," please kindly provide all evidence to me to faciliate the settlement talk, as this is contrary to my understanding. Your email also suggests that Tenergy is completely without "willful" or "knowledge" of your alleged counterfeit battery.

Anyway, any further emails will be responded at the end of this week. Please bear with me as I have no time at this time. Thank you for your time.

Paul.Reilly@bakerbotts.com wrote:

Dear Ms. Shao:

I have your email. Given you present appearance, Dell has wasted a week or more expending time, effort and resources on this matter. That said, as a professional courtesy, Dell will consent to extend Defendants time to answer to February 29, 2008. This should be more than enough time to enter a Consent Judgment. In that regard, I attach a revised Consent Judgment which includes a permanent injunction and a payment of $60,000 to Dell.

You should know that this is the third time that Dell has crossed swords with Porta Power and Bill Liu knew that that products he purchased from China were not legitimate Dell goods.

I request that you provide me with your comments before the close of business this Friday.

I will try to call you but I am traveling and my not be able to speak with you today or tomorrow.

4/18/2008

Regards,

Paul

Paul J. Reilly
Baker Botts LLP
212.408.2634

-----Original Message-----
From: shaolawfirm shao
[mailto:shaolawfirm@yahoo.com]
Sent: Tuesday, February 19, 2008 1:44 AM
To: Reilly, Paul J.
Cc: Bill Liu
Subject: Dell Inc. vs. Tenergy Corp and Porta Power
Technology, Inc.

Dear Mr. Reilly:

Please kindly be advised that this firm is retained to represent both defendants in the above-referenced matter.

As you are fully aware of, the defendants are California corporations and have no authority to represent themselves under California laws. It is my initial understanding that these individuals lacked knowledge or understanding of the legal terms and do not know what they signed. As required under California laws, all writings signed by them are invalid without my written approval.

I would like to work out with you reasonable terms permissible under the prevailing laws. I understand that your client has the interest to have expeditious resolution of this case. I will endeavor to have all parties to have a fair and reasonable resolution of the issues. However, I have not had an opportunity to explore into details of this case and need time to investigate this matter in details. With this email, I am asking you to stipulate to give extension of the time for both defendants to respond to your Complaint until March 5, 2008 for judicial economy as defendants have good faith in settlement.

I do not have all files yet. I will contact you by the end of this week to start settlement discussions in good faith.

Please kindly send a fax to me at (408) 873-1286 (the fax for another office that I would be there in the following two days) to confirm extension of defendants' time to file response to the Complaint until 3/5/2008. I wish to work out with you. Thank you very much for your time and consideration.

If you have any questions or comments, please do not hesitate to contact me.

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law
Corporation

28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888

Fax: (408) 873-3889

---

Be a better friend, newshound, and know-it-all with
Yahoo! Mobile. Try it now.
<http://us.rd.yahoo.com/evt=51733/*http://mobile.yahoo.com/;_ylt=Ahu06i62sR8HDtDypao8Wcj9tAcJ>

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

Looking for last minute shopping deals? Find them fast with
Yahoo! Search.
<http://us.rd.yahoo.com/evt=51734/*http://tools.search.yahoo.com/newsearch/category.php?
category=shopping>

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try
it now.
<http://us.rd.yahoo.com/evt=51733/*http://mobile.yahoo.com/;_ylt=Ahu06i62sR8HDtDypao8Wcj9tAcJ>

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

Never miss a thing. Make Yahoo your homepage.
<http://us.rd.yahoo.com/evt=51438/*http://www.yahoo.com/r/hs>

4/18/2008

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.
<http://us.rd.yahoo.com/evt=51733/*http://mobile.yahoo.com/;_ylt=Ahu06i62sR8HDtDypao8Wcj9tAcJ>

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

Subject: blue book - website 5-7-07.pdf
Date: Thu, 28 Feb 2008 14:03:47 -0500
From: <Paul.Reilly@BakerBotts.com>
To: <Paul.Reilly@BakerBotts.com>

Subject: ADR12-05.pdf
Date: Thu, 28 Feb 2008 14:02:24 -0500
From: <Paul.Reilly@BakerBotts.com>
To: <Paul.Reilly@BakerBotts.com>

4/18/2008

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

4/18/2008

## Reilly, Paul J.

**From:**  shaolawfirm shao [shaolawfirm@yahoo.com]
**Sent:**  Thursday, March 27, 2008 12:44 AM
**To:**  Reilly, Paul J.
**Subject:** RE: Dell vs. Tenergy et al

I am going back to Taiwan tonight. Please contact me in email when you heard your client's response. I hereby authorize you to send fax to Bill limited to inform him on a one way basis that you have sent me email so that he may inform me and I could check on your emails. Thanks

*Paul.Reilly@bakerbotts.com* wrote:

> Dear Linda:
>
> I have your message. I am awaiting instructions from the client and will follow up with you as soon as I have something to report.
>
> Regards,
>
> Paul
>
>         -----Original Message-----
>         **From:** shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
>         **Sent:** Sunday, March 23, 2008 5:16 PM
>         **To:** Reilly, Paul J.
>         **Subject:** Dell vs. Tenergy et al
>
>         ## Dear Paul
>
>         I have waited long enough. I understand that last week you were busy in deposition. I really need to hear from you on 3/24/2008. I will be in the court in the morning and look forward to hearing from you in the afternoon.
>
>         Sincerely yours,
>         Linda Shao, Esq.
>         Law Offices of Linda Shao, A Professional Law Corporation
>         28 N. First St., Ste. 618
>         San Jose, CA 95113
>         Tel.: (408) 873-3888
>         Fax: (408) 873-3889

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

4/18/2008

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

Never miss a thing. Make Yahoo your homepage.

4/18/2008

# Exhibit 8

**Reilly, Paul J.**

| | |
|---|---|
| **From:** | Reilly, Paul J. |
| **Sent:** | Friday, April 04, 2008 9:31 AM |
| **To:** | 'shaolawfirm@yahoo.com' |
| **Subject:** | Dell v. Tenergy/Porta Power |

**Importance:** High



Porta Power
2-19.DOC (84 KB)



Redline.doc (197
KB)

        ear Linda:

I have your email of April 2. Dell has been extremely patient with Defendants. It has offered to stipulate to reassign the case to San Jose, even though, San Francisco is proper, and extended Defendants' term to answer the Complaint on several occasions. Defendant's Answer to the complaint was due March 10, 2008. However, Defendants unilaterally granted themselves an extension without getting a stipulation from Dell or moving the Court. Nonetheless, on March 25, 2008, Dell subsequently provided you with reasonable terms to extend Defendants' time to answer the complaint until April 7, 2008 and reassign the case to San Jose. Yet, Defendants rejected Dell's offer, never filed the stipulation and never moved for an extension. Further, settlement discussions between the parties do not alleviate Defendants burden of answering the Complaint or seeking an extension from the Court. As such, Defendants are in default and Dell will move for a default judgment, if necessary.

Although Defendants failed to file the stipulation or seek an extension of time to answer the Complaint, you claim that somehow two weeks for me to respond to Defendants' proposed Stipulated Judgment is unreasonable even though they are in default and I was immersed in expert discovery, traveling to defend depositions and preparing for and taking expert depositions over this period. Further, Defendants had Dell's proposed Consent Judgment since February 11 and I did not receive your comments until March 14, 2008. Thus, Defendants have only themselves to blame for allowing time to expire to answer the Complaint. If Defendants wish to seek an extension of time to answer at this late hour, Defendants need to make an appearance, file the stipulation we provided to you on March 25 or move for the extension. Knowing that you have appeared in this matter will also confirm your authority to negotiate on behalf of Defendants. Finally, I understand from your web site that you work with several other lawyers who could file the stipulation on your behalf while you are out of the office.

With that background, I attach Dell comments to your Stipulated Judgment. I look forward to receiving your reply.

Regards,

Paul

Paul J. Reilly
Baker Botts LLP
212.408.2634


-----Original Message-----

1

From: shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
Sent: Wednesday, April 02, 2008 3:37 AM
To: Reilly, Paul J.
Subject: Re: Dell vs. Tenergy et al


Dear Paul

There is a need to modify the stipulation in 3 parts:
1.    The Order re filing joint CMC statement deadline of 4/21/2008 and the CMC hearing
should be reset by the San Jose court.
2.    I am not available at this time until April 29, 2008.  It is grossly inconvenient for
me to do significant legal work while I am in Taiwan. Your immersement in your own expert
depositions caused delay of this settlement. Thus, I am seeking your stipulation to
continue the time for Defendants to respond to the Complaint to April 30, 2008.
Please kindly squeeze your time and give me extension, or I will be forced to, which I do
not wish to waste attorneys fees on, filing an ex parte motion to extend the time to
respond to the Complaint due to my present unavailability, your unavailability to respond
in the past 2 weeks, and for judicial economy.
3.    Defendants' attorneys fees and costs issue is reserved.  This will, of course, go
away, once the parties reach settlement.  However, before such settlement occurs, I have a
duty to preserve the rights of my clients.

Thank you very much for your time and consideration.


| Tracking: | Recipient | Delivery | Read |
|---|---|---|---|
| | 'shaolawfirm@yahoo.com' | | |
| | 'Dan_Noonan@Dell.com' | | |
| | 'Amy L. Thompson (amy_thompson@dell.com)' | | |
| | 'BWisoff@fbm.com' | | |
| | Hengl, Suzanne M. | Delivered: 4/4/2008 9:31 AM | Read: 4/4/2008 10:07 AM |
| | Mitchell, John | Delivered: 4/4/2008 9:31 AM | Read: 4/4/2008 9:33 AM |

2

**Reilly, Paul J.**

| | |
|---|---|
| **From:** | Reilly, Paul J. |
| **Sent:** | Monday, April 07, 2008 5:57 AM |
| **To:** | 'shaolawfirm@yahoo.com' |
| **Subject:** | Re: Urgent for your immediate attention |

Dear Linda:

I have your email.  Perhaps, I missed something but from your email I understand that Defendants rejected Dell's proposal to extend Defendants' term to answer the complaint until April 7 and reassign the case to San Jose..  Indeed, I further understand that Defendants failed to sign the stipulation, file it with the Court or seek any extension of time to answer the complaint which was due March 10.  Thus, Defendants are in default and waived their rights to certain defenses under Rule 12..  If my understanding is incorrect, please explain and have one of your colleagues at your offices (of which you have several according to your website) provide me with the executed stipulation today so that I can advise Dell accordingly.

