IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DELL, INC.,

                Plaintiff,

v.

TENERGY CORPORATION et al.,

                Defendants.

NO. C08-0781 TEH

ORDER DENYING DEFENDANTS' EX PARTE APPLICATION/MOTION FOR PROCEDURAL CHANGES

The Court has reviewed Defendants' "Ex Parte Application/Motion for Procedural Changes, Including Transfer Division to San Jose, Enlarge Time for Defendants to Respond to the Complaint, and Relief From An Obligation Imposed by FRCiv P Rules 16, 26, Order Setting Initial Case Management Conference and ADR Deadlines," supporting documentation, Plaintiff Dell's responses, and Defendants' Objection. The Ex Parte Application is hereby DENIED. Assignment to this court is proper. Civil Local Rule 3-2(c) provides that intellectual property actions are assigned on a district-wide basis. Accordingly, the Court will not Order the related extensions of time Defendants seek.

Moreover, although the Court declines to make factual findings at this time, there is no evidence before the Court that the parties agreed to an extension of time to April 21, 2008. The last apparent communication between the parties on that subject does not show a meeting of the minds; Dell's counsel wrote:

> I have your email of April 7 below which does not reflect the proposed stipulation we discussed on the phone today. ...Dell will agree **only** to extend defendants Tenergy Corporation and Porta Power Technologies' time to **ANSWER** the complaint until **April 21, 2008.**

April 7, 2008 email from P. Reilly to S. Shao, Declaration of Paul J. Reilly In Support of

//

Plaintiff's Response to Defendants' Ex Parte Application Exh. 11.

**IT IS SO ORDERED.**

Dated: April 25, 2008

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

**United States District Court**
For the Northern District of California