| | |
|---|---|
| 1 | LINDA SHAO (CA 182768) |
| 2 | LAW OFFICE OF LINDA SHAO, APLC |
| | 28 North First Street, Suite 618 |
| 3 | San Jose, CA 95131 |
| | Phone: 408-873-3888 |
| 4 | Fax:    408-873-3889 |
| | Attorney for Defendants Tenergy Corporation and |
| 5 | Porta Power Technology, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DELL INC., a Delaware Corporation, | Civil Action No.  CV08-0781 TEH |
| Plaintiff, | **DEFENDANTS' NOTICE OF MOTION TO DISMISS THE COMPLAINT UNDER RULE 12(b) FOR FAILURE TO STATE A CLAIM AND RULE 16 FOR FAILURE TO JOIN NECESSARY PARTIES** |
| vs. | |
| TENERGY CORPORATION, a California corporation, PORTA POWER TECHNOLOGY, INC., a California Corporation, XYZ COMPANIES 1-25 and JOHN/JANE DOE NOS. 1-25, | Date: June 30,2008<br>Time:  10:00 a.m.<br>Room:<br>Honorable Thelton E. Henderson |
| Defendants. | |

TO PLAINTIFF AND ITS ATTORNEY OF RECORD:

Please take notice that on June 29, 2008, at 10:00 a.m., Defendants will move the Court at the assigned courthouse, to dismiss the Complaint for failure to state a claim under Rule 12(b) in failing to identify whether defendants obtained products from affiliates of Dell, i.e., failure to state the intent of defendants, failure to attach complete legible exhibits to the Complaint, and under Rule 16 for failure to join the necessary parties to this Complaint.

This motion will be based on this Notice, Memorandum of Points of Authorities and Supporting Declaration of Linda Shao and the oral arguments at the court.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Notice of Motion to Dismiss
Case No. CV08-0781

| | |
|---|---|
| 1 | |
| 2  Dated: May 1, 2008 | Respectfully submitted,<br>LAW OFFICES OF LINDA SHAO, APLC |
| 4 | By:/s/_____<br>Linda Shao, Esq.<br>Attorney for Defendants Tenergy<br>Corporation and Porta Power Technology<br>Inc. |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Defendants Ex Parte Application/Motion to Procedural Changes
Case No. CV08-0781

- 2 -