UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTES

**Judge:** THELTON E. HENDERSON

**Date**: May 12, 2008

**Case No.**  C 08-00781  TEH

**Case Title**:  DELL INC -v-  TENERGY CORPORATION

**Appearances**:

    For Plaintiff(s): Paul Reilly, Brandon Wisoff

    For Defendant(s): Linda Shao

**Deputy Clerk**:  Rowena B. Espinosa          **Court Reporter**: not reported

### PROCEEDINGS

1. Initial Case Management Conference - held

Non-Expert Discovery Cutoff: **02/16/09**

Last Day to File Dispositive Motions: **03/09/09**

Last Day to Hear Dispositive Motions: **04/13/09**

Case continued to    for Further Case Management Conference

Case continued to **Monday, 05/19/09 at 3:00 p.m.** for Pretrial Conference

Case continued to **Tuesday, 06/02/09  at 8:30 a.m.** for Trial (Jury: 5 Days)

### SUMMARY

- This matter is referred to Mag. Judge Spero for settlement purposes.

cc: WH; KH; MGM