C. Brandon Wisoff (State Bar No. 121930)
   bwisoff@fbm.com
Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone:    (415) 954-4400
Facsimile:    (415) 954-4480

Doreen L. Costa
*Pro Hac Vice*
Paul J. Reilly
*Pro Hac Vice*
Suzanne Hengl
*Pro Hac Vice*
Baker Botts L.L.P.
30 Rockefeller Plaza
New York, New York 10112
Telephone:    (212) 408-2500
Facsimile:    (212) 408-2501

Attorneys for Plaintiff
Dell Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| DELL INC., a Delaware Corporation, | Civil Action No.  CV08-0781 TEH |
| Plaintiff, | **STIPULATED JUDGMENT** |
| vs. | |
| TENERGY CORPORATION, a California corporation, PORTA POWER TECHNOLOGY, INC., a California Corporation, XYZ COMPANIES 1-25 and JOHN/JANE DOE NOS. 1-25, | |
| Defendants. | |

Plaintiff Dell Inc. ("Plaintiff" or "Dell"), having filed a complaint in Civil Action No. CV 08 0781, against Defendants Tenergy Corporation and Porta Power Technology Inc., XYZ Companies 1-25 and John/Jane Does Nos. 1-25, alleging claims for trademark counterfeiting,

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED JUDGMENT
Case No. CV08-0781

04401\1441890.1

trademark infringement, unfair competition and dilution under federal and state laws, and having

agreed upon a resolution of this matter with defendants Tenergy Corporation ("Tenergy") and

Porta Power Technology Inc. ("Porta Power") (Tenergy and Porta Power are collectively referred

to as "Defendants") prior to a trial on the merits, Plaintiff and Defendants hereby stipulate, agree

and consent to the entry of judgment in favor of Plaintiff and against said Defendants as follows:

1.      This Court has personal jurisdiction over the parties and subject matter

jurisdiction over this action, as well as all claims set forth in the Complaint.

2.      Dell is a leading manufacturer and seller of personal computer systems and

accessories, including battery packs for computer systems.

3.      Dell has used the trade name, trademark and service mark DELL and

variants thereof since at least as early as November 1987 and continuing to the present in

connection with computer hardware, software and peripherals as well as related goods and

services.  The name and mark DELL, the DELL logo (attached as Exhibit 1) and variants thereof

have been extensively used by Dell in United States interstate commerce in connection with

advertising and promotion of Plaintiff's products and services nationwide in newspapers, trade

and consumer magazines, on television and radio, and through direct mail.  Such names and

marks are prominently presented on Dell's computer systems, advertisements, product packaging,

manuals, and technical and informational literature.

4.      Dell is the owner of the trademark DELL, the DELL logo and variants

thereof.  In addition to the mark DELL and the DELL stylized logo, Dell uses and owns other

marks to identify its products and has registered such marks in the United States Patent and

Trademark Office, including the following:

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED JUDGMENT
Case No. CV08-0781                          - 2 -                          04401\1441890.1

| Mark | Registration No. | Issue Date | Goods |
|------|------------------|------------|-------|
| DELL | 1,616,571 | Oct. 9, 1990 | Computers and Computer Peripherals, Namely Monitors, Keyboards, Printers, Mice, Co-Processors, Modems, Hard and Floppy Disk Drives, Tape Drives, Cards and Memory Add-Ons, Memory Boards and Chips, Cables and Connectors, Operating Software and Instruction Manuals Sold Together as a Unit. (First Use 1987) |
| DELL (Stylized) | 1,860,272 | Oct. 25, 1994 | Computers and Parts Thereof (First Use 1992) |
| DELL PRECISION | 2,284,782 | Oct. 12, 1999 | Computers, Computer Peripheral Devices and Parts and fittings Therefor; Monitors, KeyBoards, Printers, Mouses, Co-Processors, Modems, Hard and Floppy Disk Drives, Tape Drives, CD-Rom Drives, Data Storage Units, And Electronic or Magnetic Cards and Memory Add Ons, Memory Boards and Chips, Cables and Connectors, All for Use with Computers |
| INSPIRON | 2,254,835 | Jun. 22, 1999 | Computers, computer peripherals and parts therefor, monitors, keyboards, printers, mouses, co-processors, modems, hard and floppy disk drives, tape drives, CD-ROM drives, electronically encoded or magnetically encoded cards and memory add on chips or cards, memory boards and chips, cables and connectors, all for use with computers, computer operating software and instruction manuals all sold together as a unit (First Use 1997) |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED JUDGMENT
Case No. CV08-0781

