1  C. Brandon Wisoff (State Bar No. 121930)
       bwisoff@fbm.com
2  Farella Braun & Martel LLP
   235 Montgomery Street, 17th Floor
3  San Francisco, CA  94104
   Telephone:     (415) 954-4400
4  Facsimile:     (415) 954-4480

5  Doreen L. Costa
   *Pro Hac Vice*
6  Paul J. Reilly
   *Pro Hac Vice*
7  Suzanne Hengl
   *Pro Hac Vice*
8  Baker Botts L.L.P.
   30 Rockefeller Plaza
9  New York, New York 10112
   Telephone:     (212) 408-2500
10 Facsimile:     (212) 408-2501

11 Attorneys for Plaintiff
   Dell Inc.
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16

17 | DELL INC., a Delaware Corporation,       | Civil Action No. CV08-0781 TEH
18 |           Plaintiff,                     | **STIPULATED JUDGMENT**
19 | vs.                                      |
20 | TENERGY CORPORATION, a California        |
21 | corporation, PORTA POWER                 |
   | TECHNOLOGY, INC., a California           |
22 | Corporation, XYZ COMPANIES 1-25 and      |
   | JOHN/JANE DOE NOS. 1-25,                 |
23 |                                          |
   |           Defendants.                    |
24

25      Plaintiff Dell Inc. ("Plaintiff" or "Dell"), having filed a complaint in Civil Action No. CV

26 08 0781, against Defendants Tenergy Corporation and Porta Power Technology Inc., XYZ

27 Companies 1-25 and John/Jane Does Nos. 1-25, alleging claims for trademark counterfeiting,

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED JUDGMENT
Case No. CV08-0781

04401\1441890.1

trademark infringement, unfair competition and dilution under federal and state laws, and having agreed upon a resolution of this matter with defendants Tenergy Corporation ("Tenergy") and Porta Power Technology Inc. ("Porta Power") (Tenergy and Porta Power are collectively referred to as "Defendants") prior to a trial on the merits, Plaintiff and Defendants hereby stipulate, agree and consent to the entry of judgment in favor of Plaintiff and against said Defendants as follows:

1. This Court has personal jurisdiction over the parties and subject matter jurisdiction over this action, as well as all claims set forth in the Complaint.

2. Dell is a leading manufacturer and seller of personal computer systems and accessories, including battery packs for computer systems.

3. Dell has used the trade name, trademark and service mark DELL and variants thereof since at least as early as November 1987 and continuing to the present in connection with computer hardware, software and peripherals as well as related goods and services. The name and mark DELL, the DELL logo (attached as Exhibit 1) and variants thereof have been extensively used by Dell in United States interstate commerce in connection with advertising and promotion of Plaintiff's products and services nationwide in newspapers, trade and consumer magazines, on television and radio, and through direct mail. Such names and marks are prominently presented on Dell's computer systems, advertisements, product packaging, manuals, and technical and informational literature.

4. Dell is the owner of the trademark DELL, the DELL logo and variants thereof. In addition to the mark DELL and the DELL stylized logo, Dell uses and owns other marks to identify its products and has registered such marks in the United States Patent and Trademark Office, including the following:

| Mark | Registration No. | Issue Date | Goods |
|---|---|---|---|
| DELL | 1,616,571 | Oct. 9, 1990 | Computers and Computer Peripherals, Namely Monitors, Keyboards, Printers, Mice, Co-Processors, Modems, Hard and Floppy Disk Drives, Tape Drives, Cards and Memory Add-Ons, Memory Boards and Chips, Cables and Connectors, Operating Software and Instruction Manuals Sold Together as a Unit. (First Use 1987) |
| DELL (Stylized) | 1,860,272 | Oct. 25, 1994 | Computers and Parts Thereof (First Use 1992) |
| DELL PRECISION | 2,284,782 | Oct. 12, 1999 | Computers, Computer Peripheral Devices and Parts and fittings Therefor; Monitors, KeyBoards, Printers, Mouses, Co-Processors, Modems, Hard and Floppy Disk Drives, Tape Drives, CD-Rom Drives, Data Storage Units, And Electronic or Magnetic Cards and Memory Add Ons, Memory Boards and Chips, Cables and Connectors, All for Use with Computers |
| INSPIRON | 2,254,835 | Jun. 22, 1999 | Computers, computer peripherals and parts therefor, monitors, keyboards, printers, mouses, co-processors, modems, hard and floppy disk drives, tape drives, CD-ROM drives, electronically encoded or magnetically encoded cards and memory add on chips or cards, memory boards and chips, cables and connectors, all for use with computers, computer operating software and instruction manuals all sold together as a unit (First Use 1997) |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED JUDGMENT
Case No. CV08-0781

