1 | LINDA SHAO (CA 182768)
2 | LAW OFFICE OF LINDA SHAO, APLC
3 | 28 North First Street, Suite 618
  | San Jose, CA 95131
  | Phone:  408-873-3888
4 | Fax:    408-873-3889
5 | Email:  shaolawfirm@yahoo.com
  | Attorney for Defendants
6 | Tenergy Corporation and Porta Power Technology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| DELL INC., a Delaware Corporation, | Case No. C08-0781 TEH |
|---|---|
| Plaintiff, | |
| vs. | Defendants' Report Made In Compliance with Paragraph 17 of the Stipulated Judgment |
| TENERGY CORPORATION, a California corporation, Porta Power Technology, Inc., a California corporation, and Does 1-25 | |
| Defendants | |

To the Court and Plaintiff and its Attorney of Record:

Defendants Tenergy Corporation and Power Technology Inc. have provided verified report as shown in the attached memorandum with the originally verified signatures provided to Plaintiff's counsel on or about May 28, 2008 and hereby file with the Court. The terms of the Stipulated Judgment has been fully complied with as shown in the attached memorandum to Plaintiff's counsel dated May 28, 2008. Attached hereto in Exhibit A is a true and accurate copy of the memorandum with verified

statements of Defendants that was sent to Mr. Paul Reilly via express overnight mail on or about May 28, 2008.

I swear under the penalty of perjury under the laws of the United States of America that the foregoing is true and accurate to the best of my knowledge.

Dated:       June 20, 2008                    Law Offices of Linda Shao, APLC


                                               By:  /s/ Linda Shao
                                                    Linda Shao
                                                    Attorney for Defendants
                                                    Tenergy Corporation and Porta
                                                    Power Technology Inc.

CERTIFICATE OF SERVICE

I, Linda Shao, declare that I am over age 18 and not a party for the within action. My business address is 28 N. First St., Ste. 618; San Jose, CA 95113.  On June 20, 2008, I have served Plaintiff's counsel as shown below by first class mail:

C. Brandon Wisoff (SBN 121930)
   bwisoff@fbm.com
FARELLA BRAUN & MARTEL LLP
235 Montgomery Stgreet, 17th Floor
San Francisco, California 94104
Telephone: (415) 954-4400
Facsimile: (415) (54-4480

Doreen L. Costa
   Admitted Pro Hac Vice
Paul J. Reilly
   Admitted Pro Hac Vice
Suzanne Hengl
   Admitted Pro Hac Vice
BAKER BOTTS LLP
30 Rockefeller Plaza, 44th Fl.
New York, New York 10112
Telephone: (212) 408-2500
Facsimile:   (212) 408-2501

By first class regular mail with postage fully stamped on June 20, 2008.

I swear under the penalty of perjury under the laws of the United States that the foregoing is true and accurate.

Dated:  June 20, 2008

_____/s/_____
            Linda Shao

MEMORANDUM

To:   Paul Reilly, Esq. via Fedex Express Saver
From:   Linda Shao, Esq.
Date:   5/28/2008
Re:   How Defendants comply with the terms of the Stipulated Judgment

$15,000 cashier check is to be sent via U.S.P.S. Express Mail on 5/29/2008.

I.   How Tenergy Corporation complies with the Stipulated Judgment:
a.   Enclosed please find a statement of Jason Li dated May 28, 2008 that Tenergy does not have any Dell Laptop batteries, original or generic.
b.   Enclosed please find a statement of Jason Li dated May 27, 2008 that Tenergy has had only one source of supply that is Porta Power Technology Inc.
c.   Additional sections of documents are provided with 5 dividers from January 1, 2007 until present for all of their business transactions or recall activities   (As they did not have any new order after 2/1/2008, the last document is dated 2/1/2008):
   (1)   Re Dell OEM LAPTOP BATTERIES
      i.   Customer Information Table
      ii.   Customer Purchase Orders (Which is also our Drop Ship PO instruction to Porta Power Technology Inc.)
      iii.   Supplier Invoices and Shipping Information
      iv.   Recall record on May 27, 2008
   (2)   Re Generic Laptop Batteries For Dell Laptop Computers
      i.   Customer Information Table
      ii.   Customer Purchase Orders
      iii.   Supplier Invoices and Shipping Information