Regards,

Paul

----- Original Message -----
From: shaolawfirm shao <shaolawfirm@yahoo.com>
To: Reilly, Paul J.
Sent: Sun Apr 06 22:35:47 2008
Subject: Urgent for your immediate attention

LAW OFFICES OF LINDA SHAO
A PROFESSIONAL LAW CORPORATION
28 N. First Street, Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889
April 7, 2008
Via email
Paul J. Reilly, Esq.
Pro Hac Vice for Dell vs. Tenergy et al
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-2500
Re:  Dell vs. Tenergy  08CV0781

Dear Paul:

I understand you were and are very busy and appreciate your patience with defendants as stated in your email of 4/4/2008.  However, if I were you, I would not waste time in pursuing any further action against the defendants for the reasons that it is not worthwhile for you to pursue further to waste attorneys fees and costs on the innocent middle stream distributor.  As you are fully aware of, I am in Taiwan to take care of my Dad because of his cancer.  Due to such family emergency, I left for Taiwan on 3/27/2008.  We sent you proposal for settlement almost three weeks ago.  You delayed a substantial period of time and eventually responded to our offer on 4/4/2008, when happened to be an important Chinese holiday to worship their ancestors.  Thus, I could not find my client at this time.  I am asking you to reasonably extend our time to respond to the Complaint and to your counter offer such that the future huge litigation costs could be saved.

    Your email seems to suggest there was no extension granted at all for defendants to respond to the complaint.  I respectfully disagree with you.  You have agreed to extend the time to 4/7/2008 in writing and executed the proposed stipulation and order; the problem of delay is solely on your side.  When you eventually responded to our offer with a counter offer, there was only a weekend left before the agreed deadline to respond to your counter offer.  As I have stated to you, your signed stipulation and order is

1

unreasonable in that you did not deal with the costs issue for changing venue and most importantly, you limited Defendants¡| response to the Complaint to be only an ¡§Answer¡¨ while there is no reason why Defendants should waive their rights under FRCP Rule 12. However, as the parties are in the process of trying to settle, it is unwise not to stipulate to an extension to avoid litigation costs.

With this letter, I am asking you the last time whether you will agree to add/modify to your signed stipulation and order with the following items, in addition to changing venue to San Jose:

1.    change ¡§answer to Complaint¡¨ to ¡§response to Complaint¡¨ such that my client¡|s rights under Rule 12 is reserved.

2.    vacate the ¡§Order Setting Initial Case Management Conference and ADR Deadlines¡¨ filed on 2/1/2008

3.    Plaintiff will be responsible and coordinate with the U.S.D.C. in San Francisco regarding changing files to San Jose.

4.    Defendants shall have 20 days following the time the file transfer is effective and complete, to file their response to the Complaint. That will save your costs of serving Defendants with the Summons and Complaint

5.    Defendants¡| attorneys fees and costs issue is reserved.

The rule requires you to give me clear and unambiguous warning if you should wish to proceed with request for entry of default. As I am in Taiwan, you will have to give me reasonable time of your notice. Please respond immediately by calling me and faxing me at (011886) (2) 25790126 (please call before fax). If you have difficulty in contacting me by the above number, you may call (011886) (9) 37245343.

I believe it will be a bad faith litigation technique if you should pursue default entry before the venue is changed. You were asked to do the venue change yourself as early as on 2/19/2008. However, you persisted on maintaining the venue of San Francisco unless we agreed to your unreasonable terms. Therefore, I think it is for your client¡|s benefit to settle with us when you had acknowledged that at least there is one defendant, Tenergy Corporation, that does not have any intent to infringe your alleged trademark.

Please kindly advise immediately if you would give additional time for us to respond to your counteroffer, especially when I am unavailable. If, however, you choose to pursue on litigation and move on to request for entry of default, I will immediately file the following actions:

1.    Motion to strike service of Summons and Complaint for Plaintiff¡|s failure to serve ADR pamphlet per the local rule and request for monetary sanction for Plaintiff¡|s persistence and knowing violation of the local rule.

2.    Motion to disqualify Baker Bolts LLP from continuing representing Plaintiff

3.    Motion to dismiss the complaint for improper venue and request for monetary sanction.

The above actions do not require defendants to do general appearance at all. Again, if I am forced to do the above during the time I am unavailable, your intended actions as stated in your email of 4/4/2008 will constitute nothing less than for harassment and annoying purposes and I will vehemently defend against the Complaint. I wish you could bear in the mind that as of today, plaintiff does not have direct evidence to prove the alleged intent and has not been able to provide such evidence to me other than in the Complaint and the Complaint is misleading. Further, I wish to remind you that in your Redline Paragraph 3 (b) and (c), I was offering those as a favor to your client, not as a matter of law or right that your client should get it.

It is grossly inconvenient for me to use email at the present time as I do not have any internet usage in Taiwan, other than using a third person¡|s computer or internet. Receiving fax is the best way of communication through the fax line of (011886)(2)25790126, which however requires you to call before fax.

I look forward to hearing from you soon. I called you from Taipei on April 2, 2008 but you did not return my phone call. If I do not hear from you at your time before 10:00 a.m. of April 7, 2008, I will file the above motions without any further meets or confers before the midnight of April 7, 2008 of your time.    I wish to speak to you for the above, however, as you did not return my phone call, I can only send this correspondence to you via email.

Thank you very much for your time and consideration. Your anticipated cooperation will be greatly appreciated.

Sincerely yours,

Linda Shao

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

You rock. That's why Blockbuster's offering you one month of Blockbuster Total Access
<http://us.rd.yahoo.com/evt=47523/*http://tc.deals.yahoo.com/tc/blockbuster/text5.com> ,
No Cost.

# Exhibit 9

**Reilly, Paul J.**

| | |
|---|---|
| **From:** | Reilly, Paul J. |
| **Sent:** | Monday, April 07, 2008 5:57 AM |
| **To:** | 'shaolawfirm@yahoo.com' |
| **Subject:** | Re: Urgent for your immediate attention |

Dear Linda:

I have your email.  Perhaps, I missed something but from your email I understand that Defendants rejected Dell's proposal to extend Defendants' term to answer the complaint until April 7 and reassign the case to San Jose..  Indeed, I further understand that Defendants failed to sign the stipulation, file it with the Court or seek any extension of time to answer the complaint which was due March 10.  Thus, Defendants are in default and waived their rights to certain defenses under Rule 12..  If my understanding is incorrect, please explain and have one of your colleagues at your offices (of which you have several according to your website) provide me with the executed stipulation today so that I can advise Dell accordingly.

Regards,

Paul

----- Original Message -----
From: shaolawfirm shao <shaolawfirm@yahoo.com>
To: Reilly, Paul J.
Sent: Sun Apr 06 22:35:47 2008
Subject: Urgent for your immediate attention

LAW OFFICES OF LINDA SHAO
A PROFESSIONAL LAW CORPORATION
28 N. First Street, Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889
April 7, 2008
Via email
Paul J. Reilly, Esq.
Pro Hac Vice for Dell vs. Tenergy et al
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York 10112
Telephone: (212) 408-2500
Re:  Dell vs. Tenergy 08CV0781

Dear Paul:

I understand you were and are very busy and appreciate your patience with defendants as stated in your email of 4/4/2008.  However, if I were you, I would not waste time in pursuing any further action against the defendants for the reasons that it is not worthwhile for you to pursue further to waste attorneys fees and costs on the innocent middle stream distributor.  As you are fully aware of, I am in Taiwan to take care of my Dad because of his cancer.  Due to such family emergency, I left for Taiwan on 3/27/2008. We sent you proposal for settlement almost three weeks ago.  You delayed a substantial period of time and eventually responded to our offer on 4/4/2008, when happened to be an important Chinese holiday to worship their ancestors.  Thus, I could not find my client at this time.  I am asking you to reasonably extend our time to respond to the Complaint and to your counter offer such that the future huge litigation costs could be saved.

   Your email seems to suggest there was no extension granted at all for defendants to respond to the complaint.  I respectfully disagree with you.  You have agreed to extend the time to 4/7/2008 in writing and executed the proposed stipulation and order; the problem of delay is solely on your side.  When you eventually responded to our offer with a counter offer, there was only a weekend left before the agreed deadline to respond to your counter offer.  As I have stated to you, your signed stipulation and order is

1

unreasonable in that you did not deal with the costs issue for changing venue and most importantly, you limited Defendants¦¦ response to the Complaint to be only an ¦§Answer¦¨ while there is no reason why Defendants should waive their rights under FRCP Rule 12. However, as the parties are in the process of trying to settle, it is unwise not to stipulate to an extension to avoid litigation costs.

With this letter, I am asking you the last time whether you will agree to add/modify to your signed stipulation and order with the following items, in addition to changing venue to San Jose:

1.        change ¦§answer to Complaint¦¨ to ¦§response to Complaint¦¨ such that my client¦¦s rights under Rule 12 is reserved.

2.        vacate the ¦§Order Setting Initial Case Management Conference and ADR Deadlines¦¨ filed on 2/1/2008

3.        Plaintiff will be responsible and coordinate with the U.S.D.C. in San Francisco regarding changing files to San Jose.

4.        Defendants shall have 20 days following the time the file transfer is effective and complete, to file their response to the Complaint.  That will save your costs of serving Defendants with the Summons and Complaint

5.        Defendants¦¦ attorneys fees and costs issue is reserved.

The rule requires you to give me clear and unambiguous warning if you should wish to proceed with request for entry of default.  As I am in Taiwan, you will have to give me reasonable time of your notice.  Please respond immediately by calling me and faxing me at (011886) (2) 25790126 (please call before fax).  If you have difficulty in contacting me by the above number, you may call (011886) (9) 37245343.

I believe it will be a bad faith litigation technique if you should pursue default entry before the venue is changed.  You were asked to do the venue change yourself as early as on 2/19/2008.  However, you persisted on maintaining the venue of San Francisco unless we agreed to your unreasonable terms.  Therefore, I think it is for your client¦¦s benefit to settle with us when you had acknowledged that at least there is one defendant, Tenergy Corporation, that does not have any intent to infringe your alleged trademark.