- 3 -

04401\1441890.1

| | | | |
|---|---|---|---|
| DELL (Stylized) | 3,215,023 | Mar. 6, 2007 | Desktop computers, notebook computers, laptop computers, servers, computer peripheral devices and parts and fittings therefor; monitors, keyboards, mouses printers, scanners, facsimile devices, remote control devices, projectors, co-processors, modems, hard and floppy disk drives, tape drives, CD read/write drives, digital video read/write drives, optical drives, data storage devices, docking stations, battery chargers, speakers and, electronic or magnetic cards and memory add ons, memory boards and chips, cables and connectors, all for use with computers; computer operating and utility software all sold together as a unit; personal and handheld computers; Personal digital assistant (PDA), electronic organizers, electronic notepads, memory cards, compact flash cards; smart media cards, computer styli, batteries, battery chargers, digital audio recorders, and digital audio playback devices, mp3 players, headphones, handheld carrying cases, electric power adapters, vehicle electric power adapters, keyboards, scanners, cradles for recharging and connecting to other devices and peripherals, electric cables and connectors for the above computer hardware and computer peripherals, namely modems, computer cables, handheld computers with wireless e-mail and wireless access to electronic communications networks; projectors; and electronic instruction manuals sold therewith as a unit for all the aforesaid goods; for portable and handheld digital electronic devices for recording, organizing, transmitting, manipulating and reviewing text, data and audio files; computer software for use in organizing, transmitting, manipulating, and reviewing text, data, and audio files on a portable and handheld digital electronic devices; televisions (First Use 1992) |
| DELL | 2,236,785 | Apr. 6, 1999 | Custom Manufacture of Computers for Others (First Use 1998) |
| LATITUDE | 1,962,286 | Mar. 12, 1996 | computers and instructional manuals sold therewith (First Use 1994) |

        5.      Each registration is currently valid, subsisting and in full force and effect,

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED JUDGMENT
Case No. CV08-0781

- 4 -

04401\1441890.1

1  and is registered on the Principal Trademark Register of the United States Patent and Trademark

2  Office. Registration Nos. 1,616,571, 1,860,272 , 2,236,785, 2,254,835 are incontestable pursuant

3  to 15 U.S.C. § 1065. True and accurate copies of the Certificates of Registration referenced in

4  paragraphs 5 and 6 herein are attached hereto as Exhibit 2.

5        6.     The name and mark DELL, the DELL logo, INSPIRON, LATITUDE and

6  variants thereof have been extensively and continually advertised and promoted by Dell within

7  the United States and worldwide for 10 years or more in connection with computer systems,

8  desktop computers, laptop computers and accessories therefore, including batteries. Substantial

9  amounts of time, effort, and money have been expended over the years in ensuring that the

10  purchasing public associates such marks exclusively with Dell. Indeed, Dell spends hundreds of

11  millions of dollars each year promoting its goods and services under the aforementioned

12  trademarks.

13        7.     As a result of the time, effort and money invested in its business, Dell's

14  name, trademarks and service marks, including DELL, the DELL logo, INSPIRON and

15  LATITUDE, are inherently distinctive, enjoy tremendous secondary meaning and are strong and

16  famous marks entitled to a broad scope of protection.

17        8.     Defendants, without Dell's consent, authorization or permission, marketed,

18  advertised, promoted, offered for sale and sold in the United States unauthorized, illegitimate or

19  counterfeit computer battery packs bearing or in connection with Dell's marks, including, DELL,

20  the DELL logo, LATITUDE and INSPIRON, including via the Internet at www.all-battery.com

21  and www.portatechs.com. Such actions occurred long after Dell's first use of such marks,

22  without the permission or authorization from Dell, with complete knowledge and notice of Dell's

23  trademark rights. Representative examples of defendant Tenergy's and defendant Porta Power's

24  unauthorized use of Dell's marks and counterfeit DELL products are attached hereto as Exhibit 3.

25        9.     Neither Tenergy nor Porta Power, their officers, agents, employees or

26  affiliates are authorized resellers of Dell products. Nor has Dell licensed Defendants to use its

27  marks.

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED JUDGMENT
Case No. CV08-0781

- 5 -

04401\1441890.1

1    10.    Consumers and the relevant public will be confused, mistaken and

2   deceived in wrongfully attributing to Dell the source or sponsorship of Tenergy's and Porta

3   Power's products or businesses as a result of their unlawful use and counterfeiting of Dell's name

4   and marks, DELL, the DELL logo, LATITUDE and INSPIRON. Indeed, Dell will have no

5   control over the quality of Defendants' goods, certain of which pose a threat to the health and

6   safety of the consuming public. Such confusion will irreparably injure Dell's goodwill, business

7   reputation and intellectual property.

8    11.    Defendants' actions as described above (1) have the likelihood of affecting

9   interstate commerce by deceiving or confusing the public throughout the nation; (2) constitute a

10   false designation of the origin of Defendants' goods; (3) suggest a non-existent connection

11   between Defendants and Dell and Dell's products; (4) suggest that Dell has sponsored, licensed or

12   approved of Defendants' products and/or business; and (5) are likely to dilute, damage, blur and

13   tarnish the distinctive value of Dell's marks. Such confusion, infringement, unfair competition

14   and dilution is and will continue to irreparably injure and damage Dell's goodwill, business

15   reputation and marks.