- 3 -

04401\1441890.1

| | | | |
|---|---|---|---|
| DELL (Stylized) | 3,215,023 | Mar. 6, 2007 | Desktop computers, notebook computers, laptop computers, servers, computer peripheral devices and parts and fittings therefor; monitors, keyboards, mouses printers, scanners, facsimile devices, remote control devices, projectors, co-processors, modems, hard and floppy disk drives, tape drives, CD read/write drives, digital video read/write drives, optical drives, data storage devices, docking stations, battery chargers, speakers and, electronic or magnetic cards and memory add ons, memory boards and chips, cables and connectors, all for use with computers; computer operating and utility software all sold together as a unit; personal and handheld computers; Personal digital assistant (PDA), electronic organizers, electronic notepads, memory cards, compact flash cards; smart media cards, computer styli, batteries, battery chargers, digital audio recorders, and digital audio playback devices, mp3 players, headphones, handheld carrying cases, electric power adapters, vehicle electric power adapters, keyboards, scanners, cradles for recharging and connecting to other devices and peripherals, electric cables and connectors for the above computer hardware and computer peripherals, namely modems, computer cables, handheld computers with wireless e-mail and wireless access to electronic communications networks; projectors; and electronic instruction manuals sold therewith as a unit for all the aforesaid goods; for portable and handheld digital electronic devices for recording, organizing, transmitting, manipulating and reviewing text, data and audio files; computer software for use in organizing, transmitting, manipulating, and reviewing text, data, and audio files on a portable and handheld digital electronic devices; televisions (First Use 1992) |
| DELL | 2,236,785 | Apr. 6, 1999 | Custom Manufacture of Computers for Others (First Use 1998) |
| LATITUDE | 1,962,286 | Mar. 12, 1996 | computers and instructional manuals sold therewith (First Use 1994) |

5. Each registration is currently valid, subsisting and in full force and effect,

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED JUDGMENT
Case No. CV08-0781

- 4 -

04401\1441890.1

and is registered on the Principal Trademark Register of the United States Patent and Trademark Office. Registration Nos. 1,616,571, 1,860,272, 2,236,785, 2,254,835 are incontestable pursuant to 15 U.S.C. § 1065. True and accurate copies of the Certificates of Registration referenced in paragraphs 5 and 6 herein are attached hereto as Exhibit 2.

6. The name and mark DELL, the DELL logo, INSPIRON, LATITUDE and variants thereof have been extensively and continually advertised and promoted by Dell within the United States and worldwide for 10 years or more in connection with computer systems, desktop computers, laptop computers and accessories therefore, including batteries. Substantial amounts of time, effort, and money have been expended over the years in ensuring that the purchasing public associates such marks exclusively with Dell. Indeed, Dell spends hundreds of millions of dollars each year promoting its goods and services under the aforementioned trademarks.

7. As a result of the time, effort and money invested in its business, Dell's name, trademarks and service marks, including DELL, the DELL logo, INSPIRON and LATITUDE, are inherently distinctive, enjoy tremendous secondary meaning and are strong and famous marks entitled to a broad scope of protection.

8. Defendants, without Dell's consent, authorization or permission, marketed, advertised, promoted, offered for sale and sold in the United States unauthorized, illegitimate or counterfeit computer battery packs bearing or in connection with Dell's marks, including, DELL, the DELL logo, LATITUDE and INSPIRON, including via the Internet at www.all-battery.com and www.portatechs.com. Such actions occurred long after Dell's first use of such marks, without the permission or authorization from Dell, with complete knowledge and notice of Dell's trademark rights. Representative examples of defendant Tenergy's and defendant Porta Power's unauthorized use of Dell's marks and counterfeit DELL products are attached hereto as Exhibit 3.

9. Neither Tenergy nor Porta Power, their officers, agents, employees or affiliates are authorized resellers of Dell products. Nor has Dell licensed Defendants to use its marks.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED JUDGMENT
Case No. CV08-0781
- 5 -
04401\1441890.1

10. Consumers and the relevant public will be confused, mistaken and deceived in wrongfully attributing to Dell the source or sponsorship of Tenergy's and Porta Power's products or businesses as a result of their unlawful use and counterfeiting of Dell's name and marks, DELL, the DELL logo, LATITUDE and INSPIRON. Indeed, Dell will have no control over the quality of Defendants' goods, certain of which pose a threat to the health and safety of the consuming public. Such confusion will irreparably injure Dell's goodwill, business reputation and intellectual property.