**Verification of Jason Li**

I, Jason Li, declare that I am the President of Tenergy Corporation, that I have personal knowledge of the facts stated above regarding Tenergy's compliance with the Stipulated Judgment and has heretoforth provided all documents required under paragraphs 13 and 14 of the Stipulated Judgment. All the referred facts, statements contained in my written statements referred above and provided documents are true and accurate, and complete to the best of my knowledge.   I swear under the penalty of perjury under the laws of the U.S. that the foregoing is true and accurate to the best of my

knowledge.
Dated: 5/28/2008

Jason Li, President for Tenergy Corporation

II. How Porta Power complies with the Stipulated Judgment

Porta Power Technologies, Inc. hereby provides all documents for all business transactions related to Dell laptop batteries and its compatible brands from January 1, 2007 until present as follows:

1. A table of invoices including the invoice number, classification of batteries ("generic" refers to those brands compatible with Dell batteries), resellers who asked Porta Power to do drop shipping, end user buyers, the record showing whoever received recall emails from Porta Power and the battery vendor for each generic and OEM batteries for Dell's laptops.

2. A table of all Purchase Orders made by Porta Power which will show that only one P.O. was from Power First with all remaining orders from Twin Power. The first two items on the first pages indicated 2 credit memos returning batteries Twin Power.

3. A table of credit memo showing products returns to Twin Power and 11 pieces of batteries to be mailed Dell's attorney in this same shipment

1A. All invoices matching the table 1 referred above generated by Porta Power's inhouse accounting system.

1B  All invoices matching the table 1 referred above generated on-line or through webpage of Porta Power.

1C  All emails matching the table 1 referred above.

2A  All P.O. s issued by Porta Power to its vendors

2B  The invoices received from both vendors of Porta Power. Porta Power has had only two vendors for Dell batteries:

    Twin Power Technologies, Inc.
    Attention Shawn Liu
    1289 Reamwood Ave., Unit A
    Sunnyvale, CA 94089
   Telephone: (408) 734-1818

    Power First Industrial (HK) CO., Limited
      FLAT/RM 1002, 10 F, RICKY CENTRE, 36 CHONG YIP STREET,
      KWUN TONG, KOWLOON, HK

2ND Floor, No. 228 Hekan North Road; Hekan Village Bantian, Buji Town; Shenzhen 518122 China
Telephone: (86) (755) 21141007

11 pieces of batteries are also included in the package in accordance with Table 3. The 11 pieces of batteries are all that remaining in the inventory of Porta Power. As such, Porta Power Technologies, Inc. has fully complied with Paragraphs 13 through 15 in the Stipulated Judgment.

I, Bill Liu, that I am the President of Porta Power Technologies, Inc., that I have personal knowledge of the facts stated above regarding Porta Power Technologies, Inc.'s compliance with the Stipulated Judgment and has heretoforth provided all documents required under paragraphs 13 and 14 of the Stipulated Judgment. All the above factual statements and provided documents are true and accurate and complete to the best of my knowledge. I swear under the penalty of perjury under the laws of the U.S. that the foregoing is true and accurate to the best of my knowledge.

Dated: 5-28-2008

Bill Liu, President for
Porta Power Technologies, Inc.

TENERGY CORPORATION
1292 Kifer Road, Suite 807
Sunnyvale, CA 94086
Tel (408)739-2833
Fax (08)739-2081

**Non-possession of Battery or marketing materials related to DELL Laptop batteries.**

**Tenergy Corporation / All-Battery.com only previously market the Laptop batteries through its website All-Battery.com. All laptop battery orders and drop shipment were handled by our sole vendor Porta Power Technology. We don't have any Dell Laptop batteries in inventory, and we don't have any labels, signs prints, wrappers, receptacles, articles, advertisements, and promotional materials bearing DELL, DELL logo and its variants. We have also deleted our web pages containing this information.**

*[signature]*

**Jason X. Li
President
Tenergy Corporation**

May 28, 2008

**TENERGY CORPORATION**
1292 Kifer Road, Suite 807
Sunnyvale, CA 94086
Tel (408)739-2833
Fax (408)739-2081

May 27, 2008

From January 1 to 2007, Our Supplier for Laptop batteries for DELL OEM or Generic compatible with DELL laptops is:

**Porta Power Technology Inc.**
10051 Pasadena Ave. Suite 3
Cupertino, CA 95014

**TEL:** (408) 777-8977
**FAX:** (408) 777-9005

We have ceased business relation with this supplier on February 2nd 2008.

Certified By:

Jason X Li
President
Tenergy Corporation