Please kindly advise immediately if you would give additional time for us to respond to your counteroffer, especially when I am unavailable.  If, however, you choose to pursue on litigation and move on to request for entry of default, I will immediately file the following actions:

1.        Motion to strike service of Summons and Complaint for Plaintiff¦¦s failure to serve ADR pamphlet per the local rule and request for monetary sanction for Plaintiff¦¦s persistence and knowing violation of the local rule.

2.        Motion to disqualify Baker Bolts LLP from continuing representing Plaintiff

3.        Motion to dismiss the complaint for improper venue and request for monetary sanction.

The above actions do not require defendants to do general appearance at all. Again, if I am forced to do the above during the time I am unavailable, your intended actions as stated in your email of 4/4/2008 will constitute nothing less than for harassment and annoying purposes and I will vehemently defend against the Complaint.  I wish you could bear in the mind that as of today, plaintiff does not have direct evidence to prove the alleged intent and has not been able to provide such evidence to me other than in the Complaint and the Complaint is misleading.  Further, I wish to remind you that in your Redline Paragraph 3 (b) and (c), I was offering those as a favor to your client, not as a matter of law or right that your client should get it.

It is grossly inconvenient for me to use email at the present time as I do not have any internet usage in Taiwan, other than using a third person¦¦s computer or internet.  Receiving fax is the best way of communication through the fax line of (011886)(2) 25790126, which however requires you to call before fax.

I look forward to hearing from you soon.  I called you from Taipei on April 2, 2008 but you did not return my phone call.  If I do not hear from you at your time before 10:00 a.m. of April 7, 2008, I will file the above motions without any further meets or confers before the midnight of April 7, 2008 of your time.        I wish to speak to you for the above, however, as you did not return my phone call, I can only send this correspondence to you via email.

Thank you very much for your time and consideration.  Your anticipated cooperation will be greatly appreciated.

Sincerely yours,

Linda Shao

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

You rock. That's why Blockbuster's offering you one month of Blockbuster Total Access
<http://us.rd.yahoo.com/evt=47523/*http://tc.deals.yahoo.com/tc/blockbuster/text5.com> ,
No Cost.

# Exhibit 10

# Reilly, Paul J.

| | |
|---|---|
| **From:** | Reilly, Paul J. |
| **Sent:** | Monday, April 07, 2008 10:52 AM |
| **To:** | 'shaolawfirm shao' |
| **Subject:** | RE: Confirmation email re Dell vs. Tenergy et al |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | 'shaolawfirm shao' | | |
| | 'Dan_Noonan@Dell.com' | | |
| | 'Amy L. Thompson (amy_thompson@dell.com)' | | |
| | 'BWisoff@fbm.com' | | |
| | Hengl, Suzanne M. | Delivered: 4/7/2008 10:52 AM | Read: 4/7/2008 10:59 AM |
| | Mitchell, John | Delivered: 4/7/2008 10:52 AM | Read: 4/7/2008 10:53 AM |

Dear Linda:

I have your email of April 7 below which does not reflect the proposed stipulation we discussed on the phone today.  Given that you will provide me with comments on the proposed stipulated judgment by **April 14, 2008**, Dell will agree **only** to extend defendants Tenergy Corporation and Porta Power Technologies' time to **ANSWER** the complaint until **April 21, 2008**.  If the parties are moving closer towards a resolution of this matter as we get closer to April 21, 2008, we can revisit the issue of whether or not to further extend defendants time to ANSWER.

I will follow up with you regarding potentially extending the terms set out in the CMC Order the first of which is presently due April 21, 2008.

Regards,

Paul

Paul J. Reilly
Baker Botts LLP
212.408.2634

-----Original Message-----
**From:** shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
**Sent:** Monday, April 07, 2008 10:35 AM
**To:** Reilly, Paul J.
**Subject:** Confirmation email re Dell vs. Tenergy et al

Dear Paul

This is to confirm our conversation ended at 9:37 a.m. your time today that both parties have genuine intent to settle and would not waste time and money on motions, that in an effort to concentrate on settlement, I will respond to you regarding your counter-offer "Stipulated Judgment" within a week, i.e., by the end of April 14, 2008 and you will extend the time for defendants to respond to the Complaint and hold any action for request for entry of default until the end of April 21, 2008.  I complained to you that

Message

April 21, 2008 is still in my unavailable time, and you responded that you may grant further extension if there is additional progress of settlement.

Initially I intend to fax to you my handwriting memo; however, the fax machine of my parents' home went out of toner and did not function. Therefore, I could not but go out to use the commercial internet to send this email to you.

If any of my above understanding is incorrect, please kindly correct me or I will presume my above recital to be accurate. In anticipation that the case may be resolved through negotiations and therefore April 21 is only a phenominal date which could be extended further, I am holding my ex parte motion for enlargement of Defendants' time to respond to the Complaint and vacate the CMC Order for the time being.

Again, I strong suggest that we may stipulate to a judicial settlement conference in mid May or late May to close out this case. It is cheaper in my viewpoint than going back and forth.

I further look forward to a stipulation away from April 21's deadline per the local rule. I will talk to you regarding that later.

Thank you for your time and consideration.

However, if you have any fax for me, please send to our neighbor, 011886225784370 attention "Linda Shao at the 5th Floor."

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

You rock. That's why Blockbuster's offering you one month of Blockbuster Total Access, No Cost.

4/18/2008

Message

## Reilly, Paul J.

| | |
|---|---|
| **From:** | Reilly, Paul J. |
| **Sent:** | Monday, April 14, 2008 7:41 AM |
| **To:** | 'shaolawfirm shao' |
| **Subject:** | RE: Dell vs. Tenergy et al |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | 'shaolawfirm shao' | | |
| | 'Dan_Noonan@Dell.com' | | |
| | 'Amy L. Thompson (amy_thompson@dell.com)' | | |
| | 'BWisoff@fbm.com' | | |
| | Hengl, Suzanne M. | Delivered: 4/14/2008 7:41 AM | |
| | Mitchell, John | Delivered: 4/14/2008 7:41 AM | Read: 4/14/2008 8:42 AM |

Dear Linda:

I have your email. I am not certain which stipulation you are asking for but I attach the stipulation to extend only defendants time to Answer the Complaint and reassign the case to San Jose. Please sign and return it to me without change, if you wish to extend Defendants' time to Answer the Complaint and reassign the case.

To be clear, Dell's position is and always has been that Tenergy and Porta Power have willfully and intentionally infringed Dell's trademark rights. Dell has not delayed in asserting claims against any of the defendants. With regard to the counterfeit products, Porta Power's owner Bill Liu admitted to me that the products did not come in standard DELL branded boxes, so he clearly knew they were not legitimate but sold them nonetheless. Both Tenergy and Porta Power have engaged in counterfeiting activities and are liable to Dell. Dell's proposal of $35,000.00 is more than reasonable given the circumstances of this case.

Regards,

Paul

Paul J. Reilly
Baker Botts LLP
212.408.2634

-----Original Message-----
**From:** shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
**Sent:** Monday, April 14, 2008 6:53 AM
**To:** Reilly, Paul J.
**Subject:** Dell vs. Tenergy et al

# Dear Paul

I cannot respond to your prior email directly as the curser in your email continues running for no reason.

4/18/2008

Please forward your stipulation to me ASAP.

Tenergy's prior proposal was without any legal effect and is one of the ground that Tenergy should disqualify you for the improper contacts. You have acknowledged that Tenergy is not intentional infringer. There is no reason to justify $20k damages.

You said that you had for the third time contacted Porta Power. However, you have been in laches in allowing Porta Power for their advertisement on selling Dell-compatible batteries. For each contact in the past years, Porta Power always correct any mistake to your satifaction. For this time, it was a coincidence that PPT ordered an alleged genuine Dell batteries which were purchased by your investigator.

While you alleged in the Complaint that there are authorized manufacturer and dealers of Dell, both you and Dell never released to the public who are the authorized manufacturer or dealers. Thus, Dell is contributing to the sale/transactions of the alleged infringed copies. The only way PPT may rely upon in obtaining the source of supply of batteries is based on the sources' representations and I have the proof of such representations to prove PPT's innocence.

As I have informed you, you will have to dismiss the complaint against once PPT is dissolved. USDC usually does not adopt statutory damages without your proof of damages. The actual damages is less than $1,200.

If money is the only concern of you and you agreed to other terms, my clients are willing to raise to $5000.

Please advise immediately.

4/18/2008

Message

If I do not hear from you by your time April 16, 2008, I will go ahead and prepare my motions.  Thanks a lot.  I wish to work out with you.

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

4/18/2008

1   LINDA SHAO (CA 182768)
    LAW OFFICE OF LINDA SHAO, APLC
2       lindashao@shaolawgroup.com
    28 North First Street, Suite 618
3   San Jose, CA 95131
    Phone: 408-873-3888
4   Fax:    408-873-3889
5
    Attorney for Defendants Tenergy Corporation and
6   Porta Power Technology, Inc.
    Specially appearing only
7

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10               SAN FRANCISCO DIVISION

11

12  DELL INC., a Delaware Corporation,         Civil Action No.  CV08-0781 TEH

13              Plaintiff,                       **STIPULATION FOR INTRADISTRICT
                                                 REASSIGNMENT FROM SAN
14       vs.                                     FRANCISCO TO SAN JOSE AND
                                                 [PROPOSED] ORDER**
15  TENERGY CORPORATION, a California
    corporation, PORTA POWER
16  TECHNOLOGY, INC., a California
    Corporation, XYZ COMPANIES 1-25 and
17  JOHN/JANE DOE NOS. 1-25,

18              Defendants.

19

20       WHEREAS Plaintiff Dell Inc. ("Plaintiff" or "Dell"), having filed a complaint in

21  Civil Action No. CV 08 0781, against Defendants Tenergy Corporation and Porta Power

22  Technology Inc., XYZ Companies 1-25 and John/Jane Does Nos. 1-25, alleging claims for

23  trademark counterfeiting, trademark infringement, unfair competition and dilution under federal

24  and state laws with the U.S.D.C. in San Francisco;

25       WHEREAS Defendants Tenergy Corporation and Porta Power Technology Inc.

26  are located in Sunnyvale and Cupertino, respectively, and have requested that the matter be

27  reassigned to the San Jose Division for the convenience of said Defendants;

28
    NY02:616361.2STIPULATION FOR
    INTRADISTRICT REASSIGNMENT AND                              22975\1495722.1
    PROPOSED ORDER

1

2         WHEREAS Dell submits that intradistrict assignment to San Francisco is proper

3   under LR 3-2 (c) in this intellectual property case, but nevertheless agree that the case may be

4   reassigned for the convenience of Defendants Tenergy Corporation and Porta Power Technology,

5   as well as its counsel.