16    12.    Following their execution of this Stipulated Judgment, Defendants Tenergy

17   Corporation and Porta Power Technology Inc., their respective officers, agents, servants,

18   employees and representatives and all other person, firms, corporations or businesses in active

19   concert or participation with them, whether in the United States or abroad, agree and consent to

20   being and hereby are immediately and permanently enjoined and restrained from:

21    (a) marketing, advertising, promoting, selling or otherwise disposing of any

22   and all DELL branded batteries or batteries and/or packaging that bear Dell's name and
       trademarks, including, DELL, the DELL logo, LATITUDE, INSPIRON or variants thereof;

23

24    (b) using the name and/or the mark DELL, the DELL logo, LATITUDE,
       INSPIRON or any variant thereof, on or in connection with any product or service not

25   manufactured, sold, authorized or sponsored by Dell in a manner which is likely to confuse the
       public as to the source or sponsorship of Defendants or their respective business(es), web site(s),

26   product(s) or service(s);

27    (c) making any false or misleading representation of fact concerning the

28   nature, quality or characteristics of their businesses, products or services, or any computer

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED JUDGMENT                    - 6 -                    04401\1441890.1
Case No. CV08-0781

1    systems, or parts, or computer related products or services bearing, using, or advertised or sold by
said defendants under the name or mark DELL, the DELL logo, LATITUDE, INSPIRON or any
2    other name or mark owned by Dell, including, but not limited to, representing falsely that said
3    Defendants are Dell, are affiliated with Dell, are authorized Dell dealers or resellers, or that their
products are manufactured or sold by or with the authorization of Dell; and

4
                (d) doing any act or thing calculated or likely to cause confusion or mistake
5    in the minds of members of the public or the trade, or prospective purchasers of Defendants'
products, as to the source of products produced, distributed, sold or offered for sale thereby, or
6    likely to deceive members of the public or the trade, or prospective purchasers, into believing that
7    there is some connection between Tenergy or Porta Power and Dell or that Defendants' respective
goods are being manufactured sold advertised, promoted, sold or offered for sale by Dell or with
8    Dell's authorization.

9              13.    Within fourteen (14) days from the execution of this Stipulated Judgment

10   by the parties hereto, pursuant to 15 U.S.C. § 1118, each defendant, Tenergy Corporation and

11   Porta Power Technology, Inc., agrees to and consents to being and hereby is ordered to

12   independently with a verified statement or declaration signed by its respective principal:

13
                (a) ship out to Dell's attorneys at Defendants' cost all infringing or
14   counterfeit DELL batteries, including, but not limited to product number C1295 a representative
example of which is attached hereto as Exhibits 3;
15
                (b) identify for Dell, with appropriate addresses and contact information in
16   English and in writing, all of Tenergy's and Porta Power's manufacturers or suppliers and
17   customers of DELL batteries, batteries allegedly compatible with Dell's systems or all batteries
advertised and sold by Tenergy and/or Porta Power under or in connection with Dell's name and
18   trademarks, DELL, the DELL Logo, LATITUDE, INSPIRON and variants, for the period of
January 1, 2007 to the present; and
19
                (c) produce to Dell all documents, including but not limited to, supplier and
20   customer records, invoices, purchase orders, shipping invoices, etc. relating to any purchase
21   and/or sale of DELL batteries, batteries allegedly compatible with Dell's systems or all batteries
advertised and sold by Tenergy and/or Porta Power under or in connection with Dell's name and
22   trademarks, DELL, the DELL Logo, LATITUDE, INSPIRON and variants, for the period of
January 1, 2007 to the present.
23
               14.    Within fourteen (14) days from the execution of this Stipulated Judgment
24
by the parties hereto, pursuant to 15 U.S.C. § 1118, Defendants Tenergy Corporation and Porta
25
Power Technology Inc. agree and consent to and hereby are ordered to: (i) deliver to Dell, at
26
Defendants' cost, for destruction all labels, signs, prints, wrappers, receptacles, articles,
27
advertisements and promotional materials in its possession or control bearing the name and mark
28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED JUDGMENT                    - 7 -                    04401\1441890.1
Case No. CV08-0781

DELL, the DELL Logo, LATITUDE, INSPIRON or any variant thereof or any name or mark confusingly similar thereto; and all computer programs, code and other means of making the same; and (ii) order a recall from their respective customers of all infringing or counterfeit batteries sold bearing or in connection with the mark DELL, the DELL logo, LATITUDE and/or INSPIRON since January 2007, including, but not limited to, Product or Model No.: T-C1295, a representative example of which is attached hereto as Exhibit 3.

15.    Within fourteen (14) days following the entry of this Stipulated Judgment by the Court, Defendants shall pay to Dell, by certified bank check or wire transfer pursuant to instructions from Dell, the amount of US$15,000.00 as partial reimbursement for the costs and fees expended by Dell in prosecuting said Defendants' wrongdoing as alleged in the Complaint. Conditioned upon Defendants full and complete compliance with all the terms and conditions of this Stipulated Judgment and provided Defendants do not otherwise violate Dell's intellectual property rights or engage in any act of unfair competition or false advertising, Dell will not pursue further monetary relief from Defendants arising from Defendants' unlawful actions that occurred prior to the execution of this Stipulated Judgment and which are the subject of Dell's Complaint in this action.