11. Defendants' actions as described above (1) have the likelihood of affecting interstate commerce by deceiving or confusing the public throughout the nation; (2) constitute a false designation of the origin of Defendants' goods; (3) suggest a non-existent connection between Defendants and Dell and Dell's products; (4) suggest that Dell has sponsored, licensed or approved of Defendants' products and/or business; and (5) are likely to dilute, damage, blur and tarnish the distinctive value of Dell's marks. Such confusion, infringement, unfair competition and dilution is and will continue to irreparably injure and damage Dell's goodwill, business reputation and marks.

12. Following their execution of this Stipulated Judgment, Defendants Tenergy Corporation and Porta Power Technology Inc., their respective officers, agents, servants, employees and representatives and all other person, firms, corporations or businesses in active concert or participation with them, whether in the United States or abroad, agree and consent to being and hereby are immediately and permanently enjoined and restrained from:

(a) marketing, advertising, promoting, selling or otherwise disposing of any and all DELL branded batteries or batteries and/or packaging that bear Dell's name and trademarks, including, DELL, the DELL logo, LATITUDE, INSPIRON or variants thereof;

(b) using the name and/or the mark DELL, the DELL logo, LATITUDE, INSPIRON or any variant thereof, on or in connection with any product or service not manufactured, sold, authorized or sponsored by Dell in a manner which is likely to confuse the public as to the source or sponsorship of Defendants or their respective business(es), web site(s), product(s) or service(s);

(c) making any false or misleading representation of fact concerning the nature, quality or characteristics of their businesses, products or services, or any computer

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED JUDGMENT
Case No. CV08-0781

- 6 -

04401\1441890.1

systems, or parts, or computer related products or services bearing, using, or advertised or sold by said defendants under the name or mark DELL, the DELL logo, LATITUDE, INSPIRON or any other name or mark owned by Dell, including, but not limited to, representing falsely that said Defendants are Dell, are affiliated with Dell, are authorized Dell dealers or resellers, or that their products are manufactured or sold by or with the authorization of Dell; and

(d) doing any act or thing calculated or likely to cause confusion or mistake in the minds of members of the public or the trade, or prospective purchasers of Defendants' products, as to the source of products produced, distributed, sold or offered for sale thereby, or likely to deceive members of the public or the trade, or prospective purchasers, into believing that there is some connection between Tenergy or Porta Power and Dell or that Defendants' respective goods are being manufactured sold advertised, promoted, sold or offered for sale by Dell or with Dell's authorization.

13. Within fourteen (14) days from the execution of this Stipulated Judgment by the parties hereto, pursuant to 15 U.S.C. § 1118, each defendant, Tenergy Corporation and Porta Power Technology, Inc., agrees to and consents to being and hereby is ordered to independently with a verified statement or declaration signed by its respective principal:

(a) ship out to Dell's attorneys at Defendants' cost all infringing or counterfeit DELL batteries, including, but not limited to product number C1295 a representative example of which is attached hereto as Exhibits 3;

(b) identify for Dell, with appropriate addresses and contact information in English and in writing, all of Tenergy's and Porta Power's manufacturers or suppliers and customers of DELL batteries, batteries allegedly compatible with Dell's systems or all batteries advertised and sold by Tenergy and/or Porta Power under or in connection with Dell's name and trademarks, DELL, the DELL Logo, LATITUDE, INSPIRON and variants, for the period of January 1, 2007 to the present; and

(c) produce to Dell all documents, including but not limited to, supplier and customer records, invoices, purchase orders, shipping invoices, etc. relating to any purchase and/or sale of DELL batteries, batteries allegedly compatible with Dell's systems or all batteries advertised and sold by Tenergy and/or Porta Power under or in connection with Dell's name and trademarks, DELL, the DELL Logo, LATITUDE, INSPIRON and variants, for the period of January 1, 2007 to the present.

14. Within fourteen (14) days from the execution of this Stipulated Judgment by the parties hereto, pursuant to 15 U.S.C. § 1118, Defendants Tenergy Corporation and Porta Power Technology Inc. agree and consent to and hereby are ordered to: (i) deliver to Dell, at Defendants' cost, for destruction all labels, signs, prints, wrappers, receptacles, articles, advertisements and promotional materials in its possession or control bearing the name and mark

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED JUDGMENT
Case No. CV08-0781

- 7 -

04401\1441890.1

DELL, the DELL Logo, LATITUDE, INSPIRON or any variant thereof or any name or mark confusingly similar thereto; and all computer programs, code and other means of making the same; and (ii) order a recall from their respective customers of all infringing or counterfeit batteries sold bearing or in connection with the mark DELL, the DELL logo, LATITUDE and/or INSPIRON since January 2007, including, but not limited to, Product or Model No.: T-C1295, a representative example of which is attached hereto as Exhibit 3.