6         NOW THERFORE, the undersigned parties, through their respective counsel,

7   hereby agree and stipulate that (i) the above captioned matter should be reassigned to the San Jose

8   Division and (ii) Defendants shall have until April 21, 2008 to Answer the Complaint. The

9   parties further stipulate that facsimile signatures of the counsel should have the same effect as the

10  original.

11  Dated: April ___, 2008                    FARELLA BRAUN & MARTEL LLP

12

13                             By: _____
                                           C. Brandon Wisoff

14                             Doreen L. Costa
                               *Pro Hac Vice*

15                             Paul J. Reilly
                               *Pro Hac Vice*

16                             Suzanne Hengl
                               *Pro Hac Vice*

17                             Baker Botts L.L.P.
                               30 Rockefeller Plaza

18                             New York, New York 10112

19                                    Attorneys for Plaintiff Dell Inc.

20

21  Dated: April ___, 2008                    LAW OFFICES OF LINDA SHAO, APLC

22

23                             By: _____
                                         Linda Shao

24                             Attorney for Defendants Tenergy
                               Corporation and Porta Power Technology

25                             Inc.
                               Specially appearing only

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

Pursuant to the parties' stipulation, the Court hereby ORDERs that

    1.    The Clerk is directed to reassign this case to the San Jose Division; and

    2.    Defendants Tenergy Corporation and Porta Power Inc. are to Answer the Complaint on or before April 21, 2008.

Dated: _____

_____

Honorable Thelton E. Henderson
United States District Court Judge

NY02:616361.2STIPULATION FOR
INTRADISTRICT REASSIGNMENT AND    - 3 -
PROPOSED ORDER

22975\1495722.1

# Exhibit 11

Company Info

**TOTAL POWER SOLUTION**
All-Battery.com

| Home | Special Deals | New Products | Design Center | Wholesale | Custom Made Packs | RMA | Testimonials | Company | Customer Service | Forums |

🛒 cart    My Account    Newsletter    Advanced Search    Tracking    Logout    Live Chat Ol

Search

**Categories**

**◎ Popular Products**
- Li-Ion/Li-Polymer Batteries
- Ni-MH Batteries
- Ni-CD Batteries
- Lithium Primary Batteries
- Lithium Photo Batteries
- Flashlight Batteries
- Flash/Lantern/Head lights
- Button Cells
- Solar Power
- Battery Saving Combos
- Battery Chargers
- Batteries & Charger Kits
- Power Tool Batteries
- Power Banks& Chargers
- UPS Power
- Battery Tester/Analyzer

**◎ Hobby Zone**
- RC Airplane Batteries
- RC Car Battery Packs
- RC Helicopter Battery Packs
- Airsoft Gun Batteries
- Robot Batteries
- Paintball Gun Batteries

**◎ Battery Pack Zone**
- Li-Ion/Po Packs 3.7V-37V
- NiMH/NiCd Packs 4.8V-60V
- Pack & Charger Kits

**◎ Sports & Travel Zone**
- Alarm, Security and Meter
- Bike & Helmet Lighting Kits
- Travel Power & Adaptor
- Car/Travel DC Adaptor
- Auto Appliance
- DC-AC/DC-DC Converters
- DVD Batteries
- eBikes and Scooters
- Emergence Light Batteries

**Tenergy Corporation** is a total mobile power solution provider. Located in the Heart of Silicon Valley in Northern Tenergy Corporation serves its vast customer base with its technical strength, innovative products, cost effective mai sophisticated quality control and knowledgeable customer service. We work closely with our clients in a wide spectrum c and for various application needs. With our global technology and service center in Silicon Valley California and v effective manufacturing facilities in China, we offer superior turn-key power solutions with NiMH, Li-Ion, Li-Polymer, NiC chargers and emerging power technologies. From prototype to volume production, we respond to our customers need and precisely. We provide quick turn key total solution with high quality batteries and chargers to meet your demanc power. Today, Tenergy Corporation is the premier supplier in the rechargeable battery market recognized by retail se source, and industrial, communication, medical, military and special applications.

Tenergy Corporation is continuously investing in the developing and introducing new efficient power products to me expanding energy needs of consumer, industrial and high technology equipment. We maintain the highest standards in t by:

- Rigorous quality assurance
- Technological expertise
- Manufacturing efficiency
- Global logistics and supply chain structure
- Responsive and knowledgeable customer service teams

**Tenergy** is a registered TRADEMARK in USA. US Serial No. of Tenergy Trademark: 78433594

**Production Facilities.** Tenergy Corporation's China factory, one of the leading rechargeable battery manufactu the country, is equipped with the most up-to-date production and testing equipments. With over 3,100 well-trained prod and 200,000 square foot manufacturing area, our factory is capable of producing over 500,000 various cells a day or ove cells a month. Now we produce and ship over 30 million various rechargeable batteries every quarter. We are the OEM many top brand batteries in the world.

Company Info

◙ Accessories
⌐ PVC,Connector, Adaptor, etc.
⌐ Weekly Specials

## More Information

⌐ Customer Service
⌐ Affilates Programs
⌐ Purchase Orders
⌐ Customize Battery Packs
⌐ Shopping FAQ
⌐ Battery University
⌐ Saving w. Rechargeable
⌐ FedEx Shipping Map
⌐ Satisfied Customers
⌐ Track Shipment
⌐ Wholesale Discount
⌐ Ask Questions
⌐ Job Opportunities







**Quality Assurance.** Tenergy Corporation maintains a perfect quality assurance system by implementing most strict qu- and inspection procedures in every stage of the production process. We also passed the qualification audits and insp several well-recognized international quality audit organizations known for the stringency of their engineering standard: won the trust of several world most famous companies who choose us as their OEM source. We work closely with wo companies to ensure the industry most advanced manufacturing process and quality control are applied in our factor. continuous improvement program (CIP) in place for our zero defect goal.

**All-Battery.com** is your one-stop saving store for high quality rechargeable batteries and chargers. We offer re batteries and chargers that are made with industry leading technologies, and most cost effective manufacturing addition, we offer you a wide spectrum of valuable information on batteries and chargers for your in-depth understandin world. The All-Battery.com online site and our high quality customer service are specially designed and dedicated to secure, friendly, convenient, private, and informed shopping experience. With our own direct manufacturing of rechargeable batteries and chargers, we are committed to provide the best battery products and service to you a attractive prices. You can easily realize 40-80% saving from the price at retail stores. We are distributing di manufacturers to individual consumers like you and pass the savings to you!

We are open 24 hours a day, seven days a week. Products you purchased will be delivered by the reliable USPS system to your home or business. Our customer service representatives will provide you with any needed pre and po: service so you can confidently making the purchase. We are becoming the world leading online superstore for re batteries and chargers for wide spectrum of applications. Your superior shopping experience is fundamental to our st welcome and appreciate your suggestion and feedback on how we can serve you better.

For more information, contact us:
**By email:**    service@all-battery.com

Company Info

Page 3 of 3

**By Mail:**  **All-Battery.com**
1292 Kifer Road, Suite 807
Sunnyvale, CA 94086
**By Telephone:** 001-(408)739-2833
**By Fax:** 001-(408)739-2081
**By Forum** (The most effective and timely method to get help and support)--- all-battery.com forums
**By Live Chat** (9am-Midnight PST )


Live chat by LivePerson

©PYRIGHT 2003-2007, All-Battery.com, all rights reserved.
Home | Company | Forums | View Cart | Checkout | Order Status | LogOff

Browse All Products | Power Inverters | Index

**www.All-Battery.com © C**

4/18/2008

http://www.all-battery.com/index.asp?PageAction=Custom&ID=7

Customer Testimonial

Page 1 of 3

**TOTAL POWER SOLUTION**
All-Battery.com

Home    Special Deals    New Products    Design Center    Wholesale    Custom Made Packs    My Account    Newsletter    Advanced Search    Tracking    Logout    Live Chat Ol

cart

RMA    Testimonials    Company    Customer Service    Forums

Search

## Categories

**Popular Products**
- Li-ion/Li-Polymer Batteries
- Ni-MH Batteries
- Ni-CD Batteries
- Lithium Primary Batteries
- Lithium Photo Batteries
- Flashlight Batteries
- Flash/Lantern/Head lights
- Button Cells
- Solar Power
- Battery Saving Combos
- Battery Chargers
- Batteries & Charger Kits
- Power Tool Batteries
- Power Banks & Chargers
- UPS Power
- Battery Tester/Analyzer
- Pack & Charger Kits

**Hobby Zone**
- RC Airplane Batteries
- RC Car Battery Packs
- RC Helicopter Battery Packs
- Airsoft Gun Batteries
- Robot Batteries
- Paintball Gun Batteries

**Battery Pack Zone**
- Li-Ion/Po Packs 3.7V-37V
- NiMH/NiCd Packs 4.8V-60V
- Pack & Charger Kits
- Alarm, Security and Meter

**Sports & Travel Zone**
- Bike & Helmet Lighting Kits
- Travel Power & Adaptor
- Car/Travel DC Adaptor
- Auto Appliance
- DC-AC/DC-DC Converters
- DVD Batteries
- eBikes and Scooters
- Emergence Light Batteries

## Customer Testimonials

More than 230K Satisfied Customers from 2002. Still Not Convinced? Check The third Party Reviews from fatwallet review

"Thank you very much. I'm impressed with your fast response. Even if this was a weekday that would have been fast, but it's simply a Saturday afternoon! I have placed my order. Thanks again." J. D. from Clarkston, Washington.

"That would be great! I already told my brother about your site. I will now tell everyone. I was shocked to get such a fast and satisfyin Thanks!", G. K., Denver, Colorado.