16.    In the event that a defendant or Defendants herein, either individually or collectively, breach any material term or condition of this Stipulated Judgment, Dell shall recover $50,000 from the breaching defendant or Defendants in damages for past infringement and shall have the right to pursue its complete legal remedies for contempt of this Consent Judgment and for any future infringement, false advertising or other wrongdoing, including, but not limited to an injunction, damages, profits, punitive damages, statutory damages, attorneys' fees and costs. Each defendant, Tenergy and Porta Power, stipulate and agree that determining the amount of actual past damage caused by their prior conduct and/or breach of this Stipulated Judgment is difficult to quality, but that $50,000 is a reasonable sum and such sum shall not be used to quantify or limit any future harm caused to Dell as a result of either defendant's unfair competitive practices or breach of this Stipulated Judgment or future infringement or violation of

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED JUDGMENT                     - 8 -                        04401\1441890.1
Case No. CV08-0781

Dell's intellectual property.

17.    Defendants, pursuant to 15 U.S.C. § 1116(a), shall be directed to file with this Court and serve upon Dell within fourteen (14) days after execution of this Stipulated Judgment by the parties, a report in writing under oath, setting forth in detail the manner and form in which they have fully complied with all the terms of this Stipulated Judgment and identify in writing each and every vendor from whom each defendant purchased or otherwise procured DELL batteries, batteries allegedly compatible with Dell's systems or all batteries advertised and sold by Tenergy and/or Porta Power under or in connection with Dell's name and trademarks, DELL, the DELL Logo, LATITUDE, INSPIRON and variants, for the period of January 1, 2007 to the present.

18.    Dell and Defendants agree that the Court shall retain jurisdiction over the parties and this matter for purposes of enforcing the terms of the Stipulated Judgment.

19.    This Stipulated Judgment may be executed by the parties and their respective counsel in any number of counterparts, each of which when executed and delivered shall be an original, and all such counterparts shall constitute one and same Stipulated Judgment.

//

//

//

//

//

//

//

//

//

//

//

//

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED JUDGMENT
Case No. CV08-0781

- 9 -

04401\1441890.1

1   //

2   **HAVING SEEN AND REVIEWED THE STIPULATED JUDGMENT:**

3

4   DATED:  May 2̶8̶, 2008                    Respectfully submitted,

5                                            FARELLA BRAUN + MARTEL LLP

6

7                                            By: _____

8                                                C. Brandon Wisoff
                                                 235 Montgomery Street, 17th floor
9                                                San Francisco, CA 94104
                                                 Telephone: (415) 954-4400
                                                 Facsimile:(415) 954-4480
10

11                                               Doreen L. Costa
                                                 Paul J. Reilly
12                                               Suzanne Hengl
                                                 BAKER BOTTS L.L.P.
13                                               30 Rockefeller Plaza
                                                 New York, New York  10112
14

15                                               Attorneys for Plaintiff
                                                 Dell Inc.

16   DATED: May 2̶1̶, 2008                   LAW OFFICES OF LINDA SHAO
                                              A Professional Law Corporation
17

18                                           By: _____

19                                               Linda Shao
                                                 28 N. First St., Ste. 618
20                                               San Jose, CA 95113
                                                 Tel.: (408) 873-3888
21                                               Fax: (408) 873-3889

22   //
     //
23   //
     //
24   //
     //
25   //
     //
26   //
     //
27   //
     //
28   //

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATED  JUDGMENT                      - 10 -                      04401\1441890.1
Case No. CV08-0781

1  //
   //
2  //

**HAVING SEEN, AND REVIEWED AND HAVING STIPULATED AND AGREED TO**
3  **THE STIPULATED JUDGMENT:**

4  Dated: May 2?, 2008                    DELL INC.

5
                                         By: _____
6
                                         Name: Daniel W. Noonan
7                                        Title: Director, Trademarks;
                                                Copyrights
8  Dated: May 21, 2008                   TENERGY CORPORATION

9
                                         By: _____ for
10
                                         Name: Jason Li
11                                       Title: President
                                                     Kevin Li
12                                                   Vice President

13 Dated: May 21, 2008                   PORTA POWER TECHNOLOGY IN.

14
                                         By: _____
15
                                         Name: Bill Liu
16                                       Title: President

17

18
   **SO ORDERED:**
19

20
   Dated: _____
21

22

23

24                                       _____
                                         Honorable Thelton Eugene Henderson
25                                       United States District Court Judge

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED JUDGMENT                      - 11 -                    04401\1441890.1
Case No. CV08-0781