15. Within fourteen (14) days following the entry of this Stipulated Judgment by the Court, Defendants shall pay to Dell, by certified bank check or wire transfer pursuant to instructions from Dell, the amount of US$15,000.00 as partial reimbursement for the costs and fees expended by Dell in prosecuting said Defendants' wrongdoing as alleged in the Complaint. Conditioned upon Defendants full and complete compliance with all the terms and conditions of this Stipulated Judgment and provided Defendants do not otherwise violate Dell's intellectual property rights or engage in any act of unfair competition or false advertising, Dell will not pursue further monetary relief from Defendants arising from Defendants' unlawful actions that occurred prior to the execution of this Stipulated Judgment and which are the subject of Dell's Complaint in this action.

16. In the event that a defendant or Defendants herein, either individually or collectively, breach any material term or condition of this Stipulated Judgment, Dell shall recover $50,000 from the breaching defendant or Defendants in damages for past infringement and shall have the right to pursue its complete legal remedies for contempt of this Consent Judgment and for any future infringement, false advertising or other wrongdoing, including, but not limited to an injunction, damages, profits, punitive damages, statutory damages, attorneys' fees and costs. Each defendant, Tenergy and Porta Power, stipulate and agree that determining the amount of actual past damage caused by their prior conduct and/or breach of this Stipulated Judgment is difficult to qualify, but that $50,000 is a reasonable sum and such sum shall not be used to quantify or limit any future harm caused to Dell as a result of either defendant's unfair competitive practices or breach of this Stipulated Judgment or future infringement or violation of

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED JUDGMENT
Case No. CV08-0781

- 8 -

04401\1441890.1

Dell's intellectual property.

17.  Defendants, pursuant to 15 U.S.C. § 1116(a), shall be directed to file with this Court and serve upon Dell within fourteen (14) days after execution of this Stipulated Judgment by the parties, a report in writing under oath, setting forth in detail the manner and form in which they have fully complied with all the terms of this Stipulated Judgment and identify in writing each and every vendor from whom each defendant purchased or otherwise procured DELL batteries, batteries allegedly compatible with Dell's systems or all batteries advertised and sold by Tenergy and/or Porta Power under or in connection with Dell's name and trademarks, DELL, the DELL Logo, LATITUDE, INSPIRON and variants, for the period of January 1, 2007 to the present.

18.  Dell and Defendants agree that the Court shall retain jurisdiction over the parties and this matter for purposes of enforcing the terms of the Stipulated Judgment.

19.  This Stipulated Judgment may be executed by the parties and their respective counsel in any number of counterparts, each of which when executed and delivered shall be an original, and all such counterparts shall constitute one and same Stipulated Judgment.

//
//
//
//
//
//
//
//
//
//
//
//

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED JUDGMENT
Case No. CV08-0781

-9-

04401\1441890.1

1  //
2  
3  **HAVING SEEN AND REVIEWED THE STIPULATED JUDGMENT:**
4  
5  DATED: May 2X, 2008                     Respectfully submitted,

FARELLA BRAUN + MARTEL LLP

By: _____
   C. Brandon Wisoff
   235 Montgomery Street, 17th floor
   San Francisco, CA 94104
   Telephone: (415) 954-4400
   Facsimile: (415) 954-4480

   Doreen L. Costa
   Paul J. Reilly
   Suzanne Hengl
   BAKER BOTTS L.L.P.
   30 Rockefeller Plaza
   New York, New York 10112

   Attorneys for Plaintiff
   Dell Inc.

DATED: May 2̲1̲, 2008                     LAW OFFICES OF LINDA SHAO
                                         A Professional Law Corporation

By: _____
   Linda Shao
   28 N. First St., Ste. 618
   San Jose, CA 95113
   Tel.: (408) 873-3888
   Fax: (408) 873-3889

//
//
//
//
//
//
//
//
//
//
//
//
//

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED JUDGMENT
Case No. CV08-0781

- 10 -

04401\1441890.1

1  //
2  //
   //
3  **HAVING SEEN, AND REVIEWED AND HAVING STIPULATED AND AGREED TO THE STIPULATED JUDGMENT:**

4  Dated: May 27, 2008                    DELL INC.

6                                          By: _____
7                                          Name: Daniel W. Noonan
                                            Title: Director, Trademarks, Copyrights

8  Dated: May 21, 2008                    TENERGY CORPORATION

10                                         By: _____
11                                         Name: Jason Li     for
                                            Title: President
                                            Kevin Li
12                                          Vice President

13 Dated: May 21, 2008                    PORTA POWER TECHNOLOGY IN.

15                                         By: _____
16                                         Name: Bill Liu
                                            Title: President

19 **SO ORDERED:**

20 Dated: 05/29/08  _____

24 Honorable ~~~
   United States ~~~
   Judge Thelton E. Henderson

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATED JUDGMENT
Case No. CV08-0781

- 11 -

04401\1441890.1