"Just a quick note to let you know I received my batteries today. That was the fastest shipping I've ever received! Thank you so r product and a great price. I'll definitely buy all of my batteries through you from now on! I'm extremely pleased with my transaction finish and want to leave you a positive feedback (as deserved). Thanks again. Sincerely, J. M. Umhoefer from Naples, FL"

"Excellent product-1/3 retail cost including shipping! Fastest shipping ever! J. Forrester Jr. from Inverness, FL"

"Great Batteries!!!!! These Guys have the deals and QUALITY PRODUCTS! Fast Ship! S. Augustyn, from Riverton, NJ"

"Just wanted to thank you for including the instructions for this iRobot Cleaner battery on your website. I had purchased a couple of weeks ago, and last night took it to my brother's to have him solder the wires (he's the electronics wiz, not when I was trying to get the old batteries out of the case, all of the metal contacts popped out as well. A quick look at yc saved us a big headache! The battery is working wonderfully, thank you so much! I've got two friends with the Roomba and I have already given them your store link for when they need batteries!" E.S., from Minneapolis, MN

"Prices/Service/and every dam thing...: INCREDIBLE in BOTH aspects!!!! That is all.......Thanks for knocking the hell out of ove shipping Battery companies!!!! I am here for the duration and will tell EVERYONE that needs any type of batteries to come to you." Louisville, Kentucky.

"I just wanted to drop a note to all-battery to say how pleased I am with the lightning quick service that you provide. I placed my ord afternoon, and I received my package today. I have never gotten such fast service from an online store before. Also, the prices for t

Customer Testomnial

◊ Accessories
  ◊ PVC,Connector, Adaptor,etc.
  ◊ Weekly Specials

**More Information**
  ◊ Customer Service
  ◊ Affilates Programs
  ◊ Purchase Orders
  ◊ Customize Battery Packs
  ◊ Shopping FAQ
  ◊ Battery University
  ◊ Saving w. Rechargeable
  ◊ FedEx Shipping Map
  ◊ Satisfied Customers
  ◊ Track Shipment
  ◊ Wholesale Discount
  ◊ Ask Questions
  ◊ Job Opportunities







were the best anywhere. I did some comparative shopping on the web and comparable AA/AAA batteries were $2.59 each whereas I AA and 12 AAA for about $20. These same batteries would have cost over $60 at other retail/web stores. Thanks for the great prices." F. L. San Francisco

"WOW, Great Service, Thank you. I know that using the recharger has got to be easier than the camera. lol  I used up the first set of t trying to figure out how to take one picture let alone a video  :) .. Let me know where I can leave a feedback for you." from L. H. VA.

"Well earned sale. Great service and good shipping. Definitely will shop with you for my batteries." J. M. from FL.

"Your customer service is truly great. They helped me a lot with several quick email exchange. I felt as if I have a personal sales ass side during shopping. They recommended me about the product and better saving options. Thanks!" N. B. from MD.

"All-Battery.com offered me the best service and value in my rechargeable battery needs. Your price is more than 60% less than place, online or offline. The batteries I received are of really high quality. Now my digital camera can now take three times more recharge than it could with Alkaline primary batteries. Big saving of batteries consumption and cost for me!". from F.Z. in Minnesota.

"I like the charger and batteries comb I bought from your site. I really like them. I use many high drain electronics. I know Ni-MH r batteries are good at handling these electronics. Your company will be my source for Ni-MH batteries." from F. K. from PA.

"Although I have not bought a single battery from you yet, I benefited a lot from reading your FAQs about rechargeable batteries and never used rechargeable batteries before and I have plenty of inertia in my habit of using Alkaline throwaway batteries. Now I realize I can save while getting more performance from my electronics. I will definitely buy a charger and some rechargeable batteries from y S. in Chicago, IL.

"This was my first purchase of batteries online. Your web site information and product selection gave me the confidence. The product my place on time proved my choice right. I showed my charger/batteries combination to my friends and they don't believe the pri them!" from V. P. in Arizona.

"Thanks for your outstanding customer service and quick response to product inquiries. I appreciate your putting a special product c for me. I will recommend you to my friends." from D. B. in Los Angeles.

"I bought V1000 charger and additional AA 2000mAH batteries from you. Products arrived on time and I had a great experience shop site. These batteries are proven to be much powerful than my previous Alkaline batteries. These rechargeable batteries charge my fast and last more photos. THANKS!" from J. L. in Portland.

"I came to your site per my friend's referral. She bought some rechargeable batteries at your place before. I decided to give it a try I friend is a very demanding, selective, exhaustively comparative shopper. My experience with you proved once again my friend shopper." from B. F. from FL.

Customer Testomnial

www.All-Battery.com © C

COPYRIGHT 2006, All-Battery.com, all rights reserved.

Home | Company | Forums | View Cart | Checkout | Order Status | LogOff

Browse All Products | Power Inverters | Index

4/18/2008

About Us : Porta Power Techs

**PORTA POWER.COM**
PORTA POWER TECHNOLOGY

My Account | ⊟ Shopping Cart | About Us

HACKER SAFE
TESTED DAILY 18-APR

Brands | Battery | Battery Charger | Laptop Accessory | Mini Audio Device | PDA Accessory | Wireless Networking | Gift

Search

[ ] ○ Advance Search

**CATEGORIES**

▶ Battery (358)
▶ Battery Charger (203)
▶ Laptop Accessory (99)
▶ Mini Audio Device (2)
▶ PDA Accessory (2)
▶ Wireless Networking (5)
▶ Gift

**SHOPPING CART**

0 Items

**BEST SELLERS**

01. Battery for HP Compaq F4812A_F4809A Series Laptops, Li-Ion 14.8v/4400mAh
02. Battery for HP Pavilion N5000/OmniBook XE3 Series Laptops, Li-Ion 11.1v/6600mAH
03. Battery for HP Pavilion XZ_ZT OmniBook XT1000_XT1500 Series Laptops, 14.8v 4400mAH
04. Battery for Toshiba Satellite 1900/1905 Series Laptops, Li-Ion 14.8v 6600mAh
05. Battery for HP OmniBook 6000/6100 Series Laptops, Li-

## About Us

**Porta Power Technology Inc.** has its own battery factory and would like to bring end users brand new quality products at a fraction of the cost. Combining our low prices with friendly and courteous customer service, we strive to make your online shopping experience as pleasant as possible. We also welcome work in business or order on line then pick up locally.

**This website is not sponsored or authorized by any OEM brand name company.**

**Porta Power Technology Inc.**
10051 Pasadena Ave. Suite 3
Cupertino, CA 95014

**TEL:** (408) 777-8977
**FAX:** (408) 777-9005

Direction to our store: (Cross street is Highway 85 and Stevens Creek Blvd)

1. Come from Highway 101: Take Highway 85 South, exit at Stevens Creek Blvd. Turn right on Stevens Creek Blvd then turn left on the third Ave.

2. Come from Highway 280: Take Highway 85 South, exit at Stevens Creek Blvd. Turn right on Stevens Creek Blvd then turn left on the third Ave.

3. Come from Highway 85 South: Exit at Stevens Creek Blvd. Turn left on Stevens Creek Blvd then turn left on the third Ave.

About Us : Porta Power Techs

Ion 14.8v/4400mAh

**INFORMATION**

Shipping & Returns
Privacy Notice
Conditions of Use
Track a Return
Frequently Asked Questions
Contact Us



Porta Power Technology Inc.
10051 Pasadena Ave, Suite 3
Cupertino, CA 95014
TEL: (408) 777-8977

**Store Hours:** M-F 9:00AM - 5:30PM PST

**Sales Email:** sales@portatechs.com
**RMA Email:** rma@portatechs.com

Continue

Powered by Combasix

Copyright © 2004 Porta Power Techs. All Rights Reserved.
All names, logos, trademarks, etc., belong to their respective owners.

4/18/2008

About Us : Porta Power Techs

4/18/2008

About Us : Porta Power Techs

# Exhibit 12

## Reilly, Paul J.

| | |
|---|---|
| **From:** | Reilly, Paul J. |
| **Sent:** | Tuesday, March 04, 2008 4:28 PM |
| **To:** | 'shaolawfirm shao' |
| **Subject:** | RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc. |

Dear Linda:

Here are the images of the exhibits you requested.

Paul

> -----Original Message-----
> **From:** shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
> **Sent:** Tuesday, March 04, 2008 2:12 PM
> **To:** Reilly, Paul J.
> **Subject:** RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.
>
> Look forward to receiving them. THanks
>
> **Paul.Reilly@bakerbotts.com** wrote:
>
> > The original images to the Complaint were black and white which you already have a copy.
> > Attached are images of the counterfeit batteries and an original DELL battery. For your
> > convenience, I am putting together color copies of the exhibits to the complaint and will send them
> > along shortly.
> >
> > > -----Original Message-----
> > > **From:** Reilly, Paul J.
> > > **Sent:** Tuesday, March 04, 2008 1:48 PM
> > > **To:** 'shaolawfirm shao'
> > > **Subject:** RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.
> > > **Importance:** High
> > > **Sensitivity:** Confidential
> > >
> > > Dear Linda:
> > >
> > > I have your email of March 3 which continues to raise issues tangential to resolving this
> > > matter. That said, I will respond to your communiqué seriatim.
> > >
> > > 1. I attach for your review images of the photo exhibits to the Complaint,
> > >
> > > 2. Your query about Dell's manufacturing activities is unclear. However, the relationship
> > > between Dell and its manufacturers is proprietary and confidential business information of
> > > Dell. Such manufacturers are not permitted to sell DELL batteries in any manner or form.
> > >
> > > 3. Dell sells DELL branded batteries directly to consumers via the Internet, direct mail,
> > > telephone etc. Dell does not, at this time, authorize the sale of legitimate DELL branded
> > > batteries through other channels.
> > >
> > > 4. With regard to Defendants' intentional infringement of Dell's trademark rights, Dell's
> > > claim is clearly set out in its Complaint and I had hoped to further explain the basis for this
> > > allegation over the phone, but you have been unavailable. Both Defendants intentionally

marketed and sold as original OEM DELL batteries, batteries which they knew or should have know were counterfeits.  For example, there was a significant difference in price point, the counterfeits were not purchased from Dell, Porta Power purchased directly from a supplier out of China, Bill Liu of Porta Power informed me that the packaging in which the batteries from China were delivered were brown boxes that did not carry the DELL brand, Dell had previously put Porta Porta on notice several times before filing the complaint that it had infringed Dell's intellectual property and had express notice of Dell's intellectual property rights, etc. Given the foregoing and the complaint, Dell's claim for willful infringement is well founded and it has not yet even had an opportunity to engage in discovery or depose Defendants.