# Exhibit 1



# Exhibit 2

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent and Trademark Office

Reg. No. 1,616,571
Registered Oct. 9, 1990

### TRADEMARK
### PRINCIPAL REGISTER

## DELL

DELL COMPUTER CORPORATION (DELA-WARE CORPORATION)
9505 ARBORETUM BOULEVARD
AUSTIN, TX 78759

FOR: COMPUTERS AND COMPUTER PE-RIPHERALS, NAMELY MONITORS, KEY-BOARDS, PRINTERS, MICE, CO-PROCESSORS, MODEMS, HARD AND FLOPPY DISK DRIVES, TAPE DRIVES, CARDS AND MEMORY ADD-ONS, MEMORY BOARDS AND CHIPS, CABLES

AND CONNECTORS, OPERATING SOFTWARE AND INSTRUCTION MANUALS SOLD TO-GETHER AS A UNIT, IN CLASS 9 (U.S. CL. 26).

FIRST USE 11–0–1987; IN COMMERCE 11–0–1987.

OWNER OF U.S. REG. NOS. 1,529,465, 1,529,468 AND OTHERS.

SER. NO. 74–021,331, FILED 1–19–1990.

THOMAS V. SHAW, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 1,860,272

## United States Patent and Trademark Office

Registered Oct. 25, 1994

### TRADEMARK
### PRINCIPAL REGISTER



DELL COMPUTER CORPORATION (DELA-
WARE CORPORATION)
9505 ARBORETUM BLVD.
AUSTIN, TX 787597299

FOR: COMPUTERS AND PARTS THEREFOR,
IN CLASS 9 (U.S. CL. 26).

FIRST USE 7-0-1992; IN COMMERCE
7-0-1992.
OWNER OF U.S. REG. NOS. 1,498,470,
1,650,042, AND OTHERS.

SN 74–250,269, FILED 2–27–1992.

ALAN ATCHISON, EXAMINING ATTORNEY

Int. Cls.: 2, 9, 36, 37, 40 and 42

Prior U.S. Cls.: 6, 11, 16, 21, 23, 26, 36, 38, 100, 101, 102, 103 and 106

Reg. No. 3,215,023

**United States Patent and Trademark Office**    Registered Mar. 6, 2007

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



DELL INC. (DELAWARE CORPORATION)
MS#8033
ONE DELL WAY
ROUND ROCK, TX 78682

FOR: TONER CARTRIDGES AND INK JET CARTRIDGES, IN CLASS 2 (U.S. CLS. 6, 11 AND 16).

FIRST USE 3-25-2003; IN COMMERCE 3-25-2003.

FOR: DESKTOP COMPUTERS, NOTEBOOK COMPUTERS, LAPTOP COMPUTERS, SERVERS, COMPUTER PERIPHERAL DEVICES AND PARTS AND FITTINGS THEREFOR; MONITORS, KEYBOARDS, MOUSES PRINTERS, SCANNERS, FACSIMILE DEVICES, REMOTE CONTROL DEVICES, PROJECTORS, CO-PROCESSORS, MODEMS, HARD AND FLOPPY DISK DRIVES, TAPE DRIVES, CD READ/WRITE DRIVES, DIGITAL VIDEO READ/WRITE DRIVES, OPTICAL DRIVES, DATA STORAGE DEVICES, DOCKING STATIONS, BATTERY CHARGERS, SPEAKERS AND, ELECTRONIC OR MAGNETIC CARDS AND MEMORY ADD ONS, MEMORY BOARDS AND CHIPS, CABLES AND CONNECTORS, ALL FOR USE WITH COMPUTERS; COMPUTER OPERATING AND UTILITY SOFTWARE ALL SOLD TOGETHER AS A UNIT; PERSONAL AND HANDHELD COMPUTERS; PERSONAL DIGITAL ASSISTANT (PDA), ELECTRONIC ORGANIZERS, ELECTRONIC NOTEPADS, MEMORY CARDS, COMPACT FLASH CARDS; SMART MEDIA CARDS, COMPUTER STYLI, BATTERIES, BATTERY CHARGERS, DIGITAL AUDIO RECORDERS AND DIGITAL AUDIO PLAYBACK DEVICES, MP3 PLAYERS, HEADPHONES, HANDHELD CARRYING CASES, ELECTRIC POWER ADAPTERS, VEHICLE ELECTRIC POWER ADAPTERS, KEYBOARDS, SCANNERS, CRADLES FOR RECHARGING AND CONNECTING TO OTHER DEVICES AND PERIPHERALS, ELECTRIC CABLES AND CONNECTORS

FOR THE ABOVE COMPUTER HARDWARE AND COMPUTER PERIPHERALS, NAMELY MODEMS, COMPUTER CABLES, HANDHELD COMPUTERS WITH WIRELESS E-MAIL AND WIRELESS ACCESS TO ELECTRONIC COMMUNICATIONS NETWORKS; PROJECTORS; AND ELECTRONIC INSTRUCTION MANUALS SOLD THEREWITH AS A UNIT FOR ALL THE AFORESAID GOODS; FOR PORTABLE AND HANDHELD DIGITAL ELECTRONIC DEVICES FOR RECORDING, ORGANIZING, TRANSMITTING, MANIPULATING AND REVIEWING TEXT, DATA AND AUDIO FILES; COMPUTER SOFTWARE FOR USE IN ORGANIZING, TRANSMITTING, MANIPULATING, AND REVIEWING TEXT, DATA, AND AUDIO FILES ON A PORTABLE AND HANDHELD DIGITAL ELECTRONIC DEVICES; TELEVISIONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 7-31-1992; IN COMMERCE 7-31-1992.