5.  Insofar as "venue" is purportedly concerned, I request that you provide me with the basis for the "change of venue motion" given that LR 3-2 (c) expressly provides that "Intellectual Property Actions" are "excepted actions" and that "action in the excepted categories shall be assigned on a district-wide basis."  As this is an IP case which you admit, please explain why district wide assignment is improper.  I look forward to hearing from you in that regard.  Still, being that Dell wishes to  get to the merits of this action and while it submits that intradistrict assignment remains proper in the N.D. Calif. - San Francisco, Dell would agree to stipulate to transfer the matter to San Jose as a professional courtesy, provided that the term by which Defendants' answer is due remains March 10, 2008.  Again, if we make any progress toward entering the Consent Judgment, Dell would reconsider extending the time to answer.

Finally, I understand from your representations that Defendants have agreed to cease and have ceased selling infringing and counterfeit DELL batteries.  Based on such representations, Dell will agree not to pursue any preliminary relief at this time but reserves its right to take any and all such  action should such representations prove to be inaccurate in any way or either Defendant takes up selling infringing or counterfeit DELL batteries in any manner or form or in any venue or channel of trade.

I look forward to receiving your reply.

Regards,

Paul

Paul J. Reilly
Baker Botts LLP
212.408.2634

-----Original Message-----
**From:** shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
**Sent:** Monday, March 03, 2008 4:13 PM
**To:** Reilly, Paul J.
**Subject:** RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

# Dear Paul:

# Firstly, all of your alleged photo exhibits attached to the Complaint is illegible.

4/17/2008

Secondly, please provide proof that Dell has manufacturer factory.

Thirdly, please provide channels for the public to find out who are your authorized distributors.

Fourthly, please provide proof of my clients' intentional infringement. I did not see any intent on my clients to violate Dell's alleged trademarks. I need to know the proof in order to cause my clients to pay such a substantial amount of damages or sign your consent judgment which asked my clients to admit their intentional infringement which does not exist at all.

Lastly, please consider this as a meet or confer letter regarding your improper venue of your complaint. Since you did not give reasonable time for settlement, I am prepareing to file a Rule 12 motion to change venue and seek monetary sanction.

I have asked you many times of your proof of my clients' intentional infringement but you have been unable to provide one.  I will prepare a Rule 11 motion to serve upon your local counsel very soon.

Again, in reliance upon your alleged infringement, my clients have already stopped all transactions on Dell's OEM batteries and sent out recall correspondences.  The issue of permanent injunction is moot already. THe issue is on the alleged past infringement.  Without proof of intentention infringement, you will deserve compensatory damages which will be around $2000, while there is an issue of validity of trademark.

Since this is the route you chose, you are respectfully advised of the above.

*Paul.Reilly@bakerbotts.com* wrote:

Dear Linda:

I have your email.  Rather than waste time bickering over satellite issues and writing lengthy emails, Defendants should demonstrate their good faith effort to settle the case by putting

4/17/2008

their energy and time toward providing written comments on the Consent Judgment which you have had since February 19 and Defendants since February 11, 2008. If we are moving closer to settlement, Dell may reconsider Defendants request for more time to answer. Otherwise, the Answer remains due on March 10, 2008.

Regards,

Paul.

-----Original Message-----
**From:** shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
**Sent:** Friday, February 29, 2008 1:16 AM
**To:** Reilly, Paul J.
**Subject:** RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

Dear Paul,

I am ill, having fever, headache, with a diagnosis of "acute laryngitis." I was instructed by the doctor to fully rest.

I have told you that I will settle with you, but not exactly the language you used and not the amount demanded by you. There are many problems with the Complaint.

I understand your argument re service. However, strick compliance with the local rule is the duty of the Court. The local rule "mandates" service of the phamphlet and you failed to do so such that my clients, before retaining me, were lured into talking to you, as they were unaware of the ADR process. This could be a ground for disqualification of your firm from representation.

4/17/2008

You also failed to serve my clients your ex parte application for pro hac viche which caused improper ex parte communication with the Court.

You also filed the Complaint with a wrong court. You should have filed in San Jose District, as both defendants are in the South Bay Area. There are judges in San Jose area dealing with intellectural property rights cases. To appear in San Francisco while there is San Jose court available, will cause gross inconvenience to my clients and me.

The earliest time I can talk to you will be 3/5/2008. If you refuse to give reasonable time extension, then we may talk about that after the case is moved to San Jose--- by a motion to change venue with request for monetary sanction.

It is to serve the best interest of your client to extend the time for settlement purpose so that both parties do not need to waste unwanted attorneys fees and costs. If we settle, everything goes away and you do not need to change venue either.

I think it is the best to communicate orally to avoid conflicts. However, I CANNOT talk now as I lost my voice as a result of the illness.

Again, you have my words that I will be in

4/17/2008

good faith effort to settle with you. However, whether such good faith settlement can be reached is for both ends, not only me to be in good faith but also you.

If you would like to conduct a good faith settlement, then it makes sense to extend reasonable time to allow such to occur. Thank you for your time and consideration.

*Paul.Reilly@bakerbotts.com* wrote:

Dear Linda:

Dell has considered your request. However, given the volatile nature of the counterfeit DELL batteries, it cannot agree to extend Defendants' term to answer by another three weeks as you propose. If Defendants were willing to enter into a stipulated preliminary injunction so that the can work out a consent judgment, I would be willing to present that to Dell and perhaps agree to extend the time to answer. Please let me know.

With regard to service of the ADR pamphlet, I understand from the "Order Setting Initial Case Management Conference and ADR Deadlines" that both counsel and clients should familiarize themselves with ADR Local Rule 3 and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet Site at www.adr.cand.uscourts.gov. The Order further states that a "limited number or printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF)." As such, Dell has properly served the complaint.

That said, I attach for your benefit a copy of the ADR pamphlet and the rules.

Regards,

Paul

Paul J. Reilly
Baker Botts LLP
212.408.2634

-----Original Message-----

**From:** shaolawfirm shao
[mailto:shaolawfirm@yahoo.com]
**Sent:** Tuesday, February 26, 2008 10:51 AM
**To:** Reilly, Paul J.
**Subject:** RE: Dell Inc. vs. Tenergy Corp and Porta
Power Technology, Inc.

## Dear Paul

I came down with a flu last night and could hardly talk for the sore throat.

Would you please extend time to respond to your complaint to March 31, 2008--- we will waive our claim for improper service? Under the local rule, it is mandatory to serve ADR phamplet. It is prompted by my current illness that reasonably cannot be recovered for 7-10 days and it is to serve judicial economy to talk about settlement.   What do you think? Sorry that my nice voice cannot be heard by you today.

*Paul.Reilly@bakerbotts.com* wrote:

Let me know what number to call this afternoon.

-----Original Message-----
**From:** shaolawfirm shao
[mailto:shaolawfirm@yahoo.com]
**Sent:** Friday, February 22, 2008 11:28
PM
**To:** Reilly, Paul J.
**Subject:** Re: Dell Inc. vs. Tenergy
Corp and Porta Power Technology,
Inc.

4/17/2008

Solute to your diligence. How about California time 2/26/2008 11:00 am? Good night

**Paul.Reilly@bakerbotts.com** wrote:

Will do. Let me know time and number.

----- Original Message -----
From: shaolawfirm shao
<shaolawfirm@yahoo.com>
To: Reilly, Paul J.
Sent: Fri Feb 22 19:40:19 2008
Subject: Re: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

You did not call me back and I just saw your email. I have told your local counsel that I have whole day meeting on 1/25. Please call me at 1/26. In the meanwhile, while I am busy with other cases, please send me proof of PPT's willful infringement. I need to have the proof of PPT's willful infringement. I need to talk to you to discuss settlement. Please CALL me on 1/26. Thanks.

Paul.Reilly@bakerbotts.com wrote:

Dear Ms. Shao:

I understand you called my local counsel. Please direct all your communications to me.

I provided you with a proposed Consent Judgment but have not received your comments. I request that you provide me with your comments no later than Monday, February 25.

Regards,

Paul

----- Original Message -----

Message

From: shaolawfirm shao
<shaolawfirm@yahoo.com>
To: Reilly, Paul J.
Cc: Bill Liu
<bliu@portatechs.com>
Sent: Tue Feb 19 16:07:24
2008
Subject: Re: Dell Inc. vs.
Tenergy Corp and Porta Power
Technology, Inc.

Dear Paul

Thank you for giving me 8
days' extension.

Paul.Reilly@bakerbotts.com
wrote:

Dear Ms. Shao:

Dell will consent to
extend Defendants time to answer
until March 10, 2008.

Regards,

Paul

----- Original Message -
---

From: shaolawfirm
shao <shaolawfirm@yahoo.com>
To: Reilly, Paul J.
Sent: Tue Feb 19
11:42:26 2008
Subject: RE: Dell Inc.
vs. Tenergy Corp and Porta
Power Technology, Inc.

Dear Paul

My apologies. I meant
a month and thus would be April
5. Sorry for the typo and
confusion. The deadline for
responding, per your email,
would be March 2. Again, I have
not obtained the files yet. I am
doing them a favor in having to
contact you while I am busy with
other litigation matter.

Please kindly give me
reasonable time. I look forward
to work out with you.

Paul.Reilly@bakerbotts.com

4/17/2008

wrote:

Dear Ms. Shao:

Both Tenergy and Porta Power were served on Feb. 11. As such, Dell will consent to extend their time to answer to March 5 as you originally proposed.

Regards,

Paul

-----Original Message-----
From: shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
Sent: Tuesday, February 19, 2008 11:46 AM
To: Reilly, Paul J.
Subject: RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.


Dear Mr. Reilly,

Please be advised that you did not extend any professional courtesy regarding Porta Power's time to respond in that he was served only last week. Regarding Tenergy, you only extended 2 days. As I am very busy with other matter now, this will be my final email to you before my contacting you this week. Again, I am requesting an extension for one month unless you intend the parties to incur more unnecessary litigation costs. I need a month to have a meaningful settlement talk. Or, will you agree to a mediation in the South Bay Area?