FOR: CREDIT SERVICES; LEASING OF COMPUTERS, IN CLASS 36 (U.S. CLS. 100, 101 AND 102).

FIRST USE 7-31-1992; IN COMMERCE 7-31-1992.

FOR: MAINTENANCE AND REPAIR OF COMPUTER HARDWARE; INSTALLATION OF COMPUTER NETWORKS; INSTALLATION OF COMPUTER SYSTEMS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 7-31-1992; IN COMMERCE 7-31-1992.

FOR: CUSTOM MANUFACTURE OF COMPUTERS FOR OTHERS, IN CLASS 40 (U.S. CLS. 100, 103 AND 106).

FIRST USE 7-31-1992; IN COMMERCE 7-31-1992.

FOR: TECHNICAL SUPPORT SERVICES, NAME-LY, TROUBLESHOOTING OF COMPUTER HARD-WARE AND SOFTWARE PROBLEMS; CONSULTING SERVICES IN THE FIELD OF DE-SIGN, SELECTION, IMPLEMENTATION AND USE OF COMPUTER HARDWARE AND SOFTWARE SYSTEMS FOR OTHERS, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 7-31-1992; IN COMMERCE 7-31-1992.

OWNER OF U.S. REG. NOS. 1,616,571, 2,806,770 AND OTHERS.

THE MARK CONSISTS OF THE WORD DELL WITH A STYLIZED E IN A DIAMOND SHAPE THAT APPEARS AS A SLANTED E WITHIN THE WORD.

SER. NO. 78-717,252, FILED 9-21-2005.

HENRY S. ZAK, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,284,782

## United States Patent and Trademark Office

Registered Oct. 12, 1999

### TRADEMARK
#### PRINCIPAL REGISTER

## DELL PRECISION

DELL COMPUTER CORPORATION (DELA-
WARE CORPORATION)
ONE DELL WAY
ROUND ROCK, TX 78682

FOR: COMPUTERS, COMPUTER PERIPHER-
AL DEVICES AND PARTS AND FITTINGS
THEREFOR; MONITORS, KEYBOARDS,
PRINTERS, MOUSES, CO-PROCESSORS,
MODEMS, HARD AND FLOPPY DISK DRIVES,
TAPE DRIVES, CD-ROM DRIVES, DATA
STORAGE UNITS, AND ELECTRONIC OR
MAGNETIC CARDS AND MEMORY ADD ONS,

MEMORY BOARDS AND CHIPS, CABLES AND
CONNECTORS, ALL FOR USE WITH COMPUT-
ERS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FIRST USE 4–15–1998; IN COMMERCE
4–15–1998.

OWNER OF U.S. REG. NOS. 1,616,571,
2,030,084, AND 2,187,970.

SER. NO. 75–445,276, FILED 3–5–1998.

GLENN CLARK, EXAMINING ATTORNEY

Int. Cl.: 40

Prior U.S. Cls.: 100, 103 and 106

**Reg. No. 2,236,785**

## United States Patent and Trademark Office

Registered Apr. 6, 1999

### SERVICE MARK
### PRINCIPAL REGISTER

## DELL

DELL COMPUTER CORPORATION (DELA-
WARE CORPORATION)
ONE DELL WAY
ROUND ROCK, TX 786822244

FOR: CUSTOM MANUFACTURE OF COM-
PUTERS FOR OTHERS, IN CLASS 40 (U.S. CLS.
100, 103 AND 106).

FIRST USE 11-1-1987; IN COMMERCE
11-1-1987.
OWNER OF U.S. REG. NOS. 1,616,571 AND
1,860,272.

SER. NO. 75-453,373, FILED 3-19-1998.

RICHARD KIM, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 1,962,286

## United States Patent and Trademark Office

Registered Mar. 12, 1996

### TRADEMARK
#### PRINCIPAL REGISTER

## LATITUDE

DELL COMPUTER CORPORATION (DELA-
WARE CORPORATION)
2214 W. BRAKER LANE. BLDG. 3
AUSTIN, TX 787584063

FOR: COMPUTERS AND INSTRUCTIONAL
MANUALS SOLD THEREWITH, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4–4–1994; IN COMMERCE
4–4–1994.

SN 74–464,566, FILED 12–2–1993.