Regarding your allegation that Bill Liu "knew that that products he purchased from China were not legitimate Dell goods," please kindly provide all evidence to me to faciliate the settlement talk, as this is contrary to my understanding. Your email also

suggests that Tenergy is completely without "willful" or "knowledge" of your alleged counterfeit battery.

Anyway, any further emails will be responded at the end of this week. Please bear with me as I have no time at this time. Thank you for your time.

Paul.Reilly@bakerbotts.com wrote:

Dear

Ms. Shao:

I have your email. Given you present appearance, Dell has wasted a week or more expending time, effort and resources on this matter. That said, as a professional courtesy, Dell will consent to extend Defendants time to answer to February 29, 2008. This should be more than enough time to enter a Consent Judgment. In that regard, I attach a revised Consent Judgment which includes a permanent injunction and a payment of $60,000 to Dell.

You should know that this is the third time that Dell has crossed swords with Porta Power and Bill Liu knew that that products he purchased from China were not legitimate Dell goods.

I request that you provide me with your comments before the close of business this Friday.

I will try to call you but I am traveling and my not be able to speak with you today or tomorrow.

Regards,

Paul

Paul J.

Reilly

4/17/2008

Baker

Botts LLP

212.408.2634

----

-Original Message-----

From: shaolawfirm shao
[mailto:shaolawfirm@yahoo.com]

Sent: Tuesday, February 19, 2008
1:44 AM

To:

Reilly, Paul J.

Cc:

Bill Liu

Subject: Dell Inc. vs. Tenergy
Corp and Porta Power
Technology, Inc.

Dear Mr. Reilly:

Please kindly be advised that this
firm is retained to represent both
defendants in the above-
referenced matter.

As
you are fully aware of, the
defendants are California
corporations and have no
authority to represent themselves
under California laws. It is my
initial understanding that these
individuals lacked knowledge or
understanding of the legal terms
and do not know what they
signed. As required under
California laws, all writings
signed by them are invalid
without my written approval.

I
would like to work out with you
reasonable terms permissible
under the prevailing laws. I
understand that your client has
the interest to have expeditious
resolution of this case. I will
endeavor to have all parties to
have a fair and reasonable
resolution of the issues.
However, I have not had an
opportunity to explore into details
of this case and need time to
investigate this matter in details.

Message

With this email, I am asking you to stipulate to give extension of the time for both defendants to respond to your Complaint until March 5, 2008 for judicial economy as defendants have good faith in settlement.

I do not have all files yet. I will contact you by the end of this week to start settlement discussions in good faith.

Please kindly send a fax to me at (408) 873-1286 (the fax for another office that I would be there in the following two days) to confirm extension of defendants' time to file response to the Complaint until 3/5/2008. I wish to work out with you. Thank you very much for your time and consideration.

If you have any questions or comments, please do not hesitate to contact me.

Sincerely yours,

Linda Shao, Esq.

Law Offices of Linda Shao, A Professional Law Corporation 28 N. First St., Ste. 618 San Jose, CA 95113

Tel.: (408) 873-3888

Fax: (408) 873-3889

---

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.
<http://us.rd.yahoo.com/evt=51733/*http://mobile.yahoo.com/;_ylt=Ah

4/17/2008

Message

Sincerely yours,

Linda Shao, Esq.

Law Offices of Linda Shao, A Professional Law Corporation

28 N. First St., Ste. 618

San Jose, CA 95113

Tel.: (408) 873-3888

Fax: (408) 873-3889

---

Looking for last minute shopping deals? Find them fast with Yahoo! Search. <http://us.rd.yahoo.com/evt=51734/*http://tools.search.yahoo.com/new category=shopping>

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now. <http://us.rd.yahoo.com/evt=51733/*http://mobile.yahoo.com/;_ylt=Ah

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao,
A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

4/17/2008

Message

Never miss a thing. Make
Yahoo your homepage.
<http://us.rd.yahoo.com/evt=51438/*http://www.yahoo.com/r/hs>

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A
Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

Be a better friend, newshound,
and know-it-all with Yahoo!
Mobile. Try it now.
<http://us.rd.yahoo.com/evt=51733/*http://mobile.yahoo.com/;_ylt=Ah

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A
Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

Looking for last minute shopping
deals? Find them fast with Yahoo!
Search.

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law
Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

Be a better friend, newshound, and know-it-all
with Yahoo! Mobile. Try it now.

4/17/2008

Subject: blue book - website 5-7-07.pdf
Date: Thu, 28 Feb 2008 14:03:47 -0500
From: <Paul.Reilly@BakerBotts.com>
To: <Paul.Reilly@BakerBotts.com>

Subject: ADR12-05.pdf
Date: Thu, 28 Feb 2008 14:02:24 -0500
From: <Paul.Reilly@BakerBotts.com>
To: <Paul.Reilly@BakerBotts.com>


Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

Be a better friend, newshound, and know-it-all with Yahoo!
Mobile. Try it now.


Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

Subject:
Date: Tue, 4 Mar 2008 14:02:39 -0500
From: <Paul.Reilly@BakerBotts.com>
To: <Paul.Reilly@BakerBotts.com>

Exhibits 1-3 above = Counterfeit Batteries from Tenergy

Exhibit 4 above  = Original DELL battery


Sincerely yours,
Linda Shao, Esq.

4/17/2008

Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

4/17/2008

# Exhibit 13

## Reilly, Paul J.

| | |
|---|---|
| **From:** | Reilly, Paul J. |
| **Sent:** | Thursday, February 28, 2008 2:16 PM |
| **To:** | 'shaolawfirm shao' |
| **Subject:** | RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc. |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

| **Tracking:** | **Recipient** | **Delivery** | **Read** |
|---|---|---|---|
| | 'shaolawfirm shao' | | |
| | 'Dan_Noonan@Dell.com' | | |
| | 'Amy L. Thompson (amy_thompson@dell.com)' | | |
| | Hengl, Suzanne M. | Delivered: 2/28/2008 2:16 PM | Read: 2/28/2008 2:40 PM |
| | Mitchell, John | Delivered: 2/28/2008 2:16 PM | Read: 2/28/2008 2:17 PM |
| | 'BWisoff@fbm.com' | | |

Dear Linda:

Dell has considered your request. However, given the volatile nature of the counterfeit DELL batteries, it cannot agree to extend Defendants' term to answer by another three weeks as you propose. If Defendants were willing to enter into a stipulated preliminary injunction so that the can work out a consent judgment, I would be willing to present that to Dell and perhaps agree to extend the time to answer. Please let me know.

With regard to service of the ADR pamphlet, I understand from the "Order Setting Initial Case Management Conference and ADR Deadlines" that both counsel and clients should familiarize themselves with ADR Local Rule 3 and with the material entitled "Dispute Resolution Procedures in the Northern District of California" on the Court ADR Internet Site at www.adr.cand.uscourts.gov. The Order further states that a "limited number or printed copies are available from the Clerk's Office for parties in cases not subject to the court's Electronic Case Filing program (ECF)." As such, Dell has properly served the complaint.

That said, I attach for your benefit a copy of the ADR pamphlet and the rules.

Regards,

Paul

Paul J. Reilly
Baker Botts LLP
212.408.2634

     -----Original Message-----
     **From:** shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
     **Sent:** Tuesday, February 26, 2008 10:51 AM
     **To:** Reilly, Paul J.
     **Subject:** RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

     ## Dear Paul

     I came down with a flu last night and could hardly talk for the

sore throat.

Would you please extend time to respond to your complaint to
March 31, 2008--- we will waive our claim for improper
service? Under the local rule, it is mandatory to serve ADR
phamplet. It is prompted by my current illness that reasonably
cannot be recovered for 7-10 days and it is to serve judicial
economy to talk about settlement. What do you think? Sorry
that my nice voice cannot be heard by you today.

*Paul.Reilly@bakerbotts.com* wrote:

Let me know what number to call this afternoon.

-----Original Message-----
**From:** shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
**Sent:** Friday, February 22, 2008 11:28 PM
**To:** Reilly, Paul J.
**Subject:** Re: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

Solute to your diligence. How about California time
2/26/2008 11:00 am? Good night

*Paul.Reilly@bakerbotts.com* wrote:

Will do. Let me know time and number.

----- Original Message -----
From: shaolawfirm shao <shaolawfirm@yahoo.com>
To: Reilly, Paul J.
Sent: Fri Feb 22 19:40:19 2008
Subject: Re: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

You did not call me back and I just saw your email. I have told your local counsel that I
have whole day meeting on 1/25. Please call me at 1/26. In the meanwhile, while I am
busy with other cases, please send me proof of PPT's willful infringement. I need to have
the proof of PPT's willful infringement. I need to talk to you to discuss settlement. Please
CALL me on 1/26. Thanks.

Paul.Reilly@bakerbotts.com wrote:

    Dear Ms. Shao:

    I understand you called my local counsel. Please direct all your communications to
me.

    I provided you with a proposed Consent Judgment but have not received your
comments. I request that you provide me with your comments no later than Monday,
February 25.

Message

Regards,

Paul

----- Original Message -----
From: shaolawfirm shao <shaolawfirm@yahoo.com>
To: Reilly, Paul J.
Cc: Bill Liu <bliu@portatechs.com>
Sent: Tue Feb 19 16:07:24 2008
Subject: Re: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

Dear Paul

Thank you for giving me 8 days' extension.

Paul.Reilly@bakerbotts.com wrote:

Dear Ms. Shao:

Dell will consent to extend Defendants time to answer until March 10, 2008.

Regards,

Paul

----- Original Message -----
From: shaolawfirm shao <shaolawfirm@yahoo.com>
To: Reilly, Paul J.
Sent: Tue Feb 19 11:42:26 2008
Subject: RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

Dear Paul

My apologies. I meant a month and thus would be April 5. Sorry for the typo and confusion. The deadline for responding, per your email, would be March 2. Again, I have not obtained the files yet. I am doing them a favor in having to contact you while I am busy with other litigation matter.

Please kindly give me reasonable time. I look forward to work out with you.

Paul.Reilly@bakerbotts.com wrote:

Dear Ms. Shao:

Both Tenergy and Porta Power were served on Feb. 11. As such, Dell will consent to extend their time to answer to March 5 as you originally proposed.