MARY C. MACK, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,254,835

## United States Patent and Trademark Office

Registered June 22, 1999

## TRADEMARK
### PRINCIPAL REGISTER

## INSPIRON

DELL COMPUTER CORPORATION (DELA-
WARE CORPORATION)
ONE DELL WAY
ROUND ROCK, TX 786822244

FOR: COMPUTERS, COMPUTER PERIPHER-
ALS AND PARTS THEREFOR, MONITORS,
KEYBOARDS, PRINTERS, MOUSES, CO-PROC-
ESSORS, MODEMS, HARD AND FLOPPY DISK
DRIVES, TAPE DRIVES, CD-ROM DRIVES,
ELECTRONICALLY ENCODED OR MAGNETI-
CALLY ENCODED CARDS AND MEMORY
ADD ON CHIPS OR CARDS, MEMORY

BOARDS AND CHIPS, CABLES AND CONNEC-
TORS, ALL FOR USE WITH COMPUTERS,
COMPUTER OPERATING SOFTWARE AND
INSTRUCTION MANUALS ALL SOLD TO-
GETHER AS A UNIT, IN CLASS 9 (U.S. CLS. 21,
23, 26, 36 AND 38).

FIRST USE 10-10-1997; IN COMMERCE
10-10-1997.

SER. NO. 75-330,136, FILED 7-24-1997.

RICHARD KIM, EXAMINING ATTORNEY

# Exhibit 3

Laptop Batteries&Chargers - DELL Laptop Batteries - Battery for Dell Inspiron 500m/600m - Latitude D500/D600 Series Laptops [O..    Page 1 of 2

## TOTAL POWER SOLUTION
All-Battery.com

| Home | Special Deals | New Products | Design Center | Wholesale | Custom Made Packs | cart | My Account | Newsletter | Advanced Search | Tracking | Logout | Live Chat Service 2 |

| RMA | Testimonials | Company | Customer Service | Forums | PO's |

Search

Laptop Batteries&Chargers > DELL Laptop Batteries >

### Categories

- Popular Products
- Li-ion/Li-Polymer Batteries
- Ni-MH Batteries
- Ni-CD Batteries
- Lithium Primary Batteries
- Lithium Photo Batteries
- Flashlight Batteries
- Flash/Lantern/Head lights
- Button Cells
- Solar Power
- Battery Saving Combos
- Battery Chargers
- Batteries & Charger Kits
- Laptop Batteries&Chargers
- Power Banks& Chargers
- UPS Power
- Battery Tester/Analyzer
- Hobby Zone
- RC Airplane Batteries
- RC Car Battery Packs
- RC Helicopter Battery Packs
- Airsoft Gun Batteries
- Robot Batteries
- Paintball Gun Batteries
- Battery Pack Zone
- Li-Ion/Po Packs 3.7V-37V
- NiMH/NiCd Packs 4.8V-60V
- Pack & Charger Kits
- Sports & ....avel Zone
- Alarm .security and Meter
- Bike & Helmet Lighting Kits
- Travel Power & Adaptor
- Car/Travel DC Adaptor
- Auto Appliance
- DC-AC/DC-DC Converters
- Digital Camera Battery
- DVD Batteries
- eBikes and Scooters
- Camcorder Batteries
- 2-Way Radio Batteries
- Emergence Light Batteries

Battery for Dell Inspiron 500m/600m - Latitude D500/D600 Series Laptops [OEM] - Li-Ion 11.1V/4700mAh

Battery for Dell Inspiron 500m/600m - Latitude D500/D600 Series Laptops [OEM] - Li-Ion 11.1V/4700mAh

| In Stock | Regular Price | Sale Price | Qty |
| --- | --- | --- | --- |
| Y | ~~$146.99~~ | $109.99 | 1 |

Email this to a friend

T-

Add to Cart

ADD TO WISH LIS

**Detailed Description**

Dell Inspiron 500m/600m Series & Latitude D500/D600 Series Laptop Battery (OEM Original)

**Battery Specs:**

- Condition: **Brand New.** Generic Brand. Made in Japan.
- Warranty: **12 Months**
- Type: **Lithium Ion**

http://www.all-battery.com/index.asp?PageAction=VIEWPROD&ProdID=665    1/31/2008

Laptop Batteries&Chargers - DELL Laptop Batteries - Battery for Dell Inspiron 500m/600m - Latitude D500/D600 Series Laptops [O..    Page 2 of 2

- Number of Cells: **6**
- Color: **Gray**
- Dimensions: **4.86" x 3.05" x 0.75" (L*W*H)**
- Capacity: **11.1v/4700mAh**
- Highest quality Japan battery cells
- 100% compatible with original manufacturer

**Compatible Dell Part Numbers: 3R305 BAT1194 1X793 315-0084 312-0068**

Dell Model: C1295

**Fits Dell Laptop Models:**

- **Inspiron 500m/600m Series**
- **Latitude D500/D600 Series**

Laptop Batteries&Chargers > DELL Laptop Batteries >

Cordless Phone Batteries
Power Tool batteries
PDA Batteries
Accessories
PVC,Connector, Adaptor,etc.
Weekly Specials