Regards,

Paul

-----Original Message-----
From: shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
Sent: Tuesday, February 19, 2008 11:46 AM
To: Reilly, Paul J.
Subject: RE: Dell Inc. vs. Tenergy Corp and Porta Power Technology,

Inc.

Dear Mr. Reilly,

Please be advised that you did not extend any professional courtesy regarding Porta Power's time to respond in that he was served only last week. Regarding Tenergy, you only extended 2 days. As I am very busy with other matter now, this will be my final email to you before my contacting you this week. Again, I am requesting an extension for one month unless you intend the parties to incur more unnecessary litigation costs. I need a month to have a meaningful settlement talk. Or, will you agree to a mediation in the South Bay Area?

Regarding your allegation that Bill Liu "knew that that products he purchased from China were not legitimate Dell goods," please kindly provide all evidence to me to faciliate the settlement talk, as this is contrary to my understanding. Your email also suggests that Tenergy is completely without "willful" or "knowledge" of your alleged counterfeit battery.

Anyway, any further emails will be responded at the end of this week. Please bear with me as I have no time at this time. Thank you for your time.

Paul.Reilly@bakerbotts.com wrote:

Dear Ms. Shao:

I have your email. Given you present appearance, Dell has wasted a week or more expending time, effort and resources on this matter. That said, as a professional courtesy, Dell will consent to extend Defendants time to answer to February 29, 2008. This should be more than enough time to enter a Consent Judgment. In that regard, I attach a revised Consent Judgment which includes a permanent injunction and a payment of $60,000 to Dell.

You should know that this is the third time that Dell has crossed swords with Porta Power and Bill Liu knew that that products he purchased from China were not legitimate Dell goods.

I request that you provide me with your comments before the close of business this Friday.

I will try to call you but I am traveling and my not be able to speak with you today or tomorrow.

Regards,

Paul

Paul J. Reilly
Baker Botts LLP
212.408.2634

-----Original Message-----
From: shaolawfirm shao [mailto:shaolawfirm@yahoo.com]
Sent: Tuesday, February 19, 2008 1:44 AM
To: Reilly, Paul J.
Cc: Bill Liu
Subject: Dell Inc. vs. Tenergy Corp and Porta Power Technology, Inc.

Dear Mr. Reilly:

4/18/2008

Please kindly be advised that this firm is retained to represent both defendants in the above-referenced matter.

As you are fully aware of, the defendants are California corporations and have no authority to represent themselves under California laws. It is my initial understanding that these individuals lacked knowledge or understanding of the legal terms and do not know what they signed. As required under California laws, all writings signed by them are invalid without my written approval.

I would like to work out with you reasonable terms permissible under the prevailing laws. I understand that your client has the interest to have expeditious resolution of this case. I will endeavor to have all parties to have a fair and reasonable resolution of the issues. However, I have not had an opportunity to explore into details of this case and need time to investigate this matter in details. With this email, I am asking you to stipulate to give extension of the time for both defendants to respond to your Complaint until March 5, 2008 for judicial economy as defendants have good faith in settlement.

I do not have all files yet. I will contact you by the end of this week to start settlement discussions in good faith.

Please kindly send a fax to me at (408) 873-1286 (the fax for another office that I would be there in the following two days) to confirm extension of defendants' time to file response to the Complaint until 3/5/2008. I wish to work out with you. Thank you very much for your time and consideration.

If you have any questions or comments, please do not hesitate to contact me.

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.
<http://us.rd.yahoo.com/evt=51733/*http://mobile.yahoo.com/;_ylt=Ahu06i62sR8HDtDypao8Wcj9tAcJ>

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

Looking for last minute shopping deals? Find them fast with Yahoo! Search.
<http://us.rd.yahoo.com/evt=51734/*http://tools.search.yahoo.com/newsearch/category.php?category=shopping>

4/18/2008

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.
<http://us.rd.yahoo.com/evt=51733/*http://mobile.yahoo.com/;_ylt=Ahu06i62sR8HDtDypao8Wcj9tAcJ>

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

Never miss a thing. Make Yahoo your homepage.
<http://us.rd.yahoo.com/evt=51438/*http://www.yahoo.com/r/hs>

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

---

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.
<http://us.rd.yahoo.com/evt=51733/*http://mobile.yahoo.com/;_ylt=Ahu06i62sR8HDtDypao8Wcj9tAcJ>

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113

Tel.: (408) 873-3888
Fax: (408) 873-3889

Looking for last minute shopping deals? Find them fast with Yahoo! Search.

Sincerely yours,
Linda Shao, Esq.
Law Offices of Linda Shao, A Professional Law Corporation
28 N. First St., Ste. 618
San Jose, CA 95113
Tel.: (408) 873-3888
Fax: (408) 873-3889

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

4/18/2008

# Exhibit 14



**A: San Francisco, CA**

| | | |
|---|---|---|
| START | 1: Start out going SOUTHEAST on 11TH ST toward MISSION ST. | 0.1 mi |
| ◇ | 2: Turn LEFT onto MISSION ST. | 0.1 mi |
| ◇ | 3: Turn RIGHT onto 10TH ST. | 0.5 mi |
| SOUTH 101 | 4: Merge onto US-101 S via the ramp on the LEFT toward SAN JOSE. | 34.9 mi |
| SOUTH 85 | 5: Merge onto CA-85 S via EXIT 398B toward CUPERTINO/SANTA CRUZ. | 2.5 mi |
| SOUTH 82 | 6: Merge onto E EL CAMINO REAL/CA-82 S toward SUNNYVALE. | 2.2 mi |
| NORTH 82 | 7: Make a U-TURN at S MURPHY AVE onto W EL CAMINO REAL/CA-82 N. | 0.1 mi |
| END | 8: End at Sunnyvale, CA | |

**B: Sunnyvale, CA**

Estimated Time: 44 minutes    Estimated Distance: 40.38 miles

Driving Directions from San Francisco, CA to Sunnyvale, CA

Page 2 of 2

Total Time: 44 minutes    Total Distance: 40.38 miles



Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

USPTO TTABVUE. Trademark Trial and Appeal Board Inquiry System



# Cancellation

Search:

**Number:** 92046750
**Status:** Pending
**Interlocutory Attorney:** GEORGE POLOGEORGIS

**Filing Date:** 11/07/2006
**Status Date:** 12/08/2006

### Defendant

**Name:** Myong Ho
**Correspondence:** John J. O'Malley
Volpe and Koenig, PC
30 South 17th Street
Philadelphia, PA 19103
jomalley@volpe-koenig.com

**Serial #:** 78394246                    Application File

**Application Status:** Cancellation Pending
**Mark:** NATURA

**Registration #:** 3040218

### Plaintiff

**Name:** Robert N. Lee
**Correspondence:** Steven R. Gustavson
Baker Botts, LLP
30 Rockefeller Plaza
New York, NY 10112-4498
danielle.mendelsohn@bakerbotts.com, paul.reilly@bakerbotts.com, nytmdpt@bakerbotts.com

### Prosecution History

| # | Date | History Text | Due Date |
|---|------|--------------|----------|
| 19 | 02/11/2008 | Stipulated Protective Order noted | |
| 18 | 01/29/2008 | STIPULATED PROTECTIVE ORDER | |
| 17 | 01/22/2008 | EXTENSION OF TIME GRANTED | |
| 16 | 01/22/2008 | STIPULATION FOR AN EXTENSION OF TIME | |
| 15 | 11/21/2007 | EXTENSION OF TIME GRANTED | |
| 14 | 11/21/2007 | STIPULATION FOR AN EXTENSION OF TIME | |
| 13 | 09/20/2007 | EXTENSION OF TIME GRANTED | |
| 12 | 09/20/2007 | STIPULATION FOR AN EXTENSION OF TIME | |

Page 1 of 2

USPTO TTABVUE. Trademark Trial and Appeal Board Inquiry System

| 11 | 07/25/2007 | EXTENSION OF TIME GRANTED |
| 10 | 07/25/2007 | STIPULATION FOR AN EXTENSION OF TIME |
| 9 | 06/14/2007 | EXTENSION OF TIME GRANTED |
| 8 | 06/14/2007 | STIPULATION FOR AN EXTENSION OF TIME |
| 7 | 02/02/2007 | BOARD'S SERVICE OF ANSWER |
| 6 | 02/01/2007 | ANSWER |
| 5 | 01/31/2007 | STIPULATION NOTED AND APPROVED |
| 4 | 01/17/2007 | D'S MOTION FOR AN EXTENSION OF TIME |
| 3 | 12/08/2006 | PENDING, INSTITUTED |
| 2 | 12/08/2006 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: |
| 1 | 11/07/2006 | FILED AND FEE |

Search: 01/17/2007



Driving Directions from San Francisco, CA to Cupertino, CA



**MAPQUEST®**



**A: San Francisco, CA**

**START**  **1:** Start out going SOUTHEAST on 11TH ST toward MISSION ST.    0.1 mi

↑  **2:** Turn LEFT onto MISSION ST.    0.1 mi

↑  **3:** Turn RIGHT onto 10TH ST.    0.5 mi

↑  **4:** Merge onto US-101 S via the ramp on the LEFT toward SAN JOSE.    34.9 mi

**SOUTH 101**  **5:** Merge onto CA-85 S via EXIT 398B toward CUPERTINO/SANTA CRUZ.    6.3 mi

**EXIT**  **6:** Take the STEVENS CREEK BOULEVARD exit.    0.3 mi

↑  **7:** Turn LEFT onto STEVENS CREEK BLVD.    1.3 mi

⬥  **8:** Make a U-TURN onto STEVENS CREEK BLVD.    0.2 mi

**END**  **9:** End at Cupertino, CA

http://www.mapquest.com/maps/san+francisco+ca/cupertino+ca/

Page 1 of 3

4/18/2008

Driving Directions from San Francisco, CA to Cupertino, CA

B: Cupertino, CA

Estimated Time: 47 minutes    Estimated Distance: 43.53 miles

Total Time: 47 minutes    Total Distance: 43.53 miles



Page 2 of 3

Driving Directions from San Francisco, CA to Cupertino, CA

Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest. Your use of MapQuest means you agree to our Terms of Use

http://www.mapquest.com/maps/san+francisco+ca/cupertino+ca/

Page 3 of 3

4/18/2008