**More Information**

Customer Service
Affiliates Programs
Purchase Orders
Customize Battery Packs
Shopping FAQ
Battery University
Saving w. Rechargeable
FedEx Shipping Map
Satisfied Customers
Track Shipment
Wholesale Discount
Ask Questions
Job Opportunities

Add a Product I

www.All-Battery.com © Copyrigh

Browse All Products | Power Inverters | Index

Home | Company | Forums | View Cart | Checkout | Order Status | LogOff

http://www.all-battery.com/index.asp?PageAction=VIEWPROD&ProdID=665

1/31/2008





Porta Power Techs : Battery for Dell Inspiron 500m/600m, Latitude D500/D600 Series Laptops, Li-Ion 11.1V/4700mAh [C1295] - $1...    Page 1 of 4

# PORTATECHS.COM
PORTA POWER TECHNOLOGY

My Account | ☆ Shopping Cart | About Us

**HACKER SAFE**
TESTED DAILY 07-FEB

Brands | Battery | Battery Charger | Laptop Accessory | Mini Audio Device | PDA Accessory | Wireless Networking | Gift

**Search**

🔍 Advance Search

## CATEGORIES

▶ **Battery** (374)
  ▷ PDA Battery (1)
  ▷ Ni-MH/Ni-Cd Batteries (5)
  ▷ **Laptop Battery** (278)
  ▷ Digital Camera
Battery (40)
  ▷ Camcorder Battery (47)
  ▷ DC Power Bank (3)
  ▷ iPod Battery
▶ Battery Charger (178)
▶ Laptop Accessory (61)
▶ Mini Audio Device (2)
▶ PDA Accessory (2)
▶ Wireless Networking (5)
▷ Gift

## SHOPPING CART

0 items

## BEST SELLERS

01. Battery for HP Pavilion
N5000/OmniBook XE3 Series
Laptops, Li-Ion
11.1v/6600mAH

02. Battery for HP Pavilion XZ,ZT
OmniBook XT1000_XT1500
Series Laptops, 14.8v
4400mAH

03. Battery for Toshiba Satellite
1900/1905 Series Laptops, Li-
Ion 14.8v 6600mAh

04. Battery for HP OmniBook
6000/6100 Series Laptops, Li-

**Battery for Dell Inspiron 500m/600m, Latitude D500/D600 Series Laptops, Li-Ion 11.1V/4700mAh** [C1295]



Click to enlarge

| | |
|---|---|
| OEM P/N: | |
| SRP: | $0.00 |
| Our Price: | $105.00 |

**Warranty:**
**Type:**
**Capacity:**
**Color:**
**Dimensions:**
**Description:** Dell Inspiron 500m/600m Series & Latitude D500/D600 Series Laptop Battery (OEM Original)

**PriceGrabber.com**
USER RATED
SEE REVIEW

**Battery Specs:**

• Condition: **Brand New.** Made in Japan.
• Warranty: **12 Months**
• Type: **Lithium Ion**
• Number of Cells: **6**
• Color: **Gray**
• Dimensions: 4.86" x 3.05" x 0.75" (L*W*H)
• Capacity: **11.1v/4700mAH**
• Highest quality Japan battery cells
• **We also carry the external/standalone battery charger for this battery. Please scroll down this page to order it.**

**Compatible Dell Part Numbers: 3R305, BAT1194, 1X793, 315-0084, 312-0068**

**Dell Model: C1295**

**Fits Dell Laptop Models:**

Porta Power Techs : Battery for Dell Inspiron 500m/600m, Latitude D500/D600 Series Laptops, Li-Ion 11.1V/4700mAh [C1295] - $1...    Page 2 of 4

Ion 14.8v/4400mAh
05. Battery for Sony VAIO PCG-
V505/Z1 Series Laptops, Li-
Ion 11.1v/8800mAh

INFORMATION

Shipping & Returns
Privacy Notice
Conditions of Use
Track a Return
Frequently Asked Questions
Contact Us

CONFIRMED
...er Technolog...
CLICK TO VERIFY
FEB 2 2004

- **Inspiron 500m/600m Series**
- **Latitude D500/D600/D610 Series**

This product was added to our catalog on Wednesday 17 August, 2005.

[Reviews]    [Buy Now]

**We Also Recommend :**



Car Battery Charger for Dell Inspiron 500m/600m and Latitude D500/D600 series laptop batteries.

$70.00

[Buy Now]

**Customers who bought this product also purchased**



Battery Charger (External/Standalone) for Dell Inspiron 500m/600m and Latitude D500/D600 Rating:14.8V
Batteries.

Powered by Combasix

Copyright © 2004 Porta Power Techs. All Rights Reserved.
All names, logos, trademarks, etc., belong to their respective owners.

Porta Power Techs : Battery for Dell Inspiron 500m/600m, Latitude D500/D600 Series Laptops, Li-Ion 11 1V/4700mAh [C1295] - $1...      Page 4 of 4

2/7/2008

http://www.portatechs.com/product_info.php?products_id=476&osCsid=39231fc4806083b28fbbe203690ef8